# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Johnson Electric Industrial
Manufactory, Ltd. et al.

    v.

Ametek, Inc.

APPEARANCE

FILED
2003 OCT 20 P 1:39
DISTRICT COURT
HARTFORD CT

CASE NUMBER: 303CV0098AVC

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:    Defendant Ametek, Inc.

| | |
|---|---|
| October 16, 2003 | *Ray L. Weber* ct02148 |
| Date | Signature |
| ct02148 | Ray L. Weber |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 330.376-1242 | 400 First National Tower |
| Telephone Number | Address |
| 330.376-9646 | Akron, OH  44308 |
| Fax Number | |
| rlweber@rennerkenner.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

To the attorneys of record listed on attached Exhibit A.

*Ray L. Weber*
Signature ct02148

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

# EXHIBIT A

Ben A. Solnit, Esq.
Tyler, Cooper and Alcorn, LLP
205 Church St.
New Haven, CR 06510


Edmund J. Ferdinand, III
Grimes & Battersby, LLP
488 Main Ave., Third Floor
Norwalk, CT 06851


Stephen N. Weiss
Mark N. Parry
Gregory J. Fleesler
Moses & Singer LLP
1301 Avenue of the Americas
New York, NY 10019