IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOHNSON ELECTRIC INDUSTRIAL
MANUFACTORY, LTD. and JOHNSON
ELECTRIC NORTH AMERICA, INC.,

    Plaintiffs,

- v -

AMETEK, INC.,

    Defendant.

Index No.: 03CV0098(AVC)

**STIPULATION AND PROPOSED ORDER
TO RESOLVE DISCOVERY DISPUTE
AND TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties hereto, that:

1. Subject to asserted privilege, by January 15, 2004, Ametek will complete its production of the following documents within its possession, custody or control responsive to Johnson's First Set of Request for Documents and Things dated September 22, 2003:

    (a) the prosecution history for each patent in suit and for each corresponding or related foreign patent and patent application (including any patent application that was abandoned, denied or otherwise disposed of) from the files of the attorneys and/or agents involved; and

    (b) all correspondence related to each patent or patent application referred to in ¶1(a), including that involving foreign patent agents and attorneys.

    These patents and patent applications include, but are not limited to, those in the following countries:

    i.    Norway;
    ii.    Venezuela;

377945v4

    iii. Taiwan;
    iv. Sweden;
    v. Russia;
    vi. Poland;
    vii. India;
    viii. Japan;
    ix. Korea;
    x. Malaysia;
    xi. Hungary;
    xii. Czechoslovakia;
    xiii. Spain;
    xiv. France;
    xv. United Kingdom;
    xvi. Brazil;
    xvii. Argentina;
    xviii. Australia;
    xix Croatia;
    xx. Italy;
    xxi. Slovenia;
    xxii. Mexico;
    xxiii. Canada;
    xxiv. China;
    xxv. Germany;
    xxvi. Hong Kong;
    xxvii. European Union;
    xxviii. Ireland; and
    xxix. USA.

Documents within Ametek's possession, custody or control includes documents within the possession, custody or control of its foreign patent agents and/or attorneys.

2. Ametek will itemize on a privilege log each privileged document responsive to any of Johnson's First Set of Request for Documents and Things dated September 22, 2003 (including the requests encompassed by ¶1 above), and said privilege log will also be produced by January 15, 2004. Thus, each responsive document will either be produced or logged.

3. Ametek withdraws its objections that it will not produce responsive documents within its

377945v4      2

possession, custody or control because (1) they may be available from a public agency somewhere in the world; and/or (2) Ametek believes they may or should be in Johnson's possession.

4. Ametek will furnish a signature or signatures for its interrogatory responses by December 12, 2003

5. Because document production is protracted by the presence of documents in numerous foreign countries, and the parties will not be able to commence taking depositions and other necessary discovery until such documents are received, all dates contained in the Court's Scheduling Order, dated September 16, 2003, will be extended for a period of two and a half (2 ½) months, as follows:

   (a) all discovery, including depositions of all witnesses, shall be completed by January 14, 2005;

   (b) the plaintiff and counterclaim-plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before October 1, 2004, and depositions of any such experts shall be completed by January 14, 2005;

   (c) the defendant and counterclaim-defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before October 29, 2004, and depositions of any such experts shall be completed by January 14, 2005;

   (d) all motions, except motions *in limine* incident to a trial, shall be filed on or before February 11, 2005;

   (e) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on

March 11, 2005; and

(f) the case shall be ready for trial on April 11, 2005.

Dated: December 5, 2003

Respectfully submitted,

MOSES & SINGER, LLP

_____
Stephen Norman Weiss (CT 12717)
Gregory J. Fleesler (CT 24491)
1301 Avenue of the Americas
New York, New York 10019
Tel.: (212) 554-7800
Fax: (212) 554-7700

GRIMES & BATTERSBY, LLP
Edmund J. Ferdinand, III (CT 21287)
488 Main Avenue, 3rd floor
Norwalk, CT 06851
Tel.: (203) 849-8300
Fax: (203) 849-9300

*Attorneys for Plaintiffs/Counterclaim Defendants Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc*

RENNER KENNER GREIVE BOBAK TAYLOR & WEBER

_____
Ray L. Weber (CT 02148)
First National Tower, 4th Floor
Akron, Ohio 44308
Tel.: (330) 376-1242
Fax: (330) 376-9646

TYLER, COOPER & ALCORN
Ben A. Solnit (CT00292)
205 Church Street
New Haven, CT 06510
Tel.: (203) 784-8205
Fax: (203) 777-1181

*Attorneys for Defendant/Counter-Plaintiff Ametek, Inc.*

So Ordered:

_____
Hon. Alfred V. Covello, U.S.D.J.