03cv98tip

**ORIGINAL**

32

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY, LTD. and JOHNSON ELECTRIC NORTH AMERICA, INC.,<br><br>Plaintiffs,<br><br>- v -<br><br>AMETEK, INC.,<br><br>Defendant. | Index No.: 03CV0098(AVC)<br><br>**STIPULATION AND PROPOSED ORDER TO RESOLVE DISCOVERY DISPUTE AND TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties hereto, that:

1. Subject to asserted privilege, by January 15, 2004, Ametek will complete its production of the following documents within its possession, custody or control responsive to Johnson's

---

3:03CV0098(AVC). December 23, 2003. The motion to amend the scheduling order (document no. 32) is GRANTED as follows: (1) all discovery, including depositions of all witnesses, shall be completed by January 14, 2005; (2) the plaintiff and counterclaim-plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before October 1, 2004, and depositions of any such experts shall be completed by January 14, 2005; (3) the defendant and counterclaim-defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before October 29, 2004, and depositions of any such experts shall be completed by January 14, 2005; (4) all motions, except motions _in limine_ incident to a trial, shall be filed on or before February 11, 2005; (5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on March 11, 2005; and (6) the case shall be ready for trial by April 11, 2005.
SO ORDERED.

Alfred V. Covello, U.S.D.J.