34

03cv98stip

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY, LTD. and JOHNSON ELECTRIC NORTH AMERICA, INC.,<br><br>　　　　　Plaintiffs,<br><br>- v -<br><br>AMETEK, INC.,<br><br>　　　　　Defendant. | Index No.: 03CV0098(AVC)<br><br>STIPULATION AND PROPOSED ORDER TO RESOLVE DISCOVERY DISPUTE, PERMIT DEFENDANT TO FILE AMENDED COUNTERCLAIMS, AND TO MODIFY SCHEDULING ORDER |

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties

3:03CV98(AVC). August 18, 2004. The joint motion to file an amended counterclaim and modify the scheduling order (document no. 34) is GRANTED as follows: (A) There being no objection, the motion to file an amended counterclaim is GRANTED upon the filing of a signed amended counterclaim; (B) The scheduling order is amended as follows: (1) all discovery, including depositions of all witnesses, shall be completed by April 14, 2005; (2) the plaintiff and counterclaim-plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before January 3, 2005, and depositions of any such experts shall be completed by April 14, 2005; (3) the defendant and counterclaim-defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before January 28, 2005, and depositions of any such experts shall be completed by April 14, 2005; (4) all motions, except motions in limine incident to a trial, shall be filed on or before May 16, 2005; (5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on June 16, 2005; and (6) the case shall be ready for trial by July 15, 2005.
SO ORDERED.

　　　　　　　　　　　　Alfred V. Covello, U.S.D.J.