EXHIBIT A

1 of 9

US005734214A

# United States Patent [19]

Gilliland et al.

[11] Patent Number: 5,734,214

[45] Date of Patent: Mar. 31, 1998

[54] MOLDED THROUGH-FLOW MOTOR ASSEMBLY

[75] Inventors: Michael L. Gilliland; Robert A. Ciccarelli; Michael Coles, all of Kent, Ohio

[73] Assignee: Ametek, Inc., Kent, Ohio

[21] Appl. No.: 554,934

[22] Filed: Nov. 9, 1995

[51] Int. Cl.[6] .............................. H02K 5/16; H02K 9/06; H02K 5/04

[52] U.S. Cl. .............................. 310/89; 310/43; 310/58; 310/62; 310/89; 310/194

[58] Field of Search .............................. 310/89, 179, 194, 310/258; 415/200, 208.1, 211.2, 213.1; 417/366, 368, 369, 423.14

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,286,993 | 6/1942 | Naul | 310/258 |
| 3,592,566 | 7/1971 | Beardslee | 417/423 |
| 4,128,778 | 12/1978 | Merkle et al. | 310/67 R |
| 4,552,518 | 11/1985 | Utter | 418/55 |
| 4,679,990 | 7/1987 | Yamaura et al. | 417/312 |
| 4,767,285 | 8/1988 | Jyoraku et al. | 417/366 |
| 4,908,538 | 3/1990 | Geberth, Jr. | 310/59 |
| 5,296,769 | 3/1994 | Havens et al. | 310/90 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 57-108499 | 7/1982 | Japan | 310/89 |
| 60-153498 | 8/1985 | Japan | 310/89 |
| 63-109300 | 5/1988 | Japan | 310/89 |
| 03-105099 | 5/1991 | Japan | 310/89 |

*Primary Examiner*—Thomas M. Dougherty
*Assistant Examiner*—Karl Tamai
*Attorney, Agent, or Firm*—Renner, Kenner, Greive, Bobak, Taylor & Weber

[57] ABSTRACT

A molded through-flow motor assembly has a motor housing, including a cup portion and a flange portion. The flange portion includes a plurality of ramp surfaces extending outwardly therefrom. The cup portion has a field retaining wall and guide rib extending inwardly therefrom on opposite sides of the housing. A diffuser plate is provided having a plurality of scalloped ramp surfaces on a first side thereof adjacent to a plurality of air inlet apertures which open into air chambers on the second side thereof. The field and armature portions of a motor assembly are mounted in the motor housing and the diffuser plate is fitted to the flange portion of the housing such that the ramp surfaces abut one another to form a continuous ramp surface from each air inlet aperture into the air chambers. A rotating fan member is mounted to the armature shaft and is housed within a shroud cover fitted to the motor housing. In operation, air is directed through the shroud cover by the rotating fan and into the air chambers by way of the air inlet apertures and ramp surfaces. Air is directed over the field and armature assemblies and out through vent cutouts in the cup portion of the housing.

8 Claims, 4 Drawing Sheets



US 5,734,214 Case 3:03-cv-00098-AVC Document 37-2 Filed 09/16/2004 Page 2 of 15 Page 2 of 9

U.S. Patent Mar. 31, 1998 Sheet 1 of 4 5,734,214

97
94
96
18
92
93
89
88
86
88
16
74
85
72
15
59
57
56
60
53
14
55
61
64
62
50
52
50
48
12
47
51
24
40
39
36
42
20
38
35
32
34
31
22
11
26
26
19
27
28
23
30
10
FIG.-1



Case 3:03-cv-00098-AVC Document 37-2 Filed 09/16/2004 Page 3 of 15

97
57
18
10
16
90
89
15
60
74
12
22
19
11
26
26
28
28
61
14
64
23

FIG.-2

39
11
46
44
38
40
43
35
43
40
26
20
26
32
30
28
31
40
40
4
4
30
31
26
26
32
43
43
40
35
38
40
44
46

FIG.-3

US 5,734,214 Case 3:03-cv-00098-AVC Document 37-2 Filed 09/16/2004 Page 4 of 15 Page 4 of 9

U.S. Patent Mar. 31, 1998 Sheet 3 of 4 5,734,214

11
40
44
40
46
24
40
46
39
40
20
42
35
36
38
32
31
34
22
26
30
30
26
27
28
28
23
72
70
74
69
15
65
66
69
82
82
69
8
81
8
69
82
82
70
72
69
74
74
76
72
72
82
15
82
72
77
68
65
78
81
76
72
77
77
82
82
72
76

FIG.-4

FIG.-5

FIG.-6



FIG.-7



FIG.-8



FIG.-9

# MOLDED THROUGH-FLOW MOTOR ASSEMBLY

## TECHNICAL FIELD

The invention herein resides in the art of dynamo-electric machines such as motors and generators. More particularly, the invention relates to through-flow motor assemblies such as are used in canister applications, wherein working air is used for motor cooling. Specifically, the invention relates to molded motor housings and diffuser systems for such through flow motors.

## BACKGROUND ART

Heretofore, it has been known to use electric motors for numerous applications. It has been found that such motors are particularly suited to small blowers, fans, or compressors such as are used in canister applications.

It has previously been known to use so called through-flow configurations which allow all or a portion of the working air from the primary fan to be directed through the motor housing to cool the motor, thus eliminating the need for a separate cooling fan. Such configurations are desirable for size and economy as well as efficiency. The problem with such systems is in lost efficiency due to transition of air moving from the rotating fan as it is directed through the motor housing.

Another problem in previous through-flow motor designs has arisen due to the skeletal frame designs typically used in such systems. These frames are frequently metal and accordingly require additional materials for brush mechanisms and terminations. The additional parts in skeletal frame construction allow for misalignment and improper fit between the commutator and brushes as well as between the field and armature rotor. Accordingly, it is most desirable to obtain a motor housing for a through-flow motor which is lightweight, compact and relatively inexpensive to manufacture, as well as being more efficient.

## DISCLOSURE OF INVENTION

In light of the foregoing, it is an aspect of the invention to provide a molded through-flow motor assembly.

Another aspect of the invention is the provision of a through-flow motor assembly having a molded motor housing.

A further aspect of the invention is the provision of a diffuser plate which, in combination with the molded motor housing, provides an efficient transition of air through the motor.

An additional aspect of the invention is the provision of a motor housing having guides for alignment of the motor field, brushes, and armature.

Still another aspect of the invention is the provision of a through-flow motor assembly which requires fewer parts than comparable motors of the prior art, is inexpensive to manufacture, and can be implemented with existing techniques and equipment.

The foregoing and other aspects of the invention which will become apparent as the detailed description proceeds are achieved by the improvement in a molded through-flow motor assembly having a rotating fan member mounted on a motor shaft, the fan being enclosed in a shroud cover, the improvement comprising: housing means for maintaining the motor field in a fixed position; and, diffuser means affixed to said housing means for directing the flow of air from the fan member over the motor.

Other aspects of the invention are attained by a through-flow motor housing and diffuser assembly, comprising: a motor housing having a generally cylindrical cup portion, said cup portion having a circumferential sidewall and a substantially open end, field retaining means disposed within said cup portion, and a circumferential flange portion extending from said cup portion around said open end, said flange portion having a plurality of vanes extending therefrom; and, a diffuser plate, adapted to engage said flange portion, said diffuser plate having first and second sides, a plurality of scalloped ramp surfaces on said first side, a plurality of air inlet apertures penetrating from said first side to said second side, a shaft aperture also penetrating from said first side to said second side, and a plurality of curvilinear vanes radiating from said shaft aperture toward said air inlet apertures on said second side.

Still other aspects of the invention are attained by a molded through-flow motor assembly, comprising: a motor having a field section and an armature section, said armature section having a shaft portion; a rotating fan member mounted on said shaft portion; a motor housing having a generally cylindrical cup portion, said cup portion having a circumferential sidewall and a substantially open end, field retaining means disposed within said cup portion, and a circumferential flange portion extending from said cup portion around said open end, said flange portion having a plurality of vanes extending therefrom, said field retaining means comprising at least two field retaining walls extending inwardly from said circumferential wall, said field retaining wall having an abutment surface; a diffuser plate adapted to engage said flange portion, said diffuser plate having first and second sides, a plurality of scalloped ramp surfaces on said first side, a plurality of air inlet apertures penetrating from said first side to said second side, a shaft aperture also penetrating from said first side to said second side, and a plurality of curvilinear vanes radiating from said shaft aperture toward said air inlet aperture on said second side so that adjacent curvilinear vanes form an expanding air chamber therebetween from said air inlet apertures toward the center of said plate and said vanes of said flange portion include a plurality of ramp surfaces adapted matingly to engage said ramp surfaces of said diffuser plate so as to form a continuous ramp surface within each of said air chambers; and a fan shroud having a circumferential sidewall, an open end, and a generally closed end, said closed end having an air intake aperture therein.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a complete understanding of the objects, techniques, and structure of the invention, reference should be made to the following detailed description and accompanying drawings wherein:

FIG. 1 is an exploded elevational side view of the motor assembly according to the invention;

FIG. 2 is an elevational cross section of the assembly;

FIG. 3 is a top plan view of the motor housing according to the invention;

FIG. 4 is a cross sectional view of the housing as taken at line 4—4 of FIG. 3;

FIG. 5 is a top plan view of the diffuser plate according to the invention;

FIG. 6 is a bottom plan view of the diffuser according to the invention;

FIG. 7 is an elevational side view of the diffuser plate;

FIG. 8 is a cross section of the diffuser plate of FIG. 5 taken along the line 8—8; and,

FIG. 9 is a schematic view of the assembly according to the invention showing the direction of air flow through the assembly.

## BEST MODE FOR CARRYING OUT THE INVENTION

Referring now to the drawings, it can be seen that a motor assembly according to the invention is designated generally by the numeral **10**. While it will be appreciated that the concept of the invention is applicable to any number of various dynamo-electric devices, the description herein will be with respect to a motor assembly of the nature shown. As such, the assembly **10** includes a motor housing **11**, a field assembly **12**, an armature assembly **14**, a diffuser plate **15**, a rotating fan member **16**, and a shroud cover **18**.

With reference now to FIGS. **1–4**, it can be seen that the motor housing **11** accordingly to the invention generally includes a cylindrical cup portion **19** and a flange portion **20**. It will be noted that the cup portion **19** includes a circumferential sidewall **22**, a generally closed bottom end **23** and a substantially open top end **24**. The flange portion **20** extends outwardly from the circumferential sidewall **22** so as to surround the open top end **24**. As can be seen the cup portion **19** is characterized by a plurality of vent cut-outs **26** proximal to the bottom end **23** of the housing **11**. As shown, each vent cut-out **26** is located adjacent to a brush holder cavity **27**. Accordingly, the vent cut-outs **26** are defined by the brush holder walls **30** on one side and by web portions **28** on the other.

The brush holder cavities **27** are disposed on opposite sides of the housing **11**, and are adapted to receive brushes (not shown) so as to maintain the brushes in contacting engagement with the commutator when the motor is assembled. The brush holder cavities **27** are defined by a pair of sidewalls **30** extending inwardly from the circumferential wall **22** of the housing **11**. A top wall **31** connects the sidewalls **30** so as to form a generally rectangular cavity. As can be seen the top wall **31** extends back toward the circumferential sidewall **22** to a field seat **32**. The field seat **32** is formed by a first wall **34** extending generally upwardly from the top wall **31** of the brush holder cavity **27** and further by a short second wall **35** which extends toward the circumferential sidewall **22** of the housing **11**. This short second wall **35** terminates at a field retaining wall **36** which includes a longitudinal field guide rib **38**.

The flange portion **20** of the housing **11** includes an upper face **39** having a plurality of tapered ramp surfaces extending upwardly therefrom. The ramp surfaces **40** are distributed at equally spaced intervals along a common radius on the flange face **39**. The flange portion **20** also includes a stepped shroud seat **42** which is disposed around the outer circumference of the flange **20**. For reasons which will become apparent as the description continues the flange **20** further includes a plurality of fastener apertures **43** in the face **39** thereof. With particular reference to FIGS. **1** and **4** it can be seen that the ramp surfaces **40** are oriented curviliniarly along a common radius of the flange face **39** and include a tapered upper surface **44** which extends from the generally flat flange face **39** to a ramp face **46**. The ramp face **46** is oriented generally perpendicular to the flange face **39** and defines the leading edge of each ramp surface **40**.

With continued reference to FIGS. **1** and **2**, it can be seen that the field assembly **12** is comprised generally of a plurality of stacked lamination plates **47**, coil support boards **48**, and a plurality of coil windings **50**. As can be seen, the coil support boards **48** are received within the laminations **47** and the windings **50** are wound around the coil support boards **48** and laminations **47** in a conventional manner disposed within the coil support boards **48**. Those skilled in the art will recognize that a novel aspect of the present invention is the provision of guide slots **51** in the exterior surface **52** of the laminations **47**. As shown, the guide slots **51** are perpendicularly centered on opposite sides of the laminations **47** in the exterior surface **52** thereof. The guide slots **51** may be of a semicircular configuration as shown or other appropriate configurations so as to correspond with the guide ribs **38** of the housing **11** as will be further described hereinbelow.

The armature assembly **14** is of a generally conventional design having a plurality of lamination plates **53** within which are wound armature coils **55**. A generally elongated shaft member **56** is disposed longitudinally through the armature winding **55** and may include a threaded fan engaging portion **57** at a first end **59** thereof. The shaft **56** is journaled in a bearing **60** which is fitted on the shaft **56** proximal to the first end **59** thereof. A commutator **61** is similarly disposed on the shaft **56** proximal to a second end **62** thereof. The commutator **61** is connected to the armature windings **55** in a conventional manner. A second bearing **64** is disposed on the second end **62** of the shaft **56**.

Referring now to FIGS. **5–8**, it can be seen that the diffuser plate **15** is comprised generally of a disk shaped main body portion **65** having a first side **66** and a second side **68**. The outer periphery of the diffuser plate **15** is interrupted by a plurality of curvilinear scallops **69**. Each scallop **69** is defined by a curvilinear wall **70** which extends from the outer periphery of the diffuser plate **15** radially inwardly and terminates at an air inlet aperture **72**. The air inlet apertures **72** penetrate from the first side **66** of the plate **15** to the second side **68** thereof. It should further be noted that the curved wall **70** increases in depth from the outer periphery of the diffuser plate **15** to the air inlet aperture **72**. As such, a curvilinear ramp surface **74** is formed immediately in from of each air inlet aperture **72**. Each ramp surface **74** descends and widens from one air inlet aperture **72** to the next. That is, where one scallop **69** ends the next begins, so as to form a continuous array of scallops **69** about the plate circumference. On the second side **68** of the plate **15**, obverse from each scallop **69**, the air inlet apertures **72** open into air chambers **76** which are defined by a plurality of curviliniarly extending walls **77** which radiate from a bearing holder **78** at the center of the plate **15** toward each air inlet aperture **72**. As can be seen, the bearing holder **78** is defined by a generally cylindrical wall member **80** extending from the second side **68** of the plate **15**. A shaft aperture **81** is centered within the bearing holder **78** and penetrates from the first side **66** to the second side **68** of the diffuser plate **15**. Similarly, a plurality of fastener apertures **82** are provided in the diffuser plate **15** at locations corresponding with the fastener apertures **43** of the housing **11** for reasons which will become apparent as the description continues. It will be noted that the curved walls **70** of the scallops **69** never reach a depth equal to the thickness of the main body member **65**. As such, a small step **84** is created at the end of each ramp surface **74** at the air inlet aperture **72**. For reasons which will become apparent, the height of the step **84** is approximately equal to the depth of the ramp face **46** of the motor housing **11**.

As shown in the drawings, the rotating fan member **16** is of a conventional design having a generally annular disk member **85** and a frusto-conical ring member **86**. A plurality of the tapered vanes **88** are interposed between the disk **85** and ring **86** in a radial pattern extending generally from the

center of the ring member **86** toward the outer periphery thereof. An air inlet aperture **89** is provided centrally in the ring member **86** while a shaft aperture **90** is similarly provided in the disk member **85**.

The shroud cover **18** of the invention is of a generally cylindrical cup shaped configuration having a circumferential sidewall **92**, an open end **93**, and a substantially closed end **94**. The substantially closed end **94** of the shroud **18** is defined by a tapered end wall **96** having a central air intake aperture **97** therein. For reasons which will become apparent, the inside diameter of the circumferential sidewall **92** of the shroud **18** is of approximately the same dimension as the shroud seat **42** of the housing **11**.

Referring again to FIGS. 1 and 2, assembly of the device according to the invention is established by first fitting the field assembly **12** into the motor housing **11** such that the outer surface **52** of the field laminations **53** matingly abuts the field retaining wall **36** of the housing **11**. The guide slots **51** of the field assembly **12** are aligned with the guide ribs **38** of the housing **11** and the field assembly **12** is allowed to rest against the field seat **32** just above the brush holder cavities **27**. The field assembly **12** may then be secured within the housing **11** by way of appropriate fasteners such as truss bolts or the like. The armature assembly **14** is then inserted such that the bearing **64** proximal to the second end **62** resides in the bearing holder **25** at the bottom end **23** of the housing **11**. Accordingly, the armature core is centered within the field assembly **12** while the commutator **61** is in close proximity to the brush holder cavities **27**. With the armature in place the diffuser plate **15** may be fitted to the flange face **39** of the motor housing **11** such that the ramp surfaces **40** are located within the air chamber **76** of the diffuser plate **15**. It should be noted that the ramp face **46** of the ramp surfaces **40** abuts the step **84** of the ramp surfaces **74** of the diffuser plate **15**. Inasmuch as the ramp face **46** and step **84** are of a corresponding height, a continuous ramp surface is established between the ramp surfaces **74** of the diffuser plate **15** and the ramp surfaces **40** of the housing **11**.

The bearing **60** proximal to the first end **59** of the armature shaft **56** resides in the bearing holder **78** of the diffuser plate **15**, such that the threaded flange engaging portion **57** of the shaft **56** extends through the shaft aperture **81** of the plate **15**. The diffuser plate **15** is secured to the housing **11** by way of appropriate fasteners such as machine screws received within the fastener apertures **43** and corresponding apertures **82** of the housing **11** and plate **15** respectively. The rotating fan member **16** may then be fitted to the armature shaft **56** by securing the disk **85** to the threaded fan engaging portion **57** of the shaft with appropriate spacers and/or nuts. The shroud cover **18** may then be fitted over the rotating fan **16** and diffuser plate **15** so as to frictionally engage the shroud seat **41** of the housing **11**. It should be noted that the plate **15** may be secured to the housing **11** by staking. With the brushes installed in the brush holder cavities **27** and other appropriate electrical connections established the assembly **10** is now ready for operation.

In operation, the motor is energized causing the rotating fan member **16** to begin to rotate within the shroud cover **18**. As such, air is directed through the intake aperture **97** of the shroud **18** into the air intake aperture **89** of the rotating fan **16** as shown in FIG. **9**. The air is then directed outwardly by the vanes **88** of the rotating fan **16** to the outer periphery of the fan. The air coming off the rotating fan member **16** is then directed down the ramp surfaces **74** of the diffuser plate **15** through the air inlet apertures **72** and down the ramp surfaces **40** of the housing **11** into the air chambers **76**. It should be noted that the width of the air chambers **76** of the diffuser plate **15** increases gradually from the inlet aperture **72** toward the bearing holder **78**. Accordingly, the compressed air is allowed to expand as it is directed toward the bearing holder **78** and pass over the field **12** and armature assemblies **14**. The air coming off the field **12** and armature assemblies **14** is then passed through the vent cut-outs **26** of the housing **11**.

As presented above, it should be appreciated that the assembly **10** allows working air coming off the rotating fan member **16** to further serve to cool and ventilate the motor while maintaining an efficient flow of air.

Thus it can be seen that the objects of the invention have been satisfied by the structure presented above. While in accordance with the patent statutes only the best mode and preferred embodiment of the invention has been presented and described in detail, it is to be understood that the invention is not limited thereto or thereby. Accordingly, for an appreciation of the true scope and breadth of the invention reference should be made to the following claims.

What is claimed is:

1. In a molded through-flow motor assembly having a rotating fan member mourned on a motor shaft and the fan being enclosed in a shroud cover, the improvement comprising:

a generally cylindrical cup portion having a substantially open end;

a circumferential flange portion extending from said cup portion around said open end;

a plurality of ramp surfaces extending from said flange portion in a direction away from said cup portion; and,

a diffuser plate affixed to said cup portion and over said open end for directing the flow of air from the fan member over the motor, said diffuser plate having a first and a second side, a plurality of scalloped ramp surfaces along the circumference of said diffuser plate on said first side, a shaft aperture penetrating from said first side to said second side, a plurality of air inlet apertures also penetrating from said first side to said second side, and a plurality of curvilinear vane members radiating from said shaft aperture towards said air inlet apertures wherein adjacent curvilinear vane members form an expanding air chamber therebetween from each of said air inlet apertures toward the center of said diffuser plate and wherein said plurality of ramp surfaces are adapted to matingly engage said scalloped ramp surfaces of said diffuser plate so as to form a continuous curvilinear ramp surface within each of said air chambers such that each said continuous curvilinear ramp surface extends from said first side of said diffuser plate to a position substantially radially inwardly on said circumferential flange portion to facilitate the flow of air through the motor assembly.

2. The improvement in a molded through-flow motor assembly according to claim 1, wherein said cup portion has a circumferential sidewall and

field retaining means disposed within said circumferential sidewall.

3. The improvement in a molded through-flow motor assembly according to claim 2, wherein said field retaining means comprises:

at least two field retaining walls extending inwardly from said circumferential wall, each said field retaining wall having an abutment surface;

a field seat extending from each said abutment surface; and,

a field guide fib on each said abutment surface.

4. The improvement in a molded through-flow motor assembly according to claim 2, wherein said cup portion and said diffuser means are manufactured from a thermoset material.

5. The improvement in a molded through-flow motor assembly according to claim 2, wherein said cup portion further comprises at least two brush holder cavities.

6. The improvement in a molded through-flow motor assembly according to claim 5, wherein said cup potion has a bearing holder incorporated therein.

7. The improvement in a molded through-flow motor according to claim 2, wherein said diffuser plate has a bearing holder incorporated therein.

8. The improvement in a molded through-flow motor assembly according to claim 7, wherein said circumferential flange portion includes a circumferential step forming a shroud seat.

* * * * *



**EXHIBIT B**

# United States Patent [19]

**Finkenbinder et al.**

[11] **Patent Number: 6,166,462**

[45] **Date of Patent: *Dec. 26, 2000**

[54] **BYPASS MOTOR/FAN ASSEMBLY HAVING SEPARATE WORKING AIR PASSAGES**

[75] Inventors: **David B. Finkenbinder**, Newville, Pa.; **Jeffrey D. Marsden**, Kent, Ohio

[73] Assignee: **Ametek, Inc.**, Kent, Ohio

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **09/072,035**

[22] Filed: **May 4, 1998**

[51] **Int. Cl.**[7] .............................. **F04D 29/44**; H02K 9/04

[52] **U.S. Cl.** .................. **310/63**; 417/423.14; 417/423.2; 415/208.1; 415/211.2

[58] **Field of Search** .................... 310/62, 63; 417/423.1, 417/423.2, 423.14, 366, 424.2; 415/208.1, 211.2

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,726,807 | 12/1955 | Lewis | 310/62 |
| 2,888,192 | 5/1959 | Cole et al. | 310/62 |
| 4,669,952 | 6/1987 | Forsyth, III et al. | 415/119 |
| 5,394,041 | 2/1995 | Oberdorfer-Bogel | 310/64 |
| 5,734,214 | 3/1998 | Gilliland et al. | 310/89 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3-018699 | 1/1991 | Japan | 417/366 |
| 3-023399 | 1/1991 | Japan | 310/62 |
| 4-164199 | 6/1992 | Japan | 310/62 |

OTHER PUBLICATIONS

Translation of Japanese Patent 04–164, 199, Jun. 9, 1992.

*Primary Examiner*—Karl Imayoshi Tamai
*Attorney, Agent, or Firm*—Renner, Kenner, Greive, Bobak, Taylor & Weber

[57] **ABSTRACT**

A bypass motor/fan assembly for use in applications where moisture laden air is encountered. A motor with a motor cooling fan has a fan end bracket received at one end thereof to isolate the motor and motor cooling fan from a working air fan received on the opposite side of the fan end bracket. A diffuser matingly engages with the fan end bracket. The diffuser and fan end bracket have ramped surfaces thereon which are circumferentially aligned with the working air fan. The ramped surfaces define air flow paths of uniform cross section which pass to exhaust ports which are circumferentially spaced about a fan shell which is received over the fan end brackets, diffuser and working air fan. The fan shell has an air intake aperture at an end thereof. Air passes from the air intake aperture, into the eye of the work air fan, and out of the fan at the circumference thereof into the air paths of uniform cross section and to the exhaust ports. This channeling and ducting of the working air achieves a laminar flow and reduces turbulence and pressure pulses, increasing the efficiency of the working air fan and reducing the noise incident to the operation thereof.

**4 Claims, 2 Drawing Sheets**



S 6,166,462 Case 3:03-cv-00098-AVC Document 37-2 Filed 09/16/2004 Page 11 of 15 Page 2 of 6

U.S. Patent Dec. 26, 2000 Sheet 1 of 2 6,166,462

10
41
30
24
22
26
32
20
18
34
16
14
12
36
28
FIG.-1

68
68
24
40
68
38
38
40
12a
FIG.-2

30
42
44
66
66
44
12b
42
FIG.-3

54
34
54
52
46
48
54
50
FIG.-4

34
54
52
46
50
48
FIG.-5









FIG. 6

## BYPASS MOTOR/FAN ASSEMBLY HAVING SEPARATE WORKING AIR PASSAGES

### TECHNICAL FIELD

The invention herein resides in the art of dynamoelectric machines and, more particularly, to a bypass motor/fan assembly. Particularly, the invention relates to a bypass motor assembly in which the working air is provided with a laminar exhaust flow path, increasing the efficiency of the assembly and reducing the noise associated with its operation.

### BACKGROUND ART

Presently, many pieces of cleaning equipment are subjected to water or moisture. Particularly, wet/dry vacuum cleaners such as those known as utility vacs and carpet extractors operate in an environment in which the debris which is extracted from the surface being cleaned is laden in a mixture of air and water. In order to prevent the moisture laden air from entering the vacuum generating motor, bypass motors are typically used in these operations. As is known to those skilled in the art, a bypass motor/fan assembly is one in which the working air, generated by a working air fan, never passes through the motor, but is totally isolated from the motor. The motor itself has a separate motor cooling air fan which draws cooling air over the motor armature and field. Accordingly, the working air and the motor cooling air take totally separate paths, and do not mix—except possibly in an exhaust area. While both the motor cooling fan and the working fan operate on the same shaft, in a bypass motor the chambers for the working air and motor cooling air are separate and distinct from each other such that moisture laden air never enters the motor.

In the past, bypass motors have typically positioned a working air fan at an end of the motor/fan shaft, with the fan rotating within a fan shell. The shell defines a chamber within which the fan operates. An end of the fan shell is provided with an air intake, with the circumference or periphery of the shell being defined by a plurality of spaced apart exhaust apertures. The intake aperture communicates with a vacuum chamber in the cleaning device, while the exhaust ports communicate with the ambient. Typically, the fan shell simply defines a chamber in which the fan rotates and, accordingly, that chamber becomes pressurized such that the air therein eventually finds its way to an exhaust port. However, with this type of a structure, the fan operation is quite inefficient and given to the generation of significant volumes of noise.

Those skilled in the art will appreciate that previously known bypass motors are highly inefficient. The pressurization of the fan chamber and the indirect exhausting of the air therefrom gives rise to inherent inefficiencies characterized by the noise generated thereby. Both are objectionable. Accordingly, there is a need in the art for a highly efficient and quiet bypass motor for use in motor/fan applications involving moisture laden air.

### DISCLOSURE OF INVENTION

In light of the foregoing, it is a first aspect of the invention to present a bypass motor/fan assembly in which the working air is exhausted through exhaust paths of uniform cross section, increasing efficiency and reducing noise.

Another aspect of the invention is the provision of a bypass motor/fan assembly in which the working air fan is maintained within an operating cavity and positioned such that the circumferential edge of the fan is in close proximity to and in communication with exhaust paths and ports.

Still a further aspect of the invention is the provision of a bypass motor/fan assembly in which the working air path goes directly from an intake port, through the fan, and to tangentially positioned exhaust paths and ports, eliminating the fan chamber of the prior art.

Yet another aspect of the invention is the provision of a bypass motor/fan assembly which is efficient and quiet in operation, easy to construct with state of the art equipment and apparatus, and conducive to implementation in vacuum producing devices subjected to moisture laden air.

The foregoing and other aspects of the invention which will become apparent as the detailed description proceeds are achieved by a bypass motor/fan assembly, comprising: a motor; a shaft passing through and driven by said motor; a motor cooling fan connected to said shaft and in juxtaposition to said motor; a fan end bracket received over an end of said motor and motor cooling fan, said fan end bracket having a first set of ramped surfaces thereon; a diffuser received by said fan end bracket, said diffuser having a second set of ramped surfaces mating with said first set of ramped surfaces, said first and second sets of ramped surfaces defining air flow paths of uniform cross section; a working air fan received upon said shaft, said working air fan having a circumferential edge in juxtaposition and communication with said flow paths; and a fan shell received over said fan end bracket, diffuser and working air fan, said fan shell having apertures in registration with said flow paths.

### BRIEF DESCRIPTION OF THE DRAWINGS

For a complete understanding of the objects, techniques and structure of the invention reference should be made to the following detailed description and accompanying drawings wherein:

FIG. **1** is a partial sectional view of a bypass motor/fan assembly made in accordance with the invention;

FIG. **2** is a top plan view of the fan end bracket employed in the motor of FIG. **1**;

FIG. **3** is a top plan view of the diffuser employed in the motor/fan assembly of FIG. **1**;

FIG. **4** is a top plan view of the fan shell of the motor/fan assembly of the invention;

FIG. **5** is a side elevational view of the fan shell of FIG. **4**;

FIG. **6** is a top perspective view of the diffuser and fan end bracket assembled to one another.

### BEST MODE FOR CARRYING OUT THE INVENTION

Referring now to the drawings and more particularly to FIG. **1**, it can be seen that a bypass motor/fan assembly made in accordance with the invention is designated generally by the numeral **10**. The motor/fan assembly **10** has a shaft **12** extending axially therethrough, the shaft **12** being driven by the motor and having both motor cooling and working air fans attached thereto, as will become apparent herein. At one end of the motor/fan assembly **10** is a commutator end bracket **14** retaining a biasing spring **16** urged against a bearing **18**. The bearing **18** receives the shaft **12**, as is well known to those skilled in the art.

The assembly **10** further includes an armature **20** operable within field windings **22**. A fan end bracket **24** extends

beyond armature **20** and field windings **22** and encloses a motor cooling fan **26** at the end of the motor assembly, just described. Those skilled in the art will appreciate that the motor cooling fan **26** serves to draw motor cooling air across the armature **20** and field windings **22** when in operation. This motor cooling air is ambient air, as distinguished from the working air drawn by a working air fan to be described herein.

A bearing **28** receives the shaft **12** within an aperture of the fan end bracket **24** adjacent the cooling fan **26**. Accordingly, the shaft **12** is maintained by bearings **18**, **28** near opposite ends thereof.

As further shown in FIG. **1**, the diffuser **30** is matingly received by the fan end bracket **24**. In juxtaposition to the mated diffuser and fan end bracket is a working air fan **32**, adapted for drawing air from a vessel to serve as a vacuum source in a cleaning device. The working air fan **32** is maintained within a fan shell **34** by means of a nut **36** secured to the end of the shaft **12**.

With reference now to FIG. **2**, it can be seen that an end of the fan end bracket **24** has an aperture **12***a* for receiving the shaft **12** therethrough. Mounting screw holes or apertures **38** are also provided therein. Of particular importance is the presence of uniformly circumferentially spaced ramped surfaces **40**, adapted to receive the diffuser **30** and to define in association therewith circumferentially positioned air flow passages **41** for exhaust air from the working air fan **32** as best seen in FIG. **1**. As seen in FIG. **3**, the diffuser **30** has uniformly circumferentially spaced ramped surfaces **42** about the periphery thereof and defining apertures **44** at the ends thereof. The ramped surfaces **40**, **42** engage with each other about the circumference of the working air fan **32** to define the air flow passages **41** of rectangular and uniform cross section, extending to and defining exhaust apertures **44**. Of course, a central aperture **12***b*, for receiving the shaft **12**, is provided within the diffuser **30**.

With reference to FIGS. **4** and **5**, it can be seen that the fan shell **34** is generally cup shaped and provided with an air inlet aperture **46** in a conical cap **48**. The air inlet aperture **46** communicates directly with the eye of the working air fan **32** that is received therein. A cylindrical sidewall **50** is received over and sealingly engages with the circumferential side edges of the mating fan end bracket **24** and diffuser **30**. Uniformly spaced apertures **52** are staked as at **54** within the circumferential cylindrical sidewall **50** of the fan shell **34**. The exhaust apertures **52** are in registration with the apertures **44** at the ends of the air flow passages **41** defined by the engaged ramped surfaces **40**, **42**. These passageways are in circumferential alignment with the edge of the working air fan **32**. Accordingly, as air is drawn from the chamber to the evacuator into the air inlet aperture **46**, it passes through the working air fan **32** and is exhausted outwardly through the passages **41** of uniform cross section defined between the ramped surfaces **40**, **42**, through the apertures **44**, and out of the associated exhaust apertures **52** to ambient.

With reference to FIG. **6**, it can be seen that the diffuser **24** and the fan end bracket **30** are assembled to form a diffuser/fan end bracket assembly generally indicated by the numeral **60**. It can be seen that the assembly **60** has a plurality of uniform circumferentially spaced ramped surfaces **62** which are formed from the ramped surfaces **42** of the diffuser **30** and the ramped surfaces **40** of the fan end bracket **24**. The ramped surfaces **62** each form the respective air flow passages **41**. The ramped surfaces **62** are radially and outwardly directed such that the air flow generated by the working air fan is outwardly and tangentially directed away from the assembly **60** when the fan shell **34** is placed over the assembly **60**. As best seen in FIG. **1**, the air flow passages **41** are in registration with corresponding staked apertures **52** such that air flow through the air flow passages **41** is smooth, laminar, and without buildup of pressure within the fan shell.

The ramp surfaces **42** of the diffuser **30** each provide a ramp wall **66** which extends from an outer periphery of the diffuser to an inner periphery in circumferential alignment with the outer periphery of the working air fan as best seen in FIGS. **1**, **3** and **6**.

The ramp surfaces **40** of the fan end bracket **24** provide a ramp wall **68** that is alignable with the ramp wall **66** when the diffuser and fan end bracket are assembled to one another. The ramp wall **68** extends from the inner periphery in circumferential alignment with the outer periphery of the working air fan to the outer periphery of the diffuser **30** as best seen in FIGS. **2** and **6**. This outer-inner-outer feature of the ramped surface **62** facilitates the outward and tangential airflow of the working air from the aperture **46** to the staked apertures **52**.

It will be appreciated that the flow of working air in the bypass motor **10** is laminar, entering into the eye of the fan **32** through the air inlet aperture **46**, passing through the fan **32**, and being smoothly fed into the passages at the fan edges and out of the circumferentially spaced exhaust ports or apertures **52**. This laminar flow, absent any substantial buildup of pressure within the fan shell itself, greatly increases the efficiency of the bypass motor **10** and reduces the noise associated with the operation thereof in comparison to similar motors from the prior art.

Thus it can be seen that the objects of the invention have been satisfied by the structure presented above. While in accordance with the patent statutes only the best mode and preferred embodiment of the invention has been presented and described in detail, it is to be understood that the invention is not limited thereto or thereby. Accordingly, for an appreciation of the true scope and breadth of the invention reference should be made to the following claims.

What is claimed is:

1. A bypass motor/fan assembly comprising:

a motor;

a shaft passing through and driven by said motor;

a diffuser/fan end bracket assembly having a central aperture therethrough for rotatably receiving said shaft, said diffuser/fan end bracket assembly received over an end of said motor;

a working air fan received upon said shaft; and

a fan shell having a cylindrical sidewall received over said diffuser/fan end bracket assembly and said working air fan, said fan shell having an inlet aperture, said sidewall having uniformly spaced staked apertures, said working fan drawing air through said inlet aperture and exhausting it tangentially outwardly through said diffuser/fan end bracket assembly and said staked apertures;

said diffuser/fan end bracket assembly having a plurality of uniformly circumferentially spaced ramped surfaces which form a like plurality of separate air flow passages tangentially and outwardly directed, wherein said separate air flow passages are in registration with corresponding said staked apertures such that air flow through said separate air flow passages is smooth, laminar and without buildup of pressure within said fan shell, wherein said diffuser/fan end bracket includes:

a diffuser with a first plurality of ramped surfaces, each said first ramped surface having a first ramp wall which extends from an outer periphery of said diffuser to an inner periphery in circumferential alignment with an outer periphery of said working air fan; and

a fan end bracket with a second plurality of ramped surfaces that correspondingly engage with said first plurality of ramped surfaces each said second ramped surface having a second ramp wall aligned with said first ramp wall, each said second ramp wall extending from the inner periphery in circumferential alignment with the outer periphery of said working air fan to an outer peripheral of said diffuser.

2. The bypass motor/fan assembly according to claim 1, wherein an innermost periphery of said ramped surfaces are in circumferential alignment with an outer periphery of said working air fan.

3. The bypass motor/fan assembly according to claim 1, wherein said staked apertures are inclined and in registration with said ramped surfaces to facilitate the smooth laminar air flow.

4. The bypass motor/fan assembly according to claim 1, wherein each corresponding said first and second ramped surface and said first and second ramp walls form each said air flow passage to uniformly exhaust the working air.

* * * * *