UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
:
JOHNSON ELECTRIC INDUSTRIAL :
MANUFACTORY, LTD. and JOHNSON : CASE NO. 03 CV0098 AVC
ELECTRIC NORTH AMERICA, INC., :
: SUPPLEMENTAL DECLARATION OF
Plaintiffs, : STEPHEN N. WEISS IN SUPPORT OF
: MOTION FOR MARKMAN HEARING
-against- :
:
AMETEK, INC., :
:
Defendant. :
:
-----------------------------------------------------------x

FILED 2004 NOV 12 A 11: 41 U.S. DISTRICT COURT HARTFORD, CT

Stephen N. Weiss, hereby certifies under penalties of perjury that the following is true:

1. I am lead counsel for Plaintiffs, collectively referred to herein as "Johnson".

2. On or about November 3rd 2004 I filed a motion requesting a *Markman* hearing in this case. Specifically, on behalf of Plaintiffs, I requested that this Court set forth a briefing schedule and a date certain for a *Markman* hearing and that the Court further adjourn the date for the initial exchange of expert reports so that that date occur no sooner than three weeks after this Court issues its *Markman* decision.

3. As of today, November 11, 2004, counsel for their respective parties have exchanged terms that they would like the Court to construe.

4. This morning, in a phone conversation, Ray Weber, attorney for Defendant AMETEK, authorized me to advise the court that AMETEK joins in the pending application for a *Markman* hearing, with related relief.

_____
Stephen Norman Weiss

New York, N.Y.
November 11, 2004

433684v1  007171.0103

## CERTIFICATE OF SERVICE

A true copy of the foregoing SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR MARKMAN HEARING, via priority overnight federal express upon the following attorneys for Ametek, Inc. this 11th day of November, 2004.

Ray L. Weber
Renner, Kenner, Greive, Bobak et al
400 First National Tower
Akron, Ohio  44308

Ben A. Solnit
Tyler, Cooper & Alcorn, LLP
205 Church Avenue
New Haven, CT  06520

_____
Stephen Norman Weiss