UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 NOV 19 P 3:14
U.S. DISTRICT COURT
HARTFORD, CT.

JOHNSON ELECTRIC INDUSTRIAL
MANUFACTURING, LTD. and
JOHNSON ELECTRIC NORTH
AMERICA, INC.,
   Plaintiffs,

vs.

AMETEK, INC.,
   Defendant.

Civil No. 3:03CV00098(AVC)

### RULING ON MOTION FOR MARKMAN HEARING

The motion for a <u>Markman</u> hearing (doc. no. 39) is GRANTED as set forth in the amended scheduling order issued this day.

It is so ordered this 19th day of November, 2004 in Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge