UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 NOV 19 P 3: 14

U.S. DISTRICT COURT
HARTFORD, CT.

JOHNSON ELECTRIC INDUSTRIAL
MANUFACTURING, LTD. and
JOHNSON ELECTRIC NORTH
AMERICA, INC.,
   Plaintiffs,

vs.

AMETEK, INC.,
   Defendant.

Civil No. 3:03CV0098(AVC)

## AMENDED SCHEDULING ORDER

1. On or before December 30, 2004, the plaintiffs and counter-claim plaintiff shall identify the claim terms they believe, in good faith, require construction.

2. On January 31, 2005, all parties shall exchange their proposed claim constructions and file the proposed claim constructions with the court. After this date, any party seeking to amend, modify or submit any proposed claim construction must either obtain the consent of all other parties or file a motion requesting permission from the court for such amendment, modification, or new construction and establish to the court that good cause exists for entry of the same.

3. On or before February 16, 2005, the parties shall confer in good faith in an attempt to agree upon the limitations of the asserted claims that are in dispute for the purposes of a Markman hearing. On this date the parties will file a joint claim construction statement setting forth the construction of those claim terms on which the parties agree, each parties' proposed construction for each disputed claim term, and the identity of each witness each party expects to call to testify at the Markman hearing.

4. On or before March 1, 2005, the plaintiffs and counter-claim plaintiff shall simultaneously file and serve opening Markman briefs and any evidence supporting their claim construction, including but not limited to identifying each witness the plaintiffs and counter-claim plaintiff expect to call to testify at the Markman hearing and, to the extent their briefs identify an expert witness to testify on claim construction, the plaintiffs and counter-claim plaintiff shall provide a report setting forth that expected testimony.

5. On or before April 1, 2005, the defendant and counter-claim defendants shall file and serve their responsive Markman briefs on claim construction.

6. On or before May 18, 2005, the parties may file and serve reply Markman briefs on claim construction.

7. On June 14, 2005 at 11 a.m., the court shall conduct a Markman hearing.

8. On or before September 1, 2005, the plaintiffs and counter-claim plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts, and depositions of any such experts shall be completed by December 30, 2005.

9. On or before September 30, 2005, the defendant and counter-claim defendants shall designate all trial experts and provide opposing counsel with reports from retained experts, and depositions of such experts shall be completed by December 30, 2005.

10. On or before October 31, 2005, all motions, except motions in limine incident to trial, shall be filed.

11. The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on November 28, 2005.

12. The case shall be ready for trial by January 2, 2006.

It is so ordered, this 19th day of November, 2004, at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge