UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JAN 31  A 11:09

U.S. DISTRICT COURT

------------------------------------------------------x

JOHNSON ELECTRIC INDUSTRIAL :
MANUFACTORY, LTD. and JOHNSON : CASE NO. 03 CV0098 AVC
ELECTRIC NORTH AMERICA, INC., :
:
                Plaintiffs, : **PLAINTIFFS' PROPOSED**
: **CONSTRUCTIONS FOR UNITED STATES**
      -against- : **PATENTS IN SUIT**
:
AMETEK, INC., :
:
                Defendant. :
:

------------------------------------------------------x

Plaintiffs pursuant to order of this Court dated November 19, 2004, respectfully submit the following proposed claim term constructions for the U.S. Patents in issue in the captioned litigation:

| Plaintiffs' proposed Constructions of Terms of Ametek's '214, '180, '462, '843, and '580 Patents In Suit | | | |
|---|---|---|---|
| Pat. No. | Claim | Term | Proposed Definition |
| 5,734,214 | 1 | circumferential flange portion | a circular flat surface extending outward from the rim of the cup |
| 5,734,214 | 1 | plurality of ramp surfaces extending from said flange portion | more than one sloping surface extending from the flange |
| 5,734,214 | 1 | a direction away from said cup portion | a direction away from the body of the motor |
| 5,734,214 | 1 | scalloped ramp surfaces | curved projected sloping surfaces |
| 5,734,214 | 1 | curvilinear vane members | thin, flat or curved blades or ribs that redirect the flow of air |
| 5,734,214 | 1 | radiating from said shaft aperture | moving along a radius away from shaft aperture |

442351v4  007171.0103

| Plaintiffs' proposed Constructions of Terms of Ametek's '214, '180, '462, '843, and '580 Patents In Suit | | | |
|---|---|---|---|
| Pat. No. | Claim | Term | Proposed Definition |
| 5,734,214 | 1 | expanding air chamber | a space or cavity that gets larger |
| 5,734,214 | 1 | adapted to matingly engage | made suitable for fitting together by interlocking |
| 5,734,214 | 1 | substantially radially inwardly | substantially toward center of cup along a radius |
| 5,734,214 | 2 | field retaining means | function: hold field in place<br><br>structure: at least two field retaining walls extending inwardly from said circumferential wall, each said field retaining wall having an abutment surface |
| 5,734,214 | 3 | field retaining walls | vertical boundaries for holding field in place |
| 5,734,214 | 3 | abutment surface | surface touching the field |
| 5,734,214 | 3 | field seat | base upon which field rests |
| 5,734,214 | 3 | field guide rib | raised piece to guide the field |
| 6,309,180 | 1 | plurality of scallops | more than one curved projection cut along an edge |
| 6,309,180 | 1 | disposed around an outer periphery | arranged around an outer or surrounding region |
| 6,309,180 | 1 | curved wall | a continuously bending vertical boundary |
| 6,309,180 | 1 | curvilinear ramp surface | sloping surface bounded by curved lines |
| 6,309,180 | 1 | curvilinear walls | vertical boundaries formed by curved lines |
| 6,309,180 | 1 | to define air chambers | to determine or fix boundaries of a space or cavity for air |
| 6,309,180 | 1 | terminating prior to reaching | ending before arriving at |
| 6,309,180 | 1 | separated apart and disconnected from each other | not joined to one another by virtue of a corner or other structural feature that extends from the second side of the main body portion |
| 6,309,180 | 3 | step | a structure consisting of a platform connected to a substantially vertical riser |

| Plaintiffs' proposed Constructions of Terms of Ametek's '214, '180, '462, '843, and '580 Patents In Suit ||||
|---|---|---|---|
| Pat. No. | Claim | Term | Proposed Definition |
| 6,309,180 | 3 | substantially perpendicularly extending | largely drawn out or made longer at a right angle |
| 6,309,180 | 5 | wherein the height of each said curvilinear wall is significantly reduced prior to reaching said shaft aperture, thereby forming a flow chamber contiguous with said air chambers | the height of each of the plurality of walls that form a given flow chamber is reduced by a large percentage of said height, the continuation of said reduced height walls forming an adjacent chamber through which air flows |
| 6,166,462 | 1 | diffuser/fan end bracket assembly | a device used to broaden and spread air, fit together with a device used to close the motor at the fan end of that motor, where the diffuser and end bracket are separate pieces |
| 6,166,462 | 1 | received over an end of said motor | held or contained so as to cover an end of the motor |
| 6,166,462 | 1 | working air fan received upon said shaft | the fan used to create the vacuum is held or contained on the shaft |
| 6,166,462 | 1 | a fan shell having a cylindrical sidewall received over said diffuser/fan end bracket assembly | a fan cover with a cylindrical sidewall held or contained so as to cover the diffuser/fan end bracket assembly |
| 6,166,462 | 1 | sidewall | vertical boundary on the side |
| 6,166,462 | 1 | exhausting it tangentially outwardly | emptying the contents along a tangent away from the motor |
| 6,166,462 | 1 | uniformly circumferentially spaced ramped surfaces | uniformly circumferentially spaced sloping surfaces |
| 6,166,462 | 1 | plurality of separate air flow passages | more than one separate channel for air |
| 6,166,462 | 1 | tangentially and outwardly directed | along a tangent away from the motor |
| 6,166,462 | 1 | smooth | uniform |
| 6,166,462 | 1 | laminar | not turbulent |
| 6,166,462 | 1 | without buildup of pressure within said fan shell | no increase of force within the fan shell |

| Plaintiffs' proposed Constructions of Terms of Ametek's '214, '180, '462, '843, and '580 Patents In Suit ||||
|---|---|---|---|
| Pat. No. | Claim | Term | Proposed Definition |
| 6,166,462 | 1 | ramped surfaces | sloping surfaces |
| 6,166,462 | 1 | ramp wall | a vertical boundary of a sloping surface |
| 6,166,462 | 1 | extends from an outer periphery of said diffuser to an inner periphery in circumferential alignment with an outer periphery of said working air fan | starts from an outer boundary of the diffuser, and extends to an inner boundary of the diffuser, in a proper state of adjustment circumferentially with the outer boundary of the working air fan |
| 6,166,462 | 1 | correspondingly engage | fitting together and agreeing in position |
| 6,166,462 | 1 | extending from the inner periphery in circumferential alignment with the outer periphery of said working air fan to an outer periphery of said diffuser | continuing from an inner boundary of the diffuser, which is in a proper state of adjustment circumferentially with the outer boundary of the working air fan, to an outer boundary of the diffuser |
| 6,166,462 | 2 | an innermost periphery of said ramped surfaces are in circumferential alignment with an outer periphery of said working air fan | an innermost boundary of said inclined surfaces are in a proper state of adjustment circumferentially with an outer boundary of said working air fan |
| 6,166,462 | 3 | inclined | sloped |
| 6,166,462 | 3 | in registration | aligned |
| 6,166,462 | 4 | uniformly exhaust the working air | smoothly let out the working air |
| 6,439,843 | 1 | an end bracket | a device used to close the motor |
| 6,439,843 | 1 | partially enclosing | not totally enclosing |
| 6,439,843 | 1 | plurality of vanes | more than one thin, flat or curved blade or rib that redirects the flow of air |
| 6,439,843 | 1 | form a fan chamber | create a cavity for the fan |
| 6,439,843 | 1 | receives said working air fan | holds or contains the working air fan |
| 6,439,843 | 1 | closely disposed about said outer periphery exhaust region | near and on the same plane as the outer boundary of the fan |
| 6,439,843 | 3 | maximize the flow of working air | make the flow of working air as great as possible |

| Plaintiffs' proposed Constructions of Terms of Ametek's '214, '180, '462, '843, and '580 Patents In Suit ||||
|---|---|---|---|
| **Pat. No.** | **Claim** | **Term** | **Proposed Definition** |
| 6,439,843 | 8 | leading end | starting point, nearest the fan |
| 6,439,843 | 8 | trailing end | ending point, nearest the shroud |
| 6,439,843 | 10 | plurality of vanes that form a fan chamber that receives said working air fan | more than one thin, flat or curved blade or rib that redirects the flow of air, and that is used to create a cavity for the fan which cavity holds or contains said working air fan |
| 6,439,843 | 10 | sloping shoulder such that said vanes slope in a corresponding manner | a sloping area around the edge of a higher part connecting it to a lower part such that the thin, flat or curved blades or ribs that redirect the flow of air slope in a corresponding manner |
| 6,439,843 | 11 | downwardly sloping shoulder | a downwardly sloping area around the edge of a higher part connecting it to a lower part |
| 6,439,843 | 11 | trailing end extending radially along said sloping shoulder | ending point nearest the shroud extending radially along the sloping shoulder |
| 6,439,843 | 11 | trailing ends | ending points, nearest the shroud |
| 6,439,843 | 11 | gathering chamber | the space or cavity formed between the trailing ends of the vanes and the shroud wherein the trailing ends of the vanes are not positioned directly against the surface of the shroud |
| 6,439,843 | 11 | collects prior to exiting | accumulates prior to exiting |
| 6,439,843 | 12 | wherein said end bracket has a downwardly sloping shoulder and wherein each said vane has a leading end and a trailing end | wherein the device used to close the motor has a downwardly sloping area around the edge of a higher part connecting it to a lower part and wherein each said thin, flat or curved blade or rib that redirects the flow of air has a starting point nearest the fan and an ending point nearest the shroud |
| 6,439,843 | 13 | wherein each said vane has a top edge extending between a leading end to a trailing end, and wherein said shroud is in touching contact with at least a portion of said top edges | wherein each said thin, flat or curved blade or rib that redirects the flow of air has a top boundary line continuing from a starting point nearest the fan to an ending point nearest the shroud, and wherein said shroud is in touching contact with at least a portion of said top boundary line |

| Plaintiffs' proposed Constructions of Terms of Ametek's '214, '180, '462, '843, and '580 Patents In Suit ||||
|---|---|---|---|
| Pat. No. | Claim | Term | Proposed Definition |
| 6,439,843 | 14 | wherein said shroud is in touching contact with each said vane proximal said leading ends so as to enclose at least a portion of each said channel | the shroud is in touching contact with each vane near each vane's leading end, so as to enclose at least a portion of each channel |
| 6,439,843 | 15 | wherein said plurality of vanes each have a trailing end that with said shroud form a gathering chamber, said gathering chamber logarithmically expanding toward said single tangential exhaust aperture | see prior definitions; no additional terms are being defined since this claim is not asserted. |
| 6,439,843 | 16 | bracket | a device used to close the motor |
| 6,439,843 | 16 | shoulder | area around the edge of a higher part connecting it to a lower part |
| 6,439,843 | 17 | said plurality of vanes extending almost to said outer rim | the plurality of vanes, previously defined, extend near to, but do not come in contact with, said outer rim |
| 6,439,843 | 17 | defining a gathering chamber | marking out the boundaries or limits of the space or cavity formed between the trailing ends of the vanes and the shroud, wherein the trailing ends of the vanes are not positioned directly against the surface of the shroud |
| 6,439,843 | 18 | a leading end proximal said periphery | see prior definitions; no additional terms are being defined since this claim is not asserted. |
| 6,439,843 | 18 | said leading ends and said base forming a fan chamber that receives the tapered working fan | see prior definitions; no additional terms are being defined since this claim is not asserted. |
| 6,439,843 | 20 | adjacent vanes form gradually expanding channels therebetween | vanes next to each other create gradually expanding passageways therebetween |
| 6,695,580 | 1 | channels | passageways |
| 6,695,580 | 1 | slope downwardly and outwardly away | slope downward and outward away |

| Plaintiffs' proposed Constructions of Terms of Ametek's '214, '180, '462, '843, and '580 Patents In Suit | | | |
|---|---|---|---|
| Pat. No. | Claim | Term | Proposed Definition |
| 6,695,580 | 1 | circumferential alignment | a proper state of adjustment circumferentially |
| 6,695,580 | 2 | gradually expand as they get closer to said at least one exhaust aperture | gradually get larger as they approach at least one exhaust opening |

Dated: January 28, 2005
New York, New York

Respectfully Submitted,

Stephen Norman Weiss
(Ct. Fed. Bar. No. ct12717)
Gregory Fleesler
(Ct. Fed. Bar. No. ct24491)
MOSES & SINGER, LLP
1301 Avenue of the Americas
New York, New York 10019
Tel.: (212) 554-7800
Fax: (212) 554-7700

Edmund J. Ferdinand, III
(Ct. Fed. Bar. No. 21,287)
GRIMES & BATTERSBY, LLP
488 Main Street 3rd floor
Norwalk, CT 06851
Tel.: (203) 849-8300
Fax: (203) 849-9300

*Attorneys for Plaintiffs/Counterclaim Defendants Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.*

## CERTIFICATION OF SERVICE

Stephen N. Weiss, a member of the law firm of Moses & Singer, LLP, hereby certifies under penalties of perjury that on January 29, 2005, he served a copy of the attached Plaintiffs' Proposed Claim Constructions, by U.S. Mail, upon:

Ray L. Weber, Esq.
Renner Kenner Greive Bobak
Taylor & Weber
First National Tower
Fourth Floor
Akron, Ohio 44308-1456

Attorneys for Defendant
*AMETEK, INC.*

_____
Stephen Norman Weiss

442351v4  007171.0103