UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Johnson Electric Industrial Manufactory, Ltd., et al. | ) ) ) | |
| Plaintiffs | ) ) | Civil Action No: 303CV0098AVC |
| v. | ) ) | |
| Ametek, Inc. | ) ) ) | **Ametek's Proposed Claim Constructions** |
| Defendant | ) | January 31, 2005 |

Now comes Defendant, Ametek, Inc. ("Ametek"), and offers the following constructions for the various terms advanced by Plaintiffs, Johnson Electric Industrial Manufactory, Ltd. et al. ("Johnson"), in a letter dated December 23, 2004, as requiring construction. It is Ametek's contention that each of the words, terms and phrases of the patent claims in suit should be accorded their ordinary and customary meaning, which Ametek has done below.

### I. U.S. Patent 5,734,214

**A. Claim 1**

1. "circumferential flange portion" means "a protruding rim, edge, rib or collar section lying around." In the context of the claim, the second subparagraph of claim 1 would read "a protruding rim, edge, rib or collar section extending from said cup portion and lying around said open end."

2. "plurality of ramp surfaces extending from said flange portion" means "more than one inclined outer boundaries spreading out from said flange portion."

3. "a direction away from said cup portion" means "along a course to separate from said cup portion." [Ametek has not construed the terms "cup" or "cup portion," since those terms were not identified by Johnson as needing construction when they first appeared in the claim. Ametek reserves the right to advance a construction for those terms, if addressed by Johnson.]

4. "scalloped ramp surfaces" means "ramp surfaces having curved borders."

5. "curvilinear vane members" means "distinct curved surfaces."

6. "radiating from said shaft aperture" means "spreading out from said shaft aperture." [Ametek has not construed "shaft aperture," since that term was not identified by Johnson as needing construction when it first appeared in the claim. Ametek reserves the right to advance a construction for that term, if addressed by Johnson.]

7. "expanding air chamber" means "an enclosed space for air that increases in volume."

8. "adapted to matingly engage" means "suitable to closely join or mesh."

9. "substantially radially inwardly" means "to a great extent symmetrical about a central point and within."

## B. Claim 2

1. "field retaining means" means "a device that holds the field assembly or electromagnetic force generator of the motor in a particular place or position."

### C. Claim 3

1. "field retaining walls" means "upright structures forming partitions that serve to hold the field assembly or electromagnetic force generator of the motor in a particular place or position."
2. "abutment surface" means " a surface that provides a point of contact of abutting objects."
3. "field seat" means "a base that serves to locate the field assembly or electromagnetic force generator of the motor."
4. "field guide rib" means "a support piece serving to direct placement of the field assembly."

## II. U.S. Patent 6,309,180

### A. Claim 1

1. "plurality of scallops" means "more than one curved border."
2. "disposed around an outer periphery" means "placed to surround an outside perimeter."
3. "curved wall" means "an upright structure that deviates from planarity in a smooth continuous manner."
4. "curvilinear ramp surface" means "curved inclined outer boundary."
5. "curvilinear walls" means "curved upright structures."
6. "to define air chambers" means "to delineate the outline or form of enclosed spaces for air."

7. "terminating prior to reaching" means "ending before touching."

8. "separated apart" means "set at a distance in place or position."

9. "disconnected from each other" means "individually divided."

## B. Claim 3

1. "step" means "an offset like a step of a stairway."

2. "substantially perpendicularly extending" means "stretching out to a great extent at a right angle."

## C. Claim 5

1. "wherein the height of each said curvilinear wall is significantly reduced prior to reaching said shaft aperture, thereby forming a flow chamber contiguous with said air chambers" means "the distance from the base to the top of each curvilinear wall is diminished by a fairly large amount before arriving at said shaft aperture, thereby developing an enclosed space accommodating movement sharing an edge or boundary with said air chambers. [Ametek has not construed the term "shaft aperture," since that term was not identified by Johnson as needing construction when it first appeared in the claim. Ametek reserves the right to advance a construction for that term, if addressed by Johnson.]

### III. U.S. Patent 6,166,462

**A. Claim 1**

1. "diffuser/fan end bracket assembly" means "a group of parts comprising a structure with flow passages to decelerate a stream of air from a fan, and a structure receiving the fan, where a fan is a device for generating a current of air."

2. "received over an end of said motor" means "supported above and across one extremity of said motor."

3. "working air fan received upon said shaft" means "a device for generating a current of air that performs the work of the product associated with the motor is supported upon the shaft." [Ametek has not construed the term "shaft," since that term was not identified by Johnson as needing construction when it first appeared in the claim. Ametek reserves the right to advance a construction for that term, if addressed by Johnson.]

4. "a cylindrical sidewall received over said diffuser/fan end bracket assembly" means "a wall in the shape of a cylinder received over the diffuser/fan end bracket assembly."

5. "side-wall" means "a wall that forms the side of the fan shell."

6. "exhausting it tangentially outwardly" means "to let the air out in the direction of a tangent with respect to, and toward the outside of, the fan shell."

7. "uniformly circumferentially spaced ramped surfaces" means "inclined outer boundaries that are separated in unvaried design lying about a circle."

8. "plurality of separate air flow passages" means "more than one spaced apart path, chamber or duct through which air moves."

9. "tangentially and outwardly directed" means "to cause or move in a direction of a tangent with respect to, and toward the outside of, the diffuser/fan end bracket."

10. "smooth" means "having an even motion or movement."

11. "laminar" means "consisting of layers."

12. "without buildup of pressure within said fan shell" means "absent an amassing or accumulation of force applied uniformly over a surface within the fan shell." [Ametek has not construed the term "fan shell," since that term has not been identified by Johnson as needing construction when it first appeared in the claim. Ametek reserves the right to advance a construction of that term, if addressed by Johnson.]

13. "ramped surfaces" means "inclined outer boundaries."

14. "ramp wall" means "an upright structure associated with a ramp that serves to establish boundaries of the ramp."

15. "extends from an outer periphery of said diffuser to an inner periphery in circumferential alignment with an outer periphery of said working

air fan" means "spreads from an outside perimeter of said diffuser to a farther inside perimeter that is in a straight line position with the outside perimeter of the working air fan."

16. "correspondingly engage" means "to interlock in the same relationship."

17. "extending from the inner periphery in circumferential alignment with the outer periphery of said working air fan to an outer periphery of said diffuser" means "spreading from the inside perimeter that is in a straight line position with the outside perimeter of the working air fan to an outside perimeter of the diffuser."

## B. Claim 2

1. "an innermost periphery of said ramped surfaces are in circumferential alignment with an outer periphery of said working air fan" means "the perimeters of the ramped surfaces farthest within are in straight line position with the outer perimeter of the working air fan."

## C. Claim 3

1. "inclined" means "sloping."

2. "in registration" means "in adjustment or accommodating."

## D. Claim 4

1. "uniformly exhaust the working air" means "to let out the air that performs the work of the device associated with the motor/fan assembly in an unvaried way."

## IV. U.S. Patent 6,493,843

### A. Claim 1

1. "an end bracket" means "a support structure at an end of the motor."

2. "partially enclosed" means "surrounding to a degree."

3. "plurality of vanes" means "more than one curved surface."

4. "form a fan chamber" means "to develop an enclosed space for a fan, where a fan is a device for generating a current of air."

5. "receives said working air fan" means "supporting the fan that performs the work of the device associated with the motor, where a fan is a device for generating a current of air."

6. "closely disposed about said outer periphery exhaust region" means "placed near and all around the outside perimeter of the area where the air is let out."

### B. Claim 3

1. "maximize the flow of working air" means "to increase as much as possible the movement of the air that performs the work of the device associated with the motor."

### C. Claim 8

1. "leading end" means "the extremity positioned in the lead in the context of air flow."

2. "trailing end" means "the extremity positioned behind or last in the context of air flow."

**D. Claim 10**

1. "plurality of vanes for a fan chamber that receives said working air fan" means "an enclosed space developed by more than one curved surface containing the working air fan." [Ametek has not construed the term "working air fan," since that term was not identified by Johnson as needing construction when it first appeared in the claim. Ametek reserves the right to advance a construction for that term, if addressed by Johnson.]

2. "sloping shoulder such that said vanes slope in a corresponding manner" means "a slanted or angled part that diverges from the vertical or horizontal such that the vanes similarly diverge from the vertical or horizontal."

**E. Claim 11**

1. "downwardly sloping shoulder" means "a slanted or angled part that diverges from the horizontal toward a lower position."

2. "trailing end extending radially along said sloping shoulder" means "the extremity (of a vane) positioned behind or last in the context of airflow, spreading like a ray along said sloping shoulder."

3. "trailing ends" means "the ends of the vanes extending along the sloping shoulder."

4. "gathering chamber" means "an enclosed space for accumulation of working air."

5. "collects prior to exiting" means "accumulates before going out."

**F. Claim 12**

1. "wherein said end bracket has a downwardly sloping shoulder and wherein each said vane has a slanted or angled part that diverges from the horizontal, and each vane has a leading end and a trailing end" means "the end bracket has a slanted or angled part that diverges from the horizontal, and each vane has two extremities, one positioned in the lead, and the other positioned behind." [Ametek has not construed the term "end bracket", since the term has not been identified by Johnson as needing construction for that term, if addressed by Johnson.]

**G. Claim 13**

1. "wherein each said vane has a top edge extending between a leading end to a trailing end, and wherein said shroud is in touching contact with at least a portion of said top edges" means "each vane has an uppermost boundary or border that spreads between two ends of the vane, and the shroud lightly comes together with a section of the uppermost boundary or border." [Ametek has not construed the terms "vane " or "shroud," since those terms have not been identified by Johnson as needing construction when they first appeared in the claim. Ametek reserves the right to advance a constuction for those terms, if addressed by Johnson.]

**H. Claim 14**

1. "wherein said shroud is in touching contact with each said vane proximal said leading ends so as to enclose at least a portion of each said channel" means "the shroud lightly comes together with each vane nearest one of the ends of the vane to close in not less than a section of the grooves between vanes." [Ametek has not construed the terms "shroud" and "vane," since those terms were not identified by Johnson as needing construction when they first appeared in the claim. Ametek reserves the right to advance a construction for those terms, if addressed by Johnson.]

**I. Claim 15**

1. "wherein said plurality of vanes each have a trailing end that with said shroud form a gathering chamber, said gathering chamber logarithmically expanding toward said single tangential exhaust aperture" means " an enclosed space for accumulation of air is developed between one of the ends of each of the vanes and the shroud, the enclosed space expands as a mathematical power in the direction of the single tangential exhaust aperture." [Ametek has not construed the terms "vanes" and "single tangential exhaust aperture," since those terms were not identified by Johnson as needing construction when they first appeared in the claim. Ametek reserves the right to advance a construction for those terms, if addressed by

Johnson.]

### J. Claim 16

1. "bracket" means " a support structure."

2. "shoulder" means "a part that diverges from the horizontal or vertical."

### K. Claim 17

1. "said plurality of vanes extending almost to said outer rim" means "the vanes spread slightly short of the outer rim." [Ametek has not construed the terms "plurality of vanes" and "outer rim," since those terms were not identified by Johnson as needing construction when they first appeared in the claim. Ametek reserves the right to advance a construction for those terms, if addressed by Johnson.]

2. "defining a gathering chamber" means "delineating the outline or form of an enclosed space for accumulation of air."

### L. Claim 18

1. "a leading end proximal said periphery" means "an extremity positioned in the lead nearest the perimeter."

2. "said leading ends and said base forming a fan chamber that receives the tapered working fan" means "the leading ends and the base delineate the outline or form of an enclosed space that contains." [Ametek has not construed the term "tapered working fan," since that term was not identified by Johnson as needing construction when it first appeared in claim 16. Ametek reserves the right to

advance a construction for that term, if addressed by Johnson.]

**M. Claim 20**

1. "adjacent vanes form gradually expanding channels therebetween" means "vanes next to each other develop grooves that continuously increase in size."

### U.S. Patent 6,695,580

**A. Claim 1**

1. "channels" means "grooves."

2. "slope downwardly and outwardly" means "diverge from the horizontal toward a lower position and toward the outside."

3. "away" means "from a particular thing or place."

**B. Claim 2**

1. "gradually expand as they get closer to" means "continually increase in size as they move near in space to."

Respectfully submitted,

*[signature]*

Ben A. Solnit (CT 00292)
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510
Telephone: (203) 784-8205
Facsimile: (203) 777-1181
solnit@tylercooper.com

Ray L. Weber (CT 02148)
Renner, Kenner, Greive, Bobak,
Taylor & Weber
Fourth Floor, First National Tower
Akron, Ohio 44308
Telephone: (330) 376-1242
Facsimile: (330) 376-9646

Attorneys for Defendant
Ametek, Inc.

## CERTIFICATE OF SERVICE

A true copy of the foregoing **Ametek's Proposed Claim Constructions** was served via first class mail, postage prepaid upon the following counsel of record this <u>31st</u> day of January, 2005.

Edmund J. Ferdinand, III, Esq.
Grimes & Battersby, LLP
488 Main Ave., Third Floor
Norwalk, CT 06851

Stephen N. Weiss, Esq.
Gregory J. Fleesler, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
New York, NY 10019

_____
Ben A. Solnit-ct00292