UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
                                                                       :

JOHNSON ELECTRIC INDUSTRIAL    :
MANUFACTORY, LTD. and JOHNSON   :
ELECTRIC NORTH AMERICA, INC.,    :
                                                                       :
                Plaintiffs,          :   CASE NO. 03 CV0098 AVC
                                               :
                -against-            :
                                             :
AMETEK, INC.,                             :
                                             :
                Defendant.        :
-------------------------------------------------------x

DECLARATION OF MICHAEL J. POSPIS IN SUPPORT OF PLAINTIFFS'
<u>OPENING CLAIM CONSTRUCTION BRIEF</u>

       MICHAEL J. POSPIS hereby declares under penalties of perjury:

       1.      I am an attorney employed by the law firm of Moses & Singer, LLP, attorneys for plaintiffs Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc., and am fully familiar with the facts and circumstances herein.

       2.      Attached hereto as Exhibit A is a true and correct copy of the Joint Claim Construction Statement filed with the Court on February 16, 2005.

       3.      Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 6,309,180.

       4.      Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 6,439,843.

448819  007171.0103

5. Attached hereto as Exhibit D is a true and correct copy of the March 6, 2001 Office Action issued by the Examiner during the prosecution of U.S. Patent No. 6,309,180.

6. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 5,296,769 (Havens).

7. Attached hereto as Exhibit F is a true and correct copy of the patent applicants' June 11, 2001 Response to the March 6, 2001 Office Action issued by the Examiner during the prosecution of U.S. Patent No. 6,309,180.

8. Attached hereto as Exhibit G is a true and correct copy of the November 9, 2001 Office Action issued by the Examiner during the prosecution of U.S. Patent No. 6,439,843.

9. Attached hereto as Exhibit H is a true and correct copy of U.S. Patent No. 6,166,462.

10. Attached hereto as Exhibit I is a true and correct copy of the patent applicant's March 12, 2002 Response to the November 9, 2001 Office Action issued by the Examiner during the prosecution of U.S. Patent No. 6,439,843.

11. Attached hereto as Exhibit J are true and correct copies of dictionary definitions printed from the Merriam-Webster Online Dictionary (http://www.merriam.com).

12. Attached hereto as Exhibit K is a true and correct copy of Japanese Patent No. 6-123297.

Dated:   February 28, 2005
         New York, New York

                              Respectfully submitted,


                              _____
                              Michael J. Pospis