**Exhibit D**



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/642,297 | 08/18/00 | GILLILAND | M |

RAY L WEBER
RENNER KENNER GREIVE BOBAK TAYLOR & WEBER
1610 FIRST NATIONAL TOWER
AKRON OH 44308

QM02/0306

| EXAMINER |
|---|
| NGUYEN, N |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3745 | 6 |

DATE MAILED: 03/06/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO- (Rev. 2/95)
00-473-000/44502

1- File Copy

| Office Action Summary | Application No. | Applicant(s) |
|---|---|---|
| | 09/642,297 | GILLILAND ET AL. |
| | Examiner | Art Unit |
| | Ninh H. Nguyen | 3745 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____.
2a) ☐ This action is FINAL.   2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>6-8</u> is/are pending in the application.
   4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) <u>6 and 8</u> is/are rejected.
7) ☒ Claim(s) <u>7</u> is/are objected to.
8) ☐ Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.
11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved  b) ☐ disapproved.
12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All  b) ☐ Some * c) ☐ None of:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____.
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
   * See the attached detailed Office action for a list of the certified copies not received.
14) ☒ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

15) ☒ Notice of References Cited (PTO-892)
16) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
17) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>3</u>.
18) ☐ Interview Summary (PTO-413) Paper No(s) _____.
19) ☐ Notice of Informal Patent Application (PTO-152)
20) ☐ Other:

U.S. Patent and Trademark Office
Rev. 01-01)   Office Action Summary   Part of Paper No. 6

Application/Control Number: 09/642,297  
Art Unit: 3745

Page 2

## DETAILED ACTION

### Claim Rejections - 35 USC § 102

1. The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless —
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

2. Claims 6 and 8 are rejected under 35 U.S.C. 102(b) as being anticipated by Havens et al. (Applicant submitted IDS)

Havens et al. disclose a diffuser plate 25 for diffusing air from a fan (Figs. 2, 3A-C), wherein the fan and the diffuser plate are enclosed by a shroud 27, which has an air intake aperture, that is coupled to a motor housing which has a generally cylindrical cup portion from which extends a circumferential flange portion (see Fig. 2), the diffuser plate 25 (Fig. 3A) comprising a main body portion having a first side 34 adjacent the fan, opposite a second side 35 adjacent the circumferential flange portion, the main body portion having a shaft aperture 45 extending therethrough; a plurality of scallops disposed around an outer periphery of the first side, each scallop including a curved wall and a curvilinear ramp surface 39 which terminates at an air inlet aperture 38 that extends through to the second side; and a plurality of curvilinear walls 36 extending from the second side to define air chambers 37 therebetween which are open to corresponding the air inlet aperture 38, each curvilinear wall 36 extending from a corresponding curved wall toward, but terminating prior to reaching the shaft aperture; and a step substantially perpendicularly extending from each curvilinear ramp surface at the air inlet aperture (which forms the inlet aperture; Fig. 3A).

Application/Control Number: 09/642,297
Art Unit: 3745

Page 3

*Allowable Subject Matter*

3. Claim 7 is objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

*Prior Art*

The prior art made of record but not relied upon is considered pertinent to applicant's disclosure and consists of 4 patents.

McMahan, Wolfe et al., Gilliland et al., and Forsyth, III et al. are cited to show electric blowers having diffusers.

*Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Examiner Ninh Nguyen whose telephone number is (703) 305-0061. The examiner can be normally reached on Monday-Friday from 8:00 A.M. to 5:30 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Edward Look, can be reached at (703) 308-1044. The fax number for this group is (703) 305-3588.

Application/Control Number: 09/642,297  
Art Unit: 3745

Page 4

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 308-0861.

Ninh H. Nguyen  
Patent Examiner  
Art Unit 3745

Nhn  
March 1, 2001

EDWARD K. LOOK  
SUPERVISORY PATENT EXAMINER  
GROUP 3700  
3/3/01

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| | **Notice of References Cited** | 09/642,297 | GILLILAND ET AL |
| | | Examiner | Art Unit | Page 1 of 1 |
| | | Ninh H. Nguyen | 3745 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification | |
|---|---|---|---|---|---|---|
| | A | US-3,243,102-A | 03-1966 | McMahan | 415 | 208.2 |
| | B | US-4,669,952-A | 06-1987 | Forsyth, III et al. | 415 | 119 |
| | C | US-5,454,690-A | 10-1995 | Wolfe et al. | 415 | 119 |
| | D | US-5,714,819-A | 02-1998 | Gilliland et al. | 310 | 91 |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | | US- | | | | |
| | | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | - - | | | | |
| | O | - - | | | | |
| | P | - - | | | | |
| | Q | - - | | | | |
| | R | - - | | | | |
| | S | - - | | | | |
| | T | - - | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
ates in MM-YYYY format are publication dates. Classifications may be US or foreign.

S. Patent and Trademark Office
TO-892 (Rev. 01-2001)    Notice of References Cited    Part of Paper No. 6