**Exhibit F**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of )
GILLILAND et al. ) Group Art Unit 3745
)
Serial No. 09/642,297 ) N. Nguyen, Examiner
)
Filed August 18, 2000 ) Certificate of Mailing
)
For   MOLDED THROUGH-FLOW ) I hereby certify that this correspondence was deposited
      MOTOR ASSEMBLY ) with the United States Postal Service as first class mail in
) an envelope addressed to: Box NON-FEE
) AMENDMENT, Assistant Commissioner of Patents and
) Trademarks, Washington, D.C. 20231 on this ___
) day of June, 2001.

Dorothy L. Carper, Sec'y to Andrew B. Morton

AMENDMENT   RECEIVED

Assistant Commissioner for Patents         JUN 1 4 2001
Washington, D.C. 20231                     TECHNOLOGY CENTER R3700

Sir:

In response to the Examiner's Office Action dated March 6, 2001, the following amendments and remarks are respectfully submitted in connection with the above-identified application.

In the Specification:

Please add the following paragraph before the paragraph beginning on page 6, line 22:
--As best seen in Fig. 6, each curvilinear wall 77 terminates at an end 79 prior to reaching the shaft aperture 81. The ends 79 and the radial transition of the bearing holder 78 form a flow chamber 83 therebetween. The flow chamber 83 is contiguous with all the air chambers 76 and functions to collect and re-direct the air flow from a radial direction to an axial direction through the cup portion 19.--

-1-

Application No.: 09/642,297
Attorney Docket No: 4570.5-CON2.DIV

In the Claims:

Please amend the claim as follows:

1. (Amended) A diffuser plate for diffusing air from a fan, wherein the fan and the diffuser plate are enclosed by a shroud, which has an air intake aperture, that is coupled to a motor housing which has a generally cylindrical cup portion from which extends a circumferential flange portion, the diffuser plate comprising:

a main body portion having a first side adjacent the fan, opposite a second side adjacent the circumferential flange portion, said main body portion having a shaft aperture extending therethrough;

a plurality of scallops disposed around an outer periphery of said first side, each said scallop including a curved wall and a curvilinear ramp surface which terminates at an air inlet aperture that extends through to said second side; and

a plurality of curvilinear walls extending from said second side to define air chambers therebetween which are open to corresponding said air inlet apertures, each said curvilinear wall extending from a corresponding curved wall toward, but terminating prior to reaching said shaft aperture, and wherein said curvilinear walls are separated apart and disconnected from each other.

Please add the following claims:

9. The diffuser plate according to claim 8, wherein each of the curvilinear walls has an end, and wherein a flow chamber contiguous with said air chambers is formed between said ends and said shaft aperture.

10. A diffuser plate for diffusing air from a fan, wherein the fan and the diffuser plate are enclosed by a shroud, which has an air intake aperture, that is coupled to a motor housing which has a generally cylindrical cup portion from which extends a circumferential flange portion, the diffuser plate comprising:

a main body portion having a first side adjacent the fan, opposite a second side adjacent the circumferential flange portion, said main body portion having a shaft aperture extending therethrough;

-2-

Application No.: 09/642,297
Attorney Docket No: 4570.5-CON2.DIV

8   a plurality of scallops disposed around an outer periphery of said first side, each
9   said scallop including a curved wall and a curvilinear ramp surface which terminates
10  at an air inlet aperture that extends through to said second side; and
11  a plurality of curvilinear walls extending from said second side to define air
12  chambers therebetween which are open to corresponding said air inlet apertures, each
13  said curvilinear wall extending from a corresponding curved wall, wherein the height
14  of each said curvilinear wall is significantly reduced prior to reaching said shaft
15  aperture, thereby forming a flow chamber contiguous with said air chambers.

## REMARKS

The Applicants expressly acknowledge the indication by the Examiner that claim 7 is allowable if rewritten in independent form including all of the limitations of the base claim.

The Examiner has rejected claims 6 and 8 under 35 U.S.C. §102(b) as being anticipated by the patent to Havens et al., U.S. Patent No. 5,296,769. The Examiner alleges that Havens shows in Fig. 3A the diffuser plate 25 with all of the claimed elements.

It must be remembered that anticipation under 35 U.S.C. §102 requires the presence in a single prior art reference a disclosure of each and every element of the claimed invention, arranged as in the claim. *Connell v. Sears Roebuck & Co.*, 722 F.2d 1542, 1548, 220 U.S.P.Q. 193, 198 (Fed. Cir. 1983). Thus, for an anticipation rejection to stand, all limitations of the claim must be found in the reference or be fully met by it.

A close review of the patent to Havens and especially Figs. 3A and 3C shows that the vanes 36 project from the surface 35 and have inlet ports or openings 38 that communicate with the first surface 34. Additionally, the vanes 36 form passages 37 on the second surface 35. Adjacent vanes 36 are connected to one another near the center of air guide 25 at the corners 41. As such, the air flowing between the adjacent vanes is sharply re-directed by the corners 41. It is believed that the turbulence generated by the corners reduces the efficiency of the motor and makes it noisier.

Upon consideration of the cited reference and the Examiner's comments, the Applicants respectfully request entry of an amendment to claim 6 which sets forth that the

-3-

Application No.: 09/642,297
Attorney Docket No: 4570.5-CON2.DIV

curvilinear walls are separated apart and disconnected from each other. In other words, the curvilinear walls are not joined to one another by virtue of a corner or other structural feature that extends from the second side of the main body portion. This feature is clearly not taught or suggested by the Havens reference nor does any of the prior art made of record provide such a feature with all the other claimed elements. Therefore, it is requested that the rejection be withdrawn.

Basis for this claim amendment can be found in the specification and, in particular, at Fig. 6 which shows the claimed features. In order to clearly identify the ends 79 of the walls, the Applicants respectfully request entry of an amendment to the specification which details the particulars of Fig. 6. The ends of each curvilinear wall form a flow chamber 83 between the ends and the bearing holder 78. The flow chamber facilitates the efficient redirection of the airflow from a radial direction to an axial direction through the cup portion 19. A red-ink drawing showing the identifying numerals is submitted herewith for the Examiner's approval.

In view of the foregoing amendments to claim 6, it is respectfully submitted that it is allowable along with all the dependent claims. The Applicants also respectfully request entry of a new claim 9 which sets forth the features of the flow chamber between the ends of the curvilinear walls and the shaft aperture. Clearly, such a feature, along with all of the other claimed elements, is not taught or suggested in the art made of record. The Applicants also request entry and allowance of new independent claim 10. Claim 10 is much like claim 6 except for the recitation of the flow chamber being contiguous with the air chambers. Such a feature is clearly not present in Havens or the other art made of record.

The Applicants expressly acknowledge the other prior art made of record by the Examiner. The Applicants respectfully submit that none of the cited references, taken either singly or in combination, teaches or suggests the presently claimed invention.

Based upon the foregoing amendments and remarks submitted herewith, claims 6-10 are believed to be patentable and entry of a formal Notice of Allowance as to those claims is earnestly solicited.

Attached hereto is a marked-up version of the changes made to the application by this Amendment.

-4-

Application No.: 09/642,297
Attorney Docket No: 4570.5-CON2.DIV

In the event a fee is required with the filing of this Amendment and the required fee is not enclosed or is deemed insufficient, the Assistant Commissioner of Patents and Trademarks is hereby authorized to withdraw the required funds from Deposit Account No. 18-0987. If a withdrawal is required from Deposit Account No. 18-0987, the undersigned attorney respectfully requests that the Assistant Commissioner of Patents and Trademarks cite Attorney Docket Number 4570.5-CON2.DIV for billing purposes.

Should the Examiner deem a telephone call to be beneficial in resolving any remaining matters or to place the claims in better form for allowance, the same would be greatly appreciated.

Respectfully submitted,

Ray L. Weber, Reg. No. 26,519
Andrew B. Morton, Reg. No. 37,400
Renner, Kenner, Grieve, Bobak,
Taylor & Weber
First National Tower, Fourth Floor
Akron, Ohio 44308-1456
Telephone: (330) 761-6670
        (330) 376-1242

Attachment: Version with Markings to Show Changes Made

-5-

Application No.: 09/642,297
Attorney Docket No: 4570.5-CON2.DIV

## VERSION WITH MARKINGS TO SHOW CHANGES MADE

In the Specification:

A paragraph has been added before the paragraph beginning on page 6, line 22.

In the Claims:

The claim has been amended as follows:

1  6.  (Amended) A diffuser plate for diffusing air from a fan, wherein the fan and the
2      diffuser plate are enclosed by a shroud, which has an air intake aperture, that is
3      coupled to a motor housing which has a generally cylindrical cup portion from which
4      extends a circumferential flange portion, the diffuser plate comprising:
5          a main body portion having a first side adjacent the fan, opposite a second side
6      adjacent the circumferential flange portion, said main body portion having a shaft
7      aperture extending therethrough;
8          a plurality of scallops disposed around an outer periphery of said first side, each
9      said scallop including a curved wall and a curvilinear ramp surface which terminates
10     at an air inlet aperture that extends through to said second side; and
11         a plurality of curvilinear walls extending from said second side to define air
12     chambers therebetween which are open to corresponding said air inlet apertures, each
13     said curvilinear wall extending from a corresponding curved wall toward, but
14     terminating prior to reaching said shaft aperture, and wherein said curvilinear walls
15     are separated apart and disconnected from each other.

Claims 9 and 10 have been added.