**Exhibit I**

COPY OF PAPERS
ORIGINALLY FILED

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of             )
                                  )  Group Art Unit 3745
DAVID B. FINKENBINDER             )
                                  )  John Ryznic, Examiner
Serial No. 09/714,088             )
                                  )  Certificate of Mailing
Filed November 16, 2000           )
                                  )  I hereby certify that this correspondence was deposited
                                  )  with the United States Postal Service as first class mail in
For   MOTOR/FAN ASSEMBLY          )  an envelope addressed to: Box FEE AMENDMENT,
      HAVING A RADIAL             )  Assistant Commissioner of Patents and Trademarks,
      DIFFUSER BYPASS             )  Washington, D.C. 20231 on this ___ day of
                                  )  February, 2002.
                                  )
                                  )  _____
                                  )  Debbie Tingler, Sec'y to Andrew B. Morton

## AMENDMENT

Assistant Commissioner for Patents.

Washington, D.C. 20231

Sir:

In response to the Examiner's Office Action dated November 9, 2001, the following amendments and remarks are respectfully submitted in connection with the above-identified application.

In the Specification:

Please replace the paragraph beginning on page 8, line 30, with the following rewritten paragraph:

--Based upon the foregoing description, the advantages of the present invention are readily apparent. In particular, the amount of turbulence and extraneous airflow which interferes with the working air flowing through the assemblies 10, 210 is significantly reduced. In particular, the working air is moved directly from the fan to a radial diffuser area/gathering chamber that unloads the pressure caused by the fan. The air then gradually slows down and is circulated into the gathering chamber 68 and then is efficiently

03/15/2002 JBALIHAN 00000036 09714088
01 FC:102          504.00 OP

-1-

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

maneuvered out of the shroud 28. It has been determined that the air loses a significant amount of driving force once it leaves the apertures. Accordingly, to minimize turbulence and increase efficiency, it has been determined it is much more effective to immediately capture the working air via the vanes as it is generated by the fan. This air is then gently expanded and its pressure reduced in the gathering chamber to collectively force the air out from the shroud ports. Whereas most prior art fans provide an operating efficiency anywhere from between 27-37% efficiency, this new design has been shown to have at least about 50% efficiency. Efficiency, as used in this context, is a factor of motor efficiency and blower efficiency, wherein it has been determined that turbulence/interference within the fan shroud greatly diminishes the airflow therethrough which causes the motor to work harder and generate heat and losses in the system. In the present invention, the losses are significantly reduced to provide a longer-lasting motor assembly and other tangible benefits.--

In the Claims:

Please cancel claims 16, 24, 25 and 27 without prejudice or disclaimer of the subject matter contained therein.

Please amend the claims as follows:

1. (Amended) A bypass motor assembly, comprising:
   a motor having a rotatable shaft;
   a working air fan secured to said rotatable shaft, said working air fan having an outer periphery exhaust region;
   a shroud having an intake eyelet and at least one exhaust aperture;
   an end bracket having a shaft hole through which said shaft extends, said end bracket and said shroud partially enclosing said working air fan, wherein rotation of said working air fan draws air in through said intake eyelet and exhausts the air through said at least one exhaust aperture; and
   said end bracket having a plurality of vanes that form a fan chamber that receives said working air fan wherein said plurality of vanes are closely disposed

-2-

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

12  about said outer periphery exhaust region such that air expelled by said working air
13  fan is re-directed by said vanes toward said at least one exhaust aperture.

1   9. (Amended) A bypass motor assembly, comprising:
2       a motor having a rotatable shaft;
3       a working air fan secured to said rotatable shaft;
4       a shroud having an intake eyelet and at least one exhaust aperture;
5       an end bracket having a shaft hole through which said shaft extends, said end
6   bracket and said shroud partially enclosing said working air fan, wherein rotation of
7   said working air fan draws air in through said intake eyelet and exhausts the air
8   through said at least one exhaust aperture;
9       said end bracket having a plurality of vanes that form a fan chamber that
10  receives said working air fan such that air expelled by said working air fan is re-
11  directed by said vanes toward said at least one exhaust aperture; and
12      wherein said end bracket has a sloping shoulder such that said vanes slope in
13  a corresponding manner.

1   10. (Amended) A bypass motor assembly, comprising:
2       a motor having a rotatable shaft;
3       a working air fan secured to said rotatable shaft;
4.      a shroud having an intake eyelet and at least one exhaust aperture;
5       an end bracket having a shaft hole through which said shaft extends, said end
6   bracket and said shroud partially enclosing said working air fan, wherein rotation of
7   said working air fan draws air in through said intake eyelet and exhausts the air
8   through said at least one exhaust aperture;
9       said end bracket having a plurality of vanes that form a fan chamber that
10  receives said working air fan such that air expelled by said working air fan is re-
11  directed by said vanes toward said at least one exhaust aperture; and
12      wherein said end bracket has a downwardly sloping shoulder and each said vane
13  has a trailing end extending radially along said sloping shoulder, said trailing ends

-3-

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

14  and said shroud forming a gathering chamber therebetween where the working air
15  collects prior to exiting from said at least one exhaust aperture.

1   11. (Amended) A bypass motor assembly, comprising:
2       a motor having a rotatable shaft;
3       a working air fan secured to said rotatable shaft;
4       a shroud having an intake eyelet and at least one exhaust aperture;
5       an end bracket having a shaft hole through which said shaft extends, said end
6   bracket and said shroud partially enclosing said working air fan, wherein rotation of
7   said working air fan draws air in through said intake eyelet and exhausts the air
8   through said at least one exhaust aperture;
9       said end bracket having a plurality of vanes that form a fan chamber that
10  receives said working air fan such that air expelled by said working air fan is re-
11  directed by said vanes toward said at least one exhaust aperture; and
12      wherein said end bracket has a downwardly sloping shoulder and wherein each
13  said vane has a leading end and a trailing end.

1   12. (Amended) A bypass motor assembly, comprising:
2       a motor having a rotatable shaft;
3       a working air fan secured to said rotatable shaft;
4       a shroud having an intake eyelet and at least one exhaust aperture;
5       an end bracket having a shaft hole through which said shaft extends, said end
6   bracket and said shroud partially enclosing said working air fan, wherein rotation of
7   said working air fan draws air in through said intake eyelet and exhausts the air
8   through said at least one exhaust aperture;
9       said end bracket having a plurality of vanes that form a fan chamber that
10  receives said working air fan such that air expelled by said working air fan is re-
11  directed by said vanes toward said at least one exhaust aperture; and

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

12  wherein each said vane has a top edge extending between a leading end to a
13  trailing end, and wherein said shroud is in touching contact with at least a portion of
14  said top edges.

1   14. (Amended) A bypass motor assembly, comprising:
2       a motor having a rotatable shaft;
3       a working air fan secured to said rotatable shaft;
4       a shroud having an intake eyelet and at least one exhaust aperture;
5       an end bracket having a shaft hole through which said shaft extends, said end
6   bracket and said shroud partially enclosing said working air fan, wherein rotation of
7   said working air fan draws air in through said intake eyelet and exhausts the air
8   through said at least one exhaust aperture;
9       said end bracket having a plurality of vanes that form a fan chamber that
10  receives said working air fan such that air expelled by said working air fan is re-
11  directed by said vanes toward said at least one exhaust aperture; wherein vanes
12  adjacent each other form channels therebetween; and
13      wherein said shroud is in touching contact with each said vane proximal said
14  leading ends so as to enclose at least a portion of each said channel.

1   15. (Amended) A bypass motor assembly, comprising:
2       a motor having a rotatable shaft;
3       a working air fan secured to said rotatable shaft;
4       a shroud having an intake eyelet and at least one exhaust aperture;
5       an end bracket having a shaft hole through which said shaft extends, said end
6   bracket and said shroud partially enclosing said working air fan, wherein rotation of
7   said working air fan draws air in through said intake eyelet and exhausts the air
8   through said at least one exhaust aperture;
9       said end bracket having a plurality of vanes that form a fan chamber that
10  receives said working air fan such that air expelled by said working air fan is re-

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

11   directed by said vanes toward said at least one exhaust aperture wherein said shroud
12   has a single tangential exhaust aperture; and
13       wherein said plurality of vanes each have a trailing end that with said shroud
14   form a gathering chamber, said gathering chamber logarithmically expanding toward
15   said single tangential exhaust aperture.

1   17. (Amended) A bracket for a bypass motor assembly which includes a tapered working
2   fan rotated by a motor shaft, wherein the tapered working fan is partially enclosed
3   between a shroud having at least one vent and the bracket, the bracket comprising:
4       a base having a periphery that is adapted to be sealed by the shroud;
5       a shoulder extending from said periphery; and
6       a plurality of vanes extending from said shoulder, said plurality of vanes
7   facilitating movement of air expelled by the tapered working fan out the vent.

1   18. (Amended) The bracket according to claim 17, further comprising:
2       an outer rim surrounding said shoulder and adapted to support the shroud, said
3   plurality of vanes extending almost to said outer rim, each one of said plurality of
4   vanes having a trailing end, said plurality of trailing ends and the supported shroud
5   defining a gathering chamber therebetween.

1   20. (Amended) The bracket according to claim 17, wherein each said vane has a leading
2   end and a trailing end and wherein said shoulder is downwardly sloping.

1   22. (Amended) A motorized fan assembly, comprising:
2       an end bracket with a rotatable shaft therethrough;
3       a shroud having an intake eyelet and at least one exhaust aperture, said shroud
4   enclosing said end bracket;
5       a fan connected to said rotatable shaft, and rotatably received between said end
6   bracket and said shroud; and

-6-

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

```
7         an air intake seal disposed between said shroud and said fan, wherein said air
8         intake seal comprises a seal strip secured to an underside of said shroud around said
9         intake eyelet.
```

26. (Amended) The assembly according to claim 23, wherein said seal strip is expanded polytetrafluoroethylene.

28. (Amended) The assembly according to claim 27, further comprising an indented flange for holding said seal strip.

## REMARKS

The Applicant expressly acknowledges the indication by the Examiner that claims 7, 8, 10-13, 16, 27 and 28 would be allowable if rewritten independent form including all the limitations of the base claim and any intervening claims.

The Examiner has rejected claims 18-21 under 35 U.S.C. §112, second paragraph as being indefinite for failing to particularly point out and distinctly claim the subject matter which Applicant regards as the invention. In particular, the Examiner asserts that claim 17 declares the invention as a bracket (24) and recites use of the bracket within a bypass motor assembly along with other structure of the motor assembly. The Examiner further asserts that in claim 18 the recitation of a shroud and a plurality of vanes make these claims indefinite since a bracket does not a contain a shroud or vanes.

The attention of the Examiner is respectfully directed to page 5, lines 7-25 which specifically sets forth that the plurality of vanes are a part of the bracket. Therefore, it is submitted that this aspect of the Section 112 rejection is unfounded. The Applicant has revised claims 17 and 18 to more particularly set forth that a bracket is adapted to be sealed by the shroud and that the outer rim of the bracket is adapted to support the shroud. Accordingly, structural elements of the bracket are defined with respect to the shroud. In other words, parts of the motor assembly are referred to in the preamble of the claim so as

-7-

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

to provide an environmental reference for the bracket. Therefore, it is requested the indefiniteness rejection be withdrawn.

The Examiner has rejected claims 1, 9, 14 and 15 under 35 U.S.C. §102(e) as being anticipated by the patent to Finkenbinder, U.S. Patent No. 6,166,462. Claims 17-21 have also been rejected under 35 U.S.C. §102(b) as being anticipated by Japanese reference 6-123297. It must be remembered that anticipation under 35 U.S.C. § 102 requires the presence in a single prior art reference a disclosure of each and every element of the claimed invention, arranged as in the claim. *Connell v. Sears Roebuck & Co.*, 722 F.2d 1542, 1548, 220 U.S.P.Q. 193, 198 (Fed. Cir. 1983). Thus, for an anticipation rejection to stand, all limitations of the claim must be found in the reference or be fully met by it.

In regard to claim 1, Applicant respectfully requests entry of an amendment claim which particularly sets forth that the working air fan has an outer periphery exhaust region and further that the bracket has a plurality of vanes that form a fan chamber that receives the working air fan wherein the plurality of vanes are closely disposed about the outer periphery exhaust region. A close review of the '462 patent clearly shows that the "vanes" of that particular diffuser are disposed in a plane below the bottom ring of the working air fan and nowhere near the outer periphery of the fan. In distinct contrast, the present invention now sets forth that the vanes of the end bracket are closely disposed about the outer periphery exhaust region of the working air fan. This feature is clearly not taught or suggested by the '462 patent. Therefore, it is respectfully submitted that claim 1 is allowable over the cited reference and that all claims depending therefrom are likewise allowable.

The Applicant has amended claims 8, 10, 11, 12 and 13 to incorporate the limitations of the originally filed claim 1 and as such they are allowable according to paragraph 3 of the Official Action. Claim 15 has been amended to incorporate the limitations of claims 1 and 16 and should now also be allowable. All claims depending from the foregoing independent claims are likewise allowable.

In regard to independent claim 17; the Applicant respectfully requests entry of an amendment to set forth that the base of the bracket has a periphery that is adapted to be sealed by the shroud wherein the shroud has at least one vent. The Examiner has asserted

-8-

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

that Japanese reference '297 anticipates claim 17. It is respectfully submitted that the '297 patent is a through flow motor and <u>not</u> a bypass motor assembly. In other words, all air that is drawn in axially by the fan is exited axially through the opposite end of the motor assembly. No air is radially diverted by the '297 patent since there are no radial ports on the shroud. Therefore, it is respectfully submitted that the '297 patent does not show each and every element of the claimed invention and therefore cannot anticipate the presently claimed invention. It is the position of the Applicant that since claim 17 is allowable all claims depending therefrom are likewise allowable.

Applicant respectfully requests entry of an amendment to dependent claim 18 which sets forth that the outer rim of the bracket in conjunction with the shroud forms a gathering chamber between the ends of the vanes and the shroud. Such a feature is clearly not present in the cited reference inasmuch as the trailing ends of the vanes are positioned directly against the surface of the shroud and therefore a gathering chamber as defined in the present claim is simply not present. Therefore, it is respectfully submitted that dependent claim 18 is allowable on its own merit.

In regard to claim 20, the Applicant respectfully requests entry of an amendment which sets forth that the shoulder is downwardly sloping. Such a feature is not taught or suggested in the '297 patent and, as such, it is submitted that dependent claim 20 is allowable on its own merit.

Applicant respectfully requests an amendment to independent claim 22 which incorporates the limitations of originally filed claim 27. The Examiner has indicated that claim 27 contains allowable subject matter and, as such, claim 22 now contains allowable subject matter.

Upon reviewing the drawings of the application it is noted that identifying numerals were not incorporated into Figs. 8 and 9. Therefore, it is respectfully requested that the Examiner review the red-ink drawings which incorporate the appropriate reference numerals for clear reference in the specification. Applicant also respectfully requests entry of an amendment to the specification to correct a typographical error on page 9, line 14 of the originally filed application. None of these amendments to the drawings or specification add new subject matter and their entry is respectfully requested.

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

The Applicant expressly acknowledges the other prior art made of record by the Examiner. The Applicant respectfully submits that none of the cited references, taken either singly or in combination, teaches or suggests the presently claimed invention.

Based upon the foregoing amendments and remarks submitted herewith, claims 1-15, 17-23, 26, and 28 are believed to be patentable and entry of a formal Notice of Allowance as to those claims is earnestly solicited.

Attached hereto is a marked-up version of the changes made to the application by this Amendment.

In the event a fee is required with the filing of this Amendment and the required fee is not enclosed or is deemed insufficient, the Assistant Commissioner of Patents and Trademarks is hereby authorized to withdraw the required funds from Deposit Account No. 18-0987. If a withdrawal is required from Deposit Account No. 18-0987, the undersigned attorney respectfully requests that the Assistant Commissioner of Patents and Trademarks cite Attorney Docket Number 4570.47.CIP2 for billing purposes.

Should the Examiner deem a telephone call to be beneficial in resolving any remaining matters or to place the claims in better form for allowance, the same would be greatly appreciated.

Respectfully submitted,

*[signature]*

Ray L. Weber, Reg. No. 26,519
Andrew B. Morton, Reg. No. 37,400
Renner, Kenner, Grieve, Bobak,
Taylor & Weber
First National Tower, Fourth Floor
Akron, Ohio 44308-1456
Telephone: (330) 761-6670
         (330) 376-1242

Attachment: Version with Markings to Show Changes Made

-10-



COPY OF PAPERS
ORIGINALLY FILED

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

## VERSION WITH MARKINGS TO SHOW CHANGES MADE

In the Specification:

The paragraph beginning on page 8, line 30, has been amended as follows:

Based upon the foregoing description, the advantages of the present invention are readily apparent. In particular, the amount of turbulence and extraneous airflow which interferes with the working air flowing through the assemblies 10, 210 is significantly reduced. In particular, the working air is moved directly from the fan to a radial diffuser area/gathering chamber that unloads the pressure caused by the fan. The air then gradually slows down and is circulated into the gathering chamber 68 and then is efficiently maneuvered out of the shroud 28. It has been determined that the air loses a significant amount of driving force once it leaves the apertures. Accordingly, to minimize turbulence and increase efficiency, it has been determined it is much more effective to immediately capture the working air via the vanes as it is generated by the fan. This air is then gently expanded and its pressure reduced in the gathering chamber to collectively force the air out from the shroud ports. Whereas most prior art fans provide an operating efficiency anywhere from between 27-37% efficiency, this new design has been shown to have at least about 50% efficiency. Efficiency, as used in this context, is a factor of motor efficiency and blower efficiency, wherein it has been determined that turbulence/interference within the fan shroud greatly diminishes the airflow therethrough which causes the motor to work harder and generate heat and losses in the system. In the present invention, the losses are significantly reduced to provide a longer-lasting motor assembly and other tangible benefits.

In the Claims:

Claims 16, 24, 25 and 27 have been cancelled.

The claims have been amended as follows:
1   1.   (Amended) A bypass motor assembly, comprising:
2       a motor having a rotatable shaft;

RECEIVED MAR 21 2002 TECHNOLOGY CENTER 3700

-11-

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

3    a working air fan secured to said rotatable shaft, <u>said working air fan having an</u>
4    <u>outer periphery exhaust region</u>;
5    a shroud having an intake eyelet and at least one exhaust aperture;
6    an end bracket having a shaft hole through which said shaft extends, said end
7    bracket and said shroud partially enclosing said working air fan, wherein rotation of
8    said working air fan draws air in through said intake eyelet and exhausts the air
9    through said at least one exhaust aperture; and
10    said end bracket having a plurality of vanes that form a fan chamber that
11    receives said working air fan <u>wherein said plurality of vanes are closely disposed</u>
12    <u>about said outer periphery exhaust region</u> such that air expelled by said working air
13    fan is re-directed by said vanes toward said at least one exhaust aperture.

1  8.  (Amended) [The assembly according to claim 1,] <u>A bypass motor assembly,</u>
2    <u>comprising:</u>
3    <u>a motor having a rotatable shaft;</u>
4    <u>a working air fan secured to said rotatable shaft;</u>
5    <u>a shroud having an intake eyelet and at least one exhaust aperture;</u>
6    <u>an end bracket having a shaft hole through which said shaft extends, said end</u>
7    <u>bracket and said shroud partially enclosing said working air fan, wherein rotation of</u>
8    <u>said working air fan draws air in through said intake eyelet and exhausts the air</u>
9    <u>through said at least one exhaust aperture;</u>
10    <u>said end bracket having a plurality of vanes that form a fan chamber that</u>
11    <u>receives said working air fan such that air expelled by said working air fan is re-</u>
12    <u>directed by said vanes toward said at least one exhaust aperture; and</u>
13    wherein said end bracket has a sloping shoulder such that said vanes slope in
14    a corresponding manner.

1  10.  (Amended) [The assembly according to claim 1,] <u>A bypass motor assembly,</u>
2    <u>comprising:</u>
3    <u>a motor having a rotatable shaft;</u>

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

| | |
|---|---|
| 4 | a working air fan secured to said rotatable shaft; |
| 5 | a shroud having an intake eyelet and at least one exhaust aperture; |
| 6 | an end bracket having a shaft hole through which said shaft extends, said end |
| 7 | bracket and said shroud partially enclosing said working air fan, wherein rotation of |
| 8 | said working air fan draws air in through said intake eyelet and exhausts the air |
| 9 | through said at least one exhaust aperture; |
| 10 | said end bracket having a plurality of vanes that form a fan chamber that |
| 11 | receives said working air fan such that air expelled by said working air fan is re- |
| 12 | directed by said vanes toward said at least one exhaust aperture; and |
| 13 | wherein said end bracket has a downwardly sloping shoulder and each said vane |
| 14 | has a trailing end extending radially along said sloping shoulder, said trailing ends |
| 15 | and said shroud forming a gathering chamber therebetween where the working air |
| 16 | collects prior to exiting from said at least one exhaust aperture. |

1  11.  (Amended)  [The assembly according to claim 1,] A bypass motor assembly,
2       comprising:
3         a motor having a rotatable shaft;
4         a working air fan secured to said rotatable shaft;
5         a shroud having an intake eyelet and at least one exhaust aperture;
6         an end bracket having a shaft hole through which said shaft extends, said end
7       bracket and said shroud partially enclosing said working air fan, wherein rotation of
8       said working air fan draws air in through said intake eyelet and exhausts the air
9       through said at least one exhaust aperture;
10        said end bracket having a plurality of vanes that form a fan chamber that
11      receives said working air fan such that air expelled by said working air fan is re-
12      directed by said vanes toward said at least one exhaust aperture; and
13        wherein said end bracket has a downwardly sloping shoulder and wherein each
14      said vane has a leading end and a trailing end.

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

12. (Amended) [The assembly according to claim 1,] A bypass motor assembly, comprising:

 a motor having a rotatable shaft;

 a working air fan secured to said rotatable shaft;

 a shroud having an intake eyelet and at least one exhaust aperture;

 an end bracket having a shaft hole through which said shaft extends, said end bracket and said shroud partially enclosing said working air fan, wherein rotation of said working air fan draws air in through said intake eyelet and exhausts the air through said at least one exhaust aperture;

 said end bracket having a plurality of vanes that form a fan chamber that receives said working air fan such that air expelled by said working air fan is re-directed by said vanes toward said at least one exhaust aperture; and

 wherein each said vane has a top edge extending [from said] between a leading end to [said] a trailing end, and wherein said shroud is in touching contact with at least a portion of said top edges.

13. (Amended) [The assembly according to claim 1,] A bypass motor assembly, comprising:

 a motor having a rotatable shaft;

 a working air fan secured to said rotatable shaft;

 a shroud having an intake eyelet and at least one exhaust aperture;

 an end bracket having a shaft hole through which said shaft extends, said end bracket and said shroud partially enclosing said working air fan, wherein rotation of said working air fan draws air in through said intake eyelet and exhausts the air through said at least one exhaust aperture;

 said end bracket having a plurality of vanes that form a fan chamber that receives said working air fan such that air expelled by said working air fan is re-directed by said vanes toward said at least one exhaust aperture; wherein vanes adjacent each other form channels therebetween; and

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

14      wherein said shroud is in touching contact with each said vane proximal said
15      leading ends so as to enclose at least a portion of each said channel.

1   15.  (Amended) [The assembly according to claim 1,] <u>A bypass motor assembly,</u>
2        <u>comprising:</u>
3        <u>a motor having a rotatable shaft;</u>
4        <u>a working air fan secured to said rotatable shaft;</u>
5        <u>a shroud having an intake eyelet and at least one exhaust aperture;</u>
6        <u>an end bracket having a shaft hole through which said shaft extends, said end</u>
7        <u>bracket and said shroud partially enclosing said working air fan, wherein rotation of</u>
8        <u>said working air fan draws air in through said intake eyelet and exhausts the air</u>
9        <u>through said at least one exhaust aperture;</u>
10       <u>said end bracket having a plurality of vanes that form a fan chamber that</u>
11       <u>receives said working air fan such that air expelled by said working air fan is re-</u>
12       <u>directed by said vanes toward said at least one exhaust aperture</u> wherein said shroud
13       has a single tangential exhaust aperture; <u>and</u>
14       <u>wherein said plurality of vanes each have a trailing end that with said shroud</u>
15       <u>form a gathering chamber, said gathering chamber logarithmically expanding toward</u>
16       <u>said single tangential exhaust aperture.</u>

    16.  Please cancel claim 16 without prejudice or bias.

1   17.  (Amended) A bracket for a bypass motor assembly which includes a tapered working
2        fan rotated by a motor shaft, wherein the tapered working fan is partially enclosed
3        between a shroud <u>having at least one vent</u> and the bracket, the bracket comprising:
4        a base having a periphery <u>that is adapted to be sealed by the shroud;</u>
5        a shoulder extending from said periphery; and
6        a plurality of vanes extending from said shoulder, said plurality of vanes
7        facilitating movement of air expelled by the tapered working fan out the [shroud]
8        <u>vent</u>.

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

1   18. (Amended) The bracket according to claim 17, further comprising:
2        an outer rim surrounding said shoulder and [supporting] adapted to support the
3   shroud, said plurality of vanes extending almost to said outer rim, each one of said
4   plurality of vanes having a trailing end, [said outer rim and] said plurality of trailing
5   ends and the supported shroud defining a gathering chamber therebetween.

1   20. (Amended) The bracket according to claim 17, wherein each said vane has a leading
2   end and a trailing end and wherein said shoulder is downwardly sloping.

1   22. (Amended) A motorized fan assembly, comprising:
2       an end bracket with a rotatable shaft therethrough;
3       a shroud having an intake eyelet and [a plurality of] at least one exhaust
4   [apertures] aperture, said shroud enclosing said end bracket;
5       a fan connected to said rotatable shaft, and rotatably received between said end
6   bracket and said shroud; and
7       an air intake seal disposed between said shroud and said fan, wherein said air
8   intake seal comprises a seal strip secured to an underside of said shroud around said
9   intake eyelet.

24. Please cancel claim 24 without prejudice or bias.

25. Please cancel claim 25 without prejudice or bias.

1   26. (Amended) The assembly according to claim [25] 23, wherein said seal [ring] strip
2   is expanded polytetrafluoroethylene.

27. Please cancel claim 27 without prejudice or bias.

Application No.: 09/714,088
Attorney Docket No: 4570.47.CIP2

1   28.   (Amended) The assembly according to claim [27] 22, further comprising an indented
2          flange for holding said seal strip.

-17-



FIG.-5

FIG.-6

FIG.-7

FIG.-8

FIG.-9