**Exhibit J**




# Merriam-Webster OnLine

**HOME**
**PREMIUM SERVICES**
M-WCollegiate.com
M-WUnabridged.com
Britannica.com
Multi-User Licenses

**DOWNLOADS**
**WORD OF THE DAY**
**WORD GAMES**
**WORD FOR THE WISE**
**ONLINE STORE**
**HELP**

Merriam-Webster Inc.
Company Information

Merriam-Webster Online Dictionary

**Thesaurus**

16 entries found for **chamber**. The first 10 are listed below.
To select an entry, click on it. For more results, click here.

chamber[1,noun]
chamber[2,transitive verb]
chamber[3,adjective]
bubble chamber
chamber music
chamber of commerce

Go

Main Entry: ¹**cham·ber**
Pronunciation: 'chAm-b&r
Function: *noun*
Etymology: Middle English *chambre,* from Old French, from Late Latin *camera,* from Latin, arched roof, from Greek *kamara* vault
**1** : ROOM; *especially* : BEDROOM
**2** : a natural or artificial enclosed space or cavity
**3 a** : a hall for the meetings of a deliberative, legislative, or judicial body <the senate *chamber*> **b** : a room where a judge transacts business -- usually used in plural **c** : the reception room of a person of rank or authority
**4 a** : a legislative or judicial body; *especially* : either of the houses of a bicameral legislature **b** : a voluntary board or council
**5 a** : the part of the bore of a gun that holds the charge **b** : a compartment in the cartridge cylinder of a revolver
- **cham·bered** /-b&rd/ *adjective*

For **More Information on "chamber" go to Britannica.com**
Get the **Top 10 Search Results for "chamber"**

Merriam-Webster
◉ **Dictionary**
○ **Thesaurus**


chamber

**Palm & Pock**
Browse and downl
Merriam-Webster
e-books and game
Palm and Pocket P
and Mobile Phones
**Merriam-Web:**
**Online Store**

**Handheld**
**Collegiate**
Now you can take
Eleventh Edition w
anywhere as Franl
new Speaking Elec
Handheld!
**Franklin.com/**

Merriam-Wel
**Collegiat**
**14-day Free**



# Merriam-Webster OnLine

Merriam-Webster FOR KIDS | Encyclopædia BRITANNICA
Merriam-Webster ONLINE | Merriam-Webster COLLEGIATE | Merriam-Webster UN



**HOME**
**PREMIUM SERVICES**
- M-WCollegiate.com
- M-WUnabridged.com
- Britannica.com
- Multi-User Licenses

**DOWNLOADS**
**WORD OF THE DAY**
**WORD GAMES**
**WORD FOR THE WISE**
**ONLINE STORE**
**HELP**

Merriam-Webster Inc. Company Information

Merriam-Webster Online Dictionary

One entry found for **define**.

Main Entry: **de·fine**
Pronunciation: di-'fIn
Function: *verb*
Inflected Form(s): **de·fined; de·fin·ing**
Etymology: Middle English, from Middle French & Latin; Middle French *definer,* from Latin *definire,* from *de-* + *finire* to limit, end, from *finis* boundary, end
*transitive senses*
**1 a :** to determine or identify the essential qualities or meaning of <whatever *defines* us as human> **b :** to discover and set forth the meaning of (as a word) **c :** to create on a computer <*define* a window> <*define* a procedure>
**2 a :** to fix or mark the limits of : **DEMARCATE** <rigidly *defined* property lines> **b :** to make distinct, clear, or detailed especially in outline <the issues aren't too well *defined*>
**3 : CHARACTERIZE, DISTINGUISH** <you *define* yourself by the choices you make -- *Denison Univ. Bull.*>
*intransitive senses* : to make a definition
- **de·fine·ment** /-'fIn-m&nt/ *noun*
- **de·fin·er** /-'fI-n&r/ *noun*

For **More Information on "define" go to Britannica.com**
Get the **Top 10 Search Results for "define"**

Merriam-Webste
◉ **Dictionary**
○ **Thesaurus**



define

**Palm & Pock**
Browse and downl
Merriam-Webster
e-books and game
Palm and Pocket P
and Mobile Phones
**Merriam-Web:
Online Store**

**Handheld
Collegiate**
Now you can take
Eleventh Edition w
anywhere as Franl
new Speaking Elec
Handheld!
**Franklin.com/**

**Merriam-Wel
Collegiat
14-day Free**