**Exhibit K**

# JP6123297

Publication Title:

ELECTRIC FAN

Abstract:

PURPOSE:To obtain an electric fan which reduces wall friction loss of an air flow and improves efficiency.

CONSTITUTION:This electric fan is provided with an impeller 3 made of a plurality of blades 5, a disc shaped front shroud 7 and a rear shroud 6, a motor 4 in which the impeller is fixed to a rotation shaft, a diffuser part 8 located on the outer circumference of the impeller and made of a plurality of stator vanes, an air guide 2 made of a return passage part 10 for introducing an air flow into a motor 11 and an air guide impeller and mounted on the outer circumference of the motor. A casing 1 having a suction port at the center and a coating layer 14 made of a material with good lubrication is provided on the surface of the air guide.

------------

Data supplied from the esp@cenet database - http://ep.espacenet.com

This Patent PDF Generated by Patent Fetcher(TM), a service of Patent Logistics, LLC

(19)日本国特許庁（ＪＰ）　　(12) 公 開 特 許 公 報 （A）　　(11)特許出願公開番号

特開平6-123297

(43)公開日　平成6年(1994)5月6日

| (51)Int.Cl.[5] | 識別記号 | 庁内整理番号 | FI | 技術表示箇所 |
|---|---|---|---|---|
| F04D 29/02 |  | 7314-3H |  |  |
| A47L 9/00 | H |  |  |  |
| F04D 29/44 | S | 7314-3H |  |  |
|  | W | 7314-3H |  |  |

審査請求　未請求　請求項の数2（全 5 頁）

(21)出願番号　　特願平4-268399

(22)出願日　　　平成4年(1992)10月7日

(71)出願人　000005821
　　松下電器産業株式会社
　　大阪府門真市大字門真1006番地
(72)発明者　広瀬　徹
　　大阪府門真市大字門真1006番地　松下電器産業株式会社内
(72)発明者　福本　正美
　　大阪府門真市大字門真1006番地　松下電器産業株式会社内
(72)発明者　笹原　文彦
　　大阪府門真市大字門真1006番地　松下電器産業株式会社内
(74)代理人　弁理士　小鍛治　明　（外2名）

(54)【発明の名称】　電動送風機

(57)【要約】
【目的】　気流の壁面摩擦損失を低減し、効率を向上した電動送風機を提供することを目的とする。
【構成】　複数枚のブレード5、円板形の前面シュラウド7及び後面シュラウド6よりなるインペラ3と、回転軸に上記インペラを固定したモータ4と、インペラの外周に設置され、複数の静翼からなるディフューザ部8と、気流をモータ11内部へ導く戻り通路部10からなるエアガイド2と、エアガイド・インペラを内包しモータの外周に取り付けた、中央部に吸い込み口を有するケーシング1とを有し、エアガイドの表面に潤滑性の良い材料よりなる被覆層14を設けたものである。



(2)　　　　　　　　　　　　　特開平6-123297

【特許請求の範囲】
【請求項1】　複数枚のブレード、円板形の前面シュラウド、及び後面シュラウドで構成したインペラと、回転軸に上記インペラを固定したモータと、インペラの外周に設けた複数の静翼からなるディフューザ部と、気流をモータ内部へ導く戻り通路部とからなるエアガイドと、エアガイド、インペラを内包しモータの外周に取り付けた、中央部に吸い込み口を有するケーシングとを有し、エアガイドの表面に潤滑性の良い材料よりなる被覆層を設けた電動送風機。
【請求項2】　複数枚のブレード、円板形の前面シュラウド、及び後面シュラウドで構成したインペラと、回転軸に上記インペラを固定したモータと、インペラの外周に設けた複数の静翼からなるディフューザ部と、気流をモータ内部へ導く戻り通路部とからなるエアガイドと、エアガイド、インペラを内包しモータの外周に取り付けた、中央部に吸い込み口を有するケーシングとを有し、上記インペラの表面に潤滑性の良い材料よりなる被覆層を設けた電動送風機。
【発明の詳細な説明】
【0001】
【産業上の利用分野】本発明は家庭用の掃除機に使用する電動送風機の高効率化に関するものである。
【0002】
【従来の技術】近年電動送風機を用いた電気掃除機は、じゅうたんの掃除やダニを吸い込む用途に対応するため、高出力化される傾向にある。以下に従来の電動送風機について、図7に基づいて説明する。ケーシング1は中央部に吸い込み口1aを有するとともに、エアガイド2とインペラ3を内包し、モータ4に外周に気密に取り付けられている。インペラ3は、複数枚のブレード5と、これを挟み込む円板形の前面シュラウド6と、後面シュラウド7により構成され、モータ4の回転軸に固定している。インペラ3の外周には、エアガイド2の複数の静翼9からなるディフューザ部8を設けており、気流を戻り通路部10によりモータ内部へ導いて、モータブラケット11に設けた排気孔12から排出するようになっている。
【0003】以上の構成で、モータ4によってインペラ3を高速で回転させ、生じた遠心力によって、所用の風量と真空圧を得るようになっている。そして気流は、エアガイド2のディフューザ部8で徐々に流速を落とし圧力回復をした後、戻り通路10を経由して、モータ冷却のためにモータ内部へ導かれ、モータブラケット11に設けた排気孔12から排出される。
【0004】
【発明が解決しようとする課題】このような従来の構成の電動送風機は、エアガイド2における壁あるいはインペラ3と空気との摩擦によって大きな損失が生ずるという課題を有している。

【0005】本発明はこのような従来の構成が有している課題を解決しようとするもので、摩擦損失を小さくし、効率の高い電動送風機を提供することを目的としている。
【0006】
【課題を解決するための手段】第一の目的を達成するための本発明の第一の手段は、複数枚のブレード、円板形の前面シュラウド、及び後面シュラウドで構成したインペラと、回転軸に上記インペラを固定したモータと、インペラの外周に設けた複数の静翼からなるディフューザ部と、気流をモータ内部へ導く戻り通路部とからなるエアガイドと、エアガイド、インペラを内包しモータの外周に取り付けた、中央部に吸い込み口を有するケーシングとを有し、エアガイドの表面に潤滑性の良い材料よりなる被覆層を設けた電動送風機とするものである。
【0007】第二の目的を達成するための本発明の第二の手段は、複数枚のブレード、円板形の前面シュラウド、及び後面シュラウドで構成したインペラと、回転軸に上記インペラを固定したモータと、インペラの外周に設けた複数の静翼からなるディフューザ部と、気流をモータ内部へ導く戻り通路部とからなるエアガイドと、エアガイド、インペラを内包しモータの外周に取り付けた、中央部に吸い込み口を有するケーシングとを有し、上記インペラの表面に潤滑性の良い材料よりなる被覆層を設けた電動送風機とするものである。
【0008】
【作用】本発明の第一の手段は、エアガイドの表面に潤滑性の良い材料よりなる被覆層を設けたことにより、エアガイドに導かれた高速の空気流とエアガイド壁間との摩擦が減少し、効率の高い電動送風機として作用するものである。
【0009】本発明の第二の手段は、インペラの表面に潤滑性の良い材料よりなる被覆層を設けたことにより、インペラと空気流との壁間摩擦が小さくなって、摩擦損失が低減され、効率の高い電動送風機として作用するものである。
【0010】
【実施例】以下、本発明の第一の手段の実施例を図1・図2・図3に基づいて説明する。従来例と同一の部分については、同番号を付してその説明を省略する。二つの静翼9で囲まれた気流の通路であるディフューザ部8は、外周側に向かうにつれ通路面積が広がっており、ディフューザ部8と戻り通路10の間は、なだらかに傾斜した接続部13となっている。またエアガイド2の表面は、図3に示すように潤滑生の良い材料よりなる被覆層14でコーティングしているものである。この被覆層14としては、本実施例ではフッ素樹脂を使用している。従って、エアガイド2はABS樹脂を使用した素材の表面の微小な隙間も無くなり、表面の荒さは非常に小さいものとなるものである。

（3）　　　　　　　　　　　　　　　　　　　特開平6-123297

3

【0011】本実施例ではこの被覆層による表面コーティングは、次のようにして行っている。先ず、エアガイド2の材料であるABS樹脂の表面を前処理し、その後フッ素樹脂を吹き付け塗装して、フッ素樹脂皮膜を構成するものである。この表面コーティング処理は、エアガイド2と気流との摩擦が空気流の速度が最も大きい入口付近で最も大きいため、エアガイド2の入口付近を重点的に行うことが最も効果的である。

【0012】以上のように本実施例は、エアガイド2の表面に潤滑性の良い材料よりなる被覆層を設けることにより、エアガイド2に導かれた高速の空気流とエアガイド2の壁間との摩擦が減少し、効率の高い電動送風機として作用するものである。

【0013】なお前記コーティングは、エアガイドの静翼12の入口付近だけとしても効果があるものである。

【0014】次に、本発明の第二の手段の実施例を図4・図5・図6に基づいて説明する。前記実施例とはインペラの構成が異なっているものである。インペラ3は、アルミ製の前面シュラウド6と後面シュラウド7でブレード5を挟持し、両シュラウドの取付孔21・22に嵌合したブレード5の突起23をかしめることにより固着して形成している。

【0015】本実施例では、図6に示しているように、潤滑性の良い材料よりなる被覆層25をインペラ3を構成する基材24の表面にコーティングしているものである。すなわち、完成品の状態で、インペラ3にフッ素樹脂を吹き付け塗装し、皮膜を構成して、その後焼き付けしているものである。これにより、インペラ3を構成する部材全体の表面が滑らかになり摩擦損失が低減できるだけでなく、ブレード5と両シュラウド6、7間の隙間がなくなり、又、かしめ後の突起23も被われ滑らかになる。又、ブレード、シュラウド端面の切り口26も滑らかになる。

【0016】このため本実施例のインペラを使用した電動送風機は、インペラの表面抵抗が小さくなると同時に、隙間からの空気の漏れも抑えられ、損失を低減した効率の高い電動送風機として作用するものである。

【0017】
【発明の効果】本発明の第一の手段は、複数枚のブレード、円板形の前面シュラウド、及び後面シュラウドで構成したインペラと、回転軸に上記インペラを固定したモ

4

ータと、インペラの外周に設けた複数の静翼からなるディフューザ部と、気流をモータ内部へ導く戻り通路部とからなるエアガイドと、エアガイド、インペラを内包しモータの外周に取り付けた、中央部に吸い込み口を有するケーシングとを有し、エアガイドの表面に潤滑性の良い材料よりなる被覆層を設けた構成として、エアガイドによる空気の摩擦損失を低減することができ、効率の高い電動送風機を実現するものである。

【0018】また本発明の第二の手段は、複数枚のブレード、円板形の前面シュラウド、及び後面シュラウドで構成したインペラと、回転軸に上記インペラを固定したモータと、インペラの外周に設けた複数の静翼からなるディフューザ部と、気流をモータ内部へ導く戻り通路部とからなるエアガイドと、エアガイド、インペラを内包しモータの外周に取り付けた、中央部に吸い込み口を有するケーシングとを有し、上記インペラの表面に潤滑性の良い材料よりなる被覆層を設けた構成として、インペラと空気流との壁間摩擦が小さくなって、摩擦損失が低減され、効率の高い電動送風機を実現するものである。

【図面の簡単な説明】
【図1】本発明の第一の手段の実施例である電動送風機の半裁断面図
【図2】（A）は同電動送風機のエアガイドの平面図
（B）は同側断面図
【図3】同エアガイドの一部を示す断面斜視図
【図4】（A）は本発明の第二の手段の実施例であるインペラを一部切り欠いて示した平面図
（B）は同インペラの断面図
【図5】同インペラの分解斜視図
【図6】同インペラの一部を示す断面図
【図7】従来の電動送風機の半裁断面図
【符号の説明】
1　ケーシング
2　エアガイド
3　インペラ
4　モータ
5　ブレード
6　前面シュラウド
7　後面シュラウド
15、25　被覆層

【図3】



(4) 特開平6−123297

【図1】 【図2】



【図4】



【図5】



—728—

(5)  特開平6－123297

【図6】



【図7】

