UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHNSON ELECTRIC INDUSTRIAL :
MANUFACTORY, LTD. and :
JOHNSON ELECTRIC NORTH AMERICA, INC., :
    Plaintiffs     :   Case No.: 3:03 CV0098 (AVC)
     :
v     :
     :
AMETEK, INC.,     :
    Defendant     :   March 1, 2005

TO:    Clerk of the Court
       United States District Court
       450 Main Street
       Hartford, CT 06103

## APPEARANCE

Enter my appearance as counsel in this case for the defendant:

**AMETEK, INC.**

_____
Signature-Federal Bar No.: ct14885

Gerald T. Giaimo
Print Name

Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Tel. No.:     203.784.8200
Fax. No.:     203.777.1181
E-Mail Address:     giaimo@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this 1st day of March, 2005, to the following counsel of record:

Edmund J. Ferdinand, III, Esq.
Grimes & Battersby, LLP
488 Main Avenue, Third Floor
Norwalk, CT  06851
Atty. for Plaintiffs.

Stephen N. Weiss, Esq.
Moses & Singer, LLP
1301 Avenue of the Americas
New York, NY 10019
Atty. for Plaintiffs - Of Counsel.

Ray L. Weber, Esq.
Renner, Kenner, Grieve, Bobak, Taylor & Weber
First National Tower, Fourth Floor
Akron, Ohio  44308-1456

Gerald T. Giaimo - Federal Bar No.: ct14885

2