**EXHIBIT C**

# 3 entries found for *about.*

**a·bout** (P) Pronunciation Key (ə-bout′)
*adv.*
1. Approximately; nearly: *The interview lasted about an hour.*
2. Almost: *The job is about done.*
3. To a reversed position or direction: *Turn about and walk away slowly.*
4. In no particular direction: *wandering about with no place to go.*
5. All around; on every side: *Let's look about for help.*
6. In the area or vicinity; near: *spoke to a few spectators standing about.*
7. In succession; one after another: *Turn about is fair play.*
8.
    1. On the verge of; presently going to. Used with the infinitive: *The chorus is about to sing.*
    2. *Usage Problem.* Used to show determination or intention in negative constructions with an infinitive: *I am not about to concede the point.*

*prep.*
1. On all sides of; surrounding: *I found an English garden all about me.*
2. In the vicinity of; around: *explored the rivers and streams about the estate.*
3. Almost the same as; close to; near.
4.
    1. In reference to; relating to; concerned with: *a book about snakes.*
    2. In the act or process of: *While you're about it, please clean your room.*
5. In the possession or innate character of: *Keep your wits about you.*

*adj.*
1. Moving here and there; astir: *The patient is up and about.*
2. Being in evidence or existence: *Rumors are about concerning his resignation.*

[Middle English, from Old English onbūtan : on, *in*; see **on** + būtan, *outside*; see **ud-** in Indo-European Roots.]

**Usage Note:** The construction *not about to* is often used to express determination: *We are not about to negotiate with terrorists.* A majority of the Usage Panel considers this usage acceptable in speech but not in formal writing. ·*About* is traditionally used to refer to the relation between a narrative and its subject: *a book about Cézanne; a movie about the Boston Massacre.* This use has lately been extended to refer to the relation between various nonlinguistic entities and the things they make manifest, as in *The party was mostly about showing off their new offices* or *His designs are about the use of rough-textured materials.* This practice probably originates with the expression *That's what it's all about,* but it remains controversial. Fifty-nine percent of the Usage Panel rejected this use in the example *A designer teapot isn't about making tea; it is about letting people know that you have a hundred dollars to spend on a teapot.*

ADVERTISEMENT variant — new Number Math for or (999999*Mat

 apart [Search]

Dictionary  Thesaurus  Web

Home                                    Premium: Sign up | Login


Answer to get $100 FREE!
Snoop Dogg      Usher      Michael Jackson

ADVERTISEMENT

Dictionary - Thesaurus - Web

Get the Most Popular Sites for "apart"

## 4 entries found for *apart*.

ADVERTISEMENT

**a·part**  Pronunciation Key  (ə-pärt')
*adv.*

    a. At a distance in place, position, or time: *railings spaced two feet apart; born three years apart.*
    b. Away from another or others: *grew apart over the years; decided to live apart.*
2. In or into parts or pieces: *split apart.*
3. One from another: *I can't tell the twins apart.*
4. Aside or in reserve, as for a separate use or purpose: *funds set apart for the project.*
5. As a distinct item or entity: *Quality sets it apart.*
6. So as to except or exclude from consideration; aside: *All joking apart, I think you're wrong.*

*adj.*

    Set apart; isolated. Used after a noun or in the predicate: *a people who have existed over the centuries as a world apart.*

[Middle English, from Old French a part : a, *to* (from

Latin `ad-`. See **ad-**) + `part`, *side* (from Latin `pars, part-`. See **part**).]

**a·part'ness** *n.*

[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
Copyright © 2000 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.

**apart**

In addition to the idiom beginning with apart, also see come apart; fall apart; pick apart; poles apart; set apart; take apart; tear apart; tell apart.

Source: *The American Heritage® Dictionary of Idioms by Christine Ammer.*
Copyright © 1997 by The Christine Ammer 1992 Trust.
Published by Houghton Mifflin Company.

**apart**

adj 1: remote and separate physically or socially; "existed over the centuries as a world apart"; "preserved because they inhabited a place apart"- W.H.Hudson; "tiny isolated villages remote from centers of civilization"; "an obscure village" [syn: apart(p), isolated, obscure] 2: not living together as man and wife; "decided to live apart"; "maintaining separate households"; "they are separated" [syn: apart(p), separate, separated] 3: having characteristics not shared by others; "scientists felt they were a group apart"- Vannever Bush [syn: apart(p)] adv 1: separated or at a distance in place or position or time; "These towns are many miles apart"; "stood with his legs apart"; "born two years apart" 2: not taken into account or excluded from consideration; "these problems apart, the country is doing well"; "all joking aside, I think you're crazy" [syn: aside] 3: away from another or others; "they grew apart over the years"; "kept apart from the group out of shyness"; "decided to live apart" 4: placed or kept separate and distinct as for a purpose; "had a feeling of being set apart"; "quality sets it apart"; "a day set aside for relaxing" [syn: aside] 5: one from the other; "people can't tell the twins apart" 6: into parts or pieces; "he took his father's watch apart"; "split apart"; "torn asunder" [syn: asunder]

Ads by Google

Free Merriam Websters
Free Merriam Websters Collegiate Offer Expires Today!
www.getitfree.net

Free Laptop
Get a laptop computer absolutely free. Aff.
www.consumerincentivepromotions.com

Merriam-Webster's College
Dictionary 11th edition. Get it Free at Free Gift World.
www.FreeGiftWorld.com

Free Franklin Dictionary.
Get your collegiate dictionary free when you complete a no risk offer.
www.everyfreegift.com



Who is this actress?

○ Ashley Olsen
○ Lindsay Lohan
○ Hilary Duff

Answer to get $100 FREE!



**Dictionary.com**

chamber    [Search]

• Dictionary  ○ Thesaurus  ○ Web

Home                                                            Premium: Sign up | Login

Answer to get $100 FREE!

○ Snoop Dogg    ○ Usher    ○ Michael Jackson

ADVERTISEMENT

Dictionary - Thesaurus - Web

Get the Most Popular Sites for "chamber"

# 7 entries found for *chamber*.

ADVERTISEMENT

**cham·ber** [P] Pronunciation Key (chām'bər)
*n.*

1. A room in a house, especially a bedroom.
2. A room where a person of authority, rank, or importance receives visitors.
3. **chambers** A room in which a judge may consult privately with attorneys or hear cases not taken into court.
4. **chambers** *Chiefly British.* A suite of rooms, especially one used by lawyers.
5. A hall for the meetings of a legislative or other assembly.
6. A legislative or judicial body.
7. A board or council.
8. A place where municipal or state funds are received and held; a treasury.
9.
    a. An enclosed space or compartment: *the chamber of a pump; a compression chamber.*
    b. An enclosed space in the body of an organism; a cavity: *the four chambers of the heart.*
10.
    a. A compartment in a firearm, as in the breech of a rifle or the cylinder of a revolver, that holds the cartridge in readiness for firing.

   b. An enclosed space in the bore of a gun that holds the charge.

*tr.v.* **cham·bered, cham·ber·ing, cham·bers**

1. To put in or as if in a chamber; enclose or confine.
2. To furnish with a chamber.
3. To design or manufacture (a firearm) to hold a specific type of cartridge.

[Middle English chaumbre, from Old French chambre, from Late Latin camera, *chamber*, from Latin, *vault*, from Greek kamarā.]

[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
Copyright © 2000 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.

**cham·ber** (chām′bər)
*n.*

   A compartment or enclosed space.

Source: *The American Heritage® Stedman's Medical Dictionary*
Copyright © 2002, 2001, 1995 by Houghton Mifflin Company. Published by Houghton Mifflin Company.

Main Entry: **cham·ber**
Function: *noun*
**1** : a judge's office; *specifically* : the private office where a judge carries on business other than court sessions (as conferences or signing papers) —usually used in pl. <four other judges met in my *chambers* —Railroad H. Bork> <a hearing in *chambers*>
**2 a** : a hall for the meetings of a deliberative, legislative, or judicial body or assembly <to run back into the House *chamber* —Tip O'Neill> **b** : a legislative or judicial body : HOUSE <approved by two-thirds of each *chamber* of Congress —U.S. Code>

Source: *Merriam-Webster Dictionary of Law,* © 1996

Ads by Google

Free Merriam Websters
Free Merriam Websters Collegiate Offer Expires Today!
www.getitfree.net

Random House Webster's
Get this popular software free. Free w/ free shipping. Sign up now.
www.freegiftworld.com

Electronic Dictionary
Product testers wanted. Evaluate & keep electronics. Aff.
www.emarketresearchgroup.com

Find it on eBay
Register for free today to begin Buying and selling today. Aff
search.ebay.com



Who is this actress?

○ Ashley Olsen
○ Lindsay Lohan
○ Hilary Duff

Answer to get $100 FREE!

*Merriam-Webster, Inc.*

Main Entry: **cham·ber**
Pronunciation: 'chAm-b&r
Function: *noun*
: an enclosed space within the body of an animal —see ANTERIOR CHAMBER, POSTERIOR CHAMBER

Source: *Merriam-Webster Medical Dictionary,* © 2002 *Merriam-Webster, Inc.*

**chamber**

n 1: a natural or artificial enclosed space 2: an enclosed volume (as the aqueous chamber of the eyeball or the chambers of the heart) 3: a room where a judge transacts business 4: a deliberative or legislative or administrative or judicial assembly; "the upper chamber is the senate" 5: a room used primarily for sleeping [syn: bedroom, sleeping room, bedchamber] v : place in a chamber

Source: *WordNet ® 2.0,* © *2003 Princeton University*

**chamber**

"on the wall," which the Shunammite prepared for the prophet Elisha (2 Kings
4:10), was an upper chamber over the porch through the hall toward the street.
This was the "guest chamber" where entertainments were prepared (Mark 14:14).
There were also "chambers within chambers" (1 Kings 22:25; 2 Kings 9:2). To
enter into a chamber is used metaphorically of prayer and communion with God
(Isa. 26:20). The "chambers of the south" (Job 9:9) are probably the
constelations of the southern hemisphere. The "chambers of imagery", i.e.,
chambers painted with images, as used by Ezekiel (8:12), is an expression
denoting the vision the prophet had of the abominations practised by the Jews
in Jerusalem.

Source: *Easton's 1897 Bible Dictionary*

 closely [Search]

Dictionary   Thesaurus   Web

Home                                                           Premium: Sign up | Login



ADVERTISEMENT

Dictionary - Thesaurus - Web

Get the Most Popular Sites for "closely"

## 2 entries found for *closely*.

ADVERTISEMENT

**close** [P] **Pronunciation Key** (klōs)
*adj.* **clos·er, clos·est**

1. Being near in space or time. See Usage Note at redundancy.
2. Being near in relationship: *close relatives.*
3. Bound by mutual interests, loyalties, or affections; intimate: *close friends.*
4. Having little or no space between elements or parts; tight and compact: *a close weave.*
5. Being near the surface; short: *a close haircut.*
6. Being on the brink of: *close to tears.*
7. Decided by a narrow margin; almost even: *a close election.*
8. Faithful to the original: *a close copy.*
9. Rigorous; thorough: *close attention; close supervision.*
10. Shut; closed.
11. Shut in; enclosed.
12. Confining or narrow; crowded: *close quarters.*
13. Fitting tightly: *close garments.*
14. Lacking fresh air; stuffy: *a close room.*
15. Confined to specific persons or groups: *a close secret.*
16. Strictly confined or guarded: *kept under close custody.*
17. Hidden from view; secluded.
18. Secretive; reticent: *was close about her personal life.*
19. Giving or spending with reluctance; stingy.
20. Not easily acquired; scarce: *Money was close.*
21. *Linguistics.* Pronounced with the tongue near the

palate, as the *ee* in *meet*. Used of vowels.
22. Marked by more rather than less punctuation, especially commas.

*v.* **closed, clos·ing, clos·es** (klōz)
*v. tr.*

1. To move (a door, for example) so that an opening or passage is covered or obstructed; shut.
2. To bar access to: *closed the road for repairs.*
3. To fill or stop up: *closed the cracks with plaster.*
4. To stop the operations of permanently or temporarily: *closed down the factory.*
5. To make unavailable for use: *closed the area to development; closed the database to further changes.*
6. To bring to an end; terminate: *close a letter; close a bank account.*
7. To bring together all the elements or parts of: *Management closed ranks and ostracized the troublemaker.*
8. To join or unite; bring into contact: *close a circuit.*
9. To draw or bind together the edges of: *close a wound.*
10. *Sports.* To modify (one's stance), as in baseball or golf, by turning the body so that the forward shoulder and foot are closer to the intended point of impact with the ball.
11. To complete the final details or negotiations on: *close a deal.*
12. *Archaic.* To enclose on all sides.

*v. intr.*

1. To become shut: *The door closed quietly.*
2. To come to an end; finish: *The book closes on a hopeful note.*
3. To reach an agreement; come to terms.
4. To cease operation: *The shop closes at six.*
5. To be priced or listed at a specified amount when trading ends: *Stocks closed higher on Monday.*
6. 
    a. To engage at close quarters: *closed with the enemy.*
    b. To draw near: *The orbiter closed with the space station in preparation for docking.*
7. To come together: *My arms closed around the little child.*
8. *Baseball.* To finish a game by protecting a lead. Used of relief pitchers.



*n.* (klōz)

1. The act of closing.
2. A conclusion; a finish: *The meeting came to a close.*
3. *Music.* The concluding part of a phrase or theme; a cadence.
4. (klōs) An enclosed place, especially land surrounding or beside a cathedral or other building.
5. (klōs) *Chiefly British.* A narrow way or alley.
6. *Archaic.* A fight at close quarters.

*adv.* **closer, closest** (klōs)

In a close position or manner; closely: *stayed close together.*

***Phrasal Verbs:***
**close in**

1. To seem to be gathering in on all sides: *The problems closed in.*
2. To advance on a target so as to block escape: *The police closed in on the sniper.*
3. To surround so as to make unusable: *The airport was closed in by fog.*

**close out**

1. To dispose of (a line of merchandise) at reduced prices.
2. To terminate, as by selling: *close out a business.*

***Idioms:***
**close to home**

So as to affect one's feelings or interests: *Her comment hit close to home.*

**close to the wind** *Nautical*

At a close angle into the direction from which the wind is blowing: *sailing close to the wind.*

[Middle English `clos`, *closed*, from Old French, from Latin `clausus`, past participle of `claudere`, *to close*. V., from Middle English `closen` from Old French `clore, clos-`, from Latin `claudere`.]

**close′ly** *adv.*

**close′ness** *n.*

**clos′ing** (klō′zĭng) *n.*

> **Synonyms:** *close, immediate, near, nearby, nigh, proximate*
> These adjectives mean not far from another in space, time, or relationship: *an airport close to town; her immediate family; his nearest relative; a nearby library; our nighest neighbor; the proximate neighborhood.* See also synonyms at complete
> **Antonyms:** *far*

[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
Copyright © 2000 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.

**closely**

adv 1: in a close relation or position in time or space; "the onsets were closely timed"; "houses set closely together"; "was closely involved in monitoring daily progress" 2: in a close manner; "the two phenomena are intimately connected"; "the person most nearly concerned" [syn: intimately, nearly] 3: in an attentive manner; "he remained close on his guard" [syn: close, tight]

Source: *WordNet ® 2.0, © 2003 Princeton University*

**Perform a new search**, or try your search for "closely" at:

- Amazon.com - Shop for books, music and more
- HighBeam Research - 32 million documents from leading publications

http://dictionary.reference.com/search?q=closely                                      1/25/2005



define    [Search]

Dictionary  Thesaurus  Web

Home                                            Premium: Sign up | Login

ADVERTISEMENT

Dictionary - Thesaurus - Web

Get the Most Popular Sites for "define"

# 3 entries found for *define*.

ADVERTISEMENT

**de·fine**  Pronunciation Key  (dĭ-fīn')
*v.* **de·fined, de·fin·ing, de·fines**
*v. tr.*

1.
   a. To state the precise meaning of (a word or sense of a word, for example).
   b. To describe the nature or basic qualities of; explain: *define the properties of a new drug; a study that defines people according to their median incomes.*
2.
   a. To delineate the outline or form of: *gentle hills that were defined against the sky.*
   b. To specify distinctly: *define the weapons to be used in limited warfare.*
3. To give form or meaning to: "For him, a life is defined by action" (Jay Parini).

*v. intr.*

To make or write a definition.

[Middle English definen, diffinen, from Old French

definir, diffiner, from Latin dēfīnīre, *to limit, determine* : dē-, *intensive pref.*; see **de-** + fīnis, *boundary, limit*.]

**de·fin'a·bil'i·ty** *n.*

**de·fin'a·ble** *adj.*

**de·fin'a·bly** *adv.*

**de·fine'ment** *n.*

**de·fin'er** *n.*

[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
Copyright © 2000 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.

### define

v 1: give a definition for the meaning of a word; "Define `sadness'" 2: determine the essential quality of [syn: specify, delineate, delimit, delimitate] 3: determine the nature of; "What defines a good wine?" 4: delineate the form or outline of; "The tree was clearly defined by the light"; "The camera could define the smallest object" [syn: delineate]

Source: *WordNet ® 2.0,* © 2003 Princeton University

### define

define: in CancerWEB's On-line Medical Dictionary

Source: *On-line Medical Dictionary,* © 1997-98 Academic Medical Publishing & CancerWEB

Ads by Google

**Puzzle Dictionary Sale**
New & used Puzzle Dictionary. Check out the deals now!
www.eBay.com

**Merriam-Webster's College**
Dictionary 11th edition. Get it Free at Free Gift World.
www.FreeGiftWorld.com

**Free Merriam Websters**
Free Merriam Websters Collegiate Offer Expires Today!
www.getitfree.net

**ERP Information**
Instant info on ERP services Search, compare and research
www.eWoss.com



Who is this actress?

○ Ashley Olsen
○ Lindsay Lohan
○ Hilary Duff

Answer to get $100 FREE!

**Perform a new search, or try your search for "define" at:**

- Amazon.com - Shop for books, music and more
- HighBeam Research - 32 million documents from leading publications
- Merriam-Webster - Search for definitions

http://dictionary.reference.com/search?q=define　　　　　　　　　　　　　　　　1/25/2005

**Dictionary.com**  disconnected  [Search]
● Dictionary ○ Thesaurus ○ Web

Home  Premium: Sign up | Login

Answer to get $100 FREE!
○ Snoop Dogg  ○ Usher  ○ Michael Jackson

ADVERTISEMENT

Dictionary - Thesaurus - Web

Get the Most Popular Sites for "disconnected"

## 3 entries found for *disconnected*.

ADVERTISEMENT

**dis·con·nect**  [P] Pronunciation Key  (dĭs′kə-nĕkt′)
*v.* **dis·con·nect·ed, dis·con·nect·ing, dis·con·nects**
*v. tr.*

1. To sever or interrupt the connection of or between: *disconnected the hose.*
2. *Electricity.* To shut off the current in (an appliance) by removing its connection to a power source.

*v. intr.*

To sever or interrupt a connection.

*n.* (dĭs′kə-nĕkt′)

A lack of connection; a disparity: "There is a cosmic disconnect between what the voters want and what the party of the corporate interests can give them" (Bob Herbert).

**dis′con·nec′tion** *n.*