[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
Copyright © 2000 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.

**dis·con·nect·ed** ⫩ P **Pronunciation Key** (dĭs kə-nĕk tĭd) *adj.*

1.  Not connected; separate or detached.
2.  Marked by unrelated parts; incoherent: *described the accident in a disconnected way.*

**dis con·nect ed·ly** *adv.*

**dis con·nect ed·ness** *n.*

[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
Copyright © 2000 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.

**disconnected**

adj 1: marked by or composed of disconnected parts or sounds; cut short crisply; "staccato applause"; "a staccato command"; "staccato notes" [syn: staccato] [ant: legato] 2: having been divided; having the unity destroyed; "Congress...gave the impression of...a confusing sum of disconnected local forces"-Samuel Lubell; "a league of disunited nations"- E.B.White; "a fragmented coalition"; "a split group" [syn: disunited, fragmented, split] 3: marked by sudden changes in subject and sharp transitions; "abrupt prose" [syn: abrupt] 4: not plugged in or connected to a power source; "the iron is disconnected" 5: lacking orderly continuity; "a confused set of instructions"; "a confused dream about the end of the world"; "disconnected fragments of a story"; "scattered thoughts" [syn: confused, disjointed, disordered, garbled, illogical, scattered, unconnected]

Source: *WordNet ® 2.0, © 2003 Princeton University*

**Perform a new search, or try your search for**

Ads by Google

**Free Merriam Websters**
Free Merriam Websters Collegiate Offer Expires Today!
www.getitfree.net

**Merriam-Webster's College**
Dictionary 11th edition. Get it Free at Free Gift World.
www.FreeGiftWorld.com

**Dictionary Thesaurus**
New & used Dictionary Thesaurus. Check out the deals now! aff
www.ebay.com

**Collegiate Dictionary**
Yahoo! Shopping: Compare & Save Top brands, great stores, low price
Yahoo.com



**All the best search engines piled into one.**

Fetch!

Dogpile.com tracks down the top results from the Web's most popular search engines.

**≋O Dictionary.com**          disposed                    [ Search ]

⦿ Dictionary  ○ Thesaurus  ○ Web

Home                                              Premium: Sign up | Login



ADVERTISEMENT

Dictionary - Thesaurus - Web

Get the Most Popular Sites for "disposed"

# 2 entries found for *disposed*.                    ADVERTISEMENT

**dis·pose** ◁ P **Pronunciation Key** (dĭ-spōz′)
*v.* **dis·posed, dis·pos·ing, dis·pos·es**
*v. tr.*

1. To place or set in a particular order; arrange.
2. To put (business affairs, for example) into correct, definitive, or conclusive form.
3. To put into a willing or receptive frame of mind; incline. See Synonyms at incline.

*v. intr.*

   To settle or decide a matter.

*n. Obsolete*

1. Disposal.
2. Disposition; demeanor.

***Phrasal Verb:***
***dispose of***

1. To attend to; settle: *disposed of the problem quickly.*
2. To transfer or part with, as by giving or selling.
3. To get rid of; throw out.

4. To kill or destroy: *a despot who disposed of all his enemies, real or imagined.*

[Middle English disposen, from Old French disposer, alteration (influenced by poser, *to put, place*), of Latin dispōnere, *to arrange* dis-, *apart*; see dis- + pōnere, *to put*; see apo- in Indo-European Roots.]

**dis·pos´er** *n.*

[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2000 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

**disposed**

adj 1: having made preparations; "prepared to take risks" [syn: disposed(p), fain, inclined(p), prepared] 2: (usually followed by `to') naturally disposed toward; "he is apt to ignore matters he considers unimportant"; "I am not minded to answer any questions" [syn: apt(p), disposed(p), given(p), minded(p), tending(p)]

Source: *WordNet ® 2.0, © 2003 Princeton University*

Ads by Google

**Searching For Dictionary?**
We'll Pay You $300 Right Now For A Quick Dictionary Survey!
HighPaySurveys.com

**Free Laptop**
Get a laptop computer absolutely free. Aff.
www.consumerincentive promotions.com

**Target.com Official Site**
Shop online & Save up to 20%. Treat Yourself to Great Savings at Target
www.target.com

**Free Franklin Dictionary.**
Get your collegiate dictionary free when you complete a no risk offer.
www.everyfreegift.com

*Microsoft*

**Note to self:**

Download a FREE 60-day trial now

OneNote 2003

**Perform a new search, or try your search for "disposed" at:**

- Amazon.com - Shop for books, music and more
- HighBeam Research - 32 million documents from leading publications
- Merriam-Webster - Search for definitions
- Reference.com - Web Search powered by Google
- Thesaurus.com - Search for synonyms and

                   each                          [ Search ]
                            ⦿ Dictionary  ◌ Thesaurus  ◌ Web

Home                                                      Premium: Sign up | Login

Dogpile.com tracks down the top results from the Web's most popular search engir

Search all your favorites at once!          Fetch!        All the best search engines piled into one.
                                                ADVERTISEMENT

Dictionary - Thesaurus - Web

Get the Most Popular Sites for "each"

# 4 entries found for *each*.

ADVERTISEMENT

**each** 🔊 P **Pronunciation Key** (ēch)
*adj.*

> Being one of two or more considered individually;
> every: *Each person cast a vote. My technique
> improved with each lesson.*

*pron.*

> Every one of a group considered individually; each
> one.

*adv.*

> For or to each one; apiece: *ten cents each.*

. . . . . . . . .

[Middle English ech, from Old English ǣlc. See līk- in
Indo-European Roots.]

> *Usage Note:* The traditional rule holds that the
> subject of a sentence beginning with *each* is
> grammatically singular, and the verb and
> following pronouns must be singular

accordingly: *Each of the apartments has* (not *have*) *its* (not *their*) *own private entrance* (not *entrances*). When *each* follows a plural subject, however, the verb and subsequent pronouns remain in the plural: *The apartments each have their own private entrances* (not *has its own private entrance*). But when *each* follows the verb with *we* as its subject, the rule has an exception. One may say either *We boys have each our own room* or *We boys have each his own room,* though the latter form may strike readers as stilted. ·The expression *each and every* is likewise followed by a singular verb and, at least in formal style, by a singular pronoun: *Each and every driver knows* (not *know*) *what his or her* (not *their*) *job is to be.* See Usage Note at every. See Usage Note at they.

[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2000 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

## each

In addition to the idioms beginning with each, also see at each other's throats; made for (each other).

Source: *The American Heritage® Dictionary of Idioms by Christine Ammer.*
*Copyright © 1997 by The Christine Ammer 1992 Trust.*
*Published by Houghton Mifflin Company.*

## each

adj : (used of count nouns) every one considered individually; "each person is mortal"; "each party is welcome" [syn: each (a)] adv : to or from every one of two or more (considered individually); "they received $10 each" [syn: to each one, for each one, from each one, apiece]

Source: *WordNet ® 2.0, © 2003 Princeton University*

## each

Ads by Google

Merriam-Webster's College
Dictionary 11th edition. Get it Free at Free Gift World.
www.FreeGiftWorld.com

Free Merriam Websters
Free Merriam Websters Collegiate Offer Expires Today!
www.getitfree.net

Old English Dictionary
Old English Dictionary for Sale. Check out the deals now! aff
www.ebay.com

Free Franklin Dictionary.
Get your collegiate dictionary free when you complete a no risk offer.
www.everyfreegift.com

Who is this actress?



○ **Ashley Olsen**
○ **Lindsay Lohan**
○ **Hilary Duff**

Answer to get $100 FREE!

 exhaust    Search

⊙ Dictionary  ⚬ Thesaurus  ⚬ Web

Home                                        Premium: Sign up | Login



ADVERTISEMENT

Dictionary - Thesaurus - Web

Get the Most Popular Sites for "exhaust"

# 5 entries found for *exhaust*.

ADVERTISEMENT

**ex·haust** 🔊 🅿 **Pronunciation Key** (ĭg-zôst′)
*v.* **ex·haust·ed, ex·haust·ing, ex·hausts**
*v. tr.*

1. To wear out completely. See Synonyms at tire[1].
2. To drain of resources or properties; deplete: *tobacco crops that exhausted the soil.* See Synonyms at deplete.
3. To use up completely: *exhausted our funds before the month was out.*
4. To treat completely; cover thoroughly: *exhaust a topic.*
5. To draw out the contents of; drain: *exhaust a tank gradually.*
6. To let out or draw off: *exhaust vaporous wastes through a pipe.*

*v. intr.*

To escape or pass out: *Steam exhausts through this valve.*

*n.*

    a.  The escape or release of vaporous waste
         material, as from an engine.
    b.  The fumes or gases so released.
2.  A duct or pipe through which waste material is
    emitted.
3.  An apparatus for drawing out noxious air or waste
    material by means of a partial vacuum.

[Latin exhaurīre, exhaust- : ex-, *ex-* + haurīre, *to draw.*]

**ex·haust′ed·ly** *adv.*

**ex·haust′er** *n.*

**ex·haust′i·bil′i·ty** *n.*

**ex·haust′i·ble** *adj.*

**ex·haust′ing·ly** *adv.*

[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2000 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

Main Entry: **ex·haust**
Function: *transitive verb*
: to use up or consume entirely: as **a** : to try all of (available remedies) <the applicant has *exhausted* the remedies available in the court of the State —*U.S. Code*> **b** : to bring (a claim) through all available prior levels of review <each of his claims would now be *exhausted* —W. Railroad LaFave and J. H. Israel>

Source: *Merriam-Webster Dictionary of Law,* © 1996 *Merriam-Webster, Inc.*

Main Entry: **ex·haust**
Pronunciation: ig-'zost
Function: *transitive verb*
**1 a** : to draw off or let out completely **b** : to empty by drawing off the contents; *specifically* : to create a vacuum in
**2 a** : to use up : consume completely **b** : to tire extremely or completely <*exhausted* by overwork>
**3** : to extract completely with a solvent <*exhaust* a drug successively with water, alcohol, and ether>



Ads by Google

Merriam-Webster's College Dictionary 11th edition. Get it Free at Free Gift World.
www.FreeGiftWorld.com

Free Merriam Websters
Free Merriam Websters Collegiate Offer Expires Today!
www.getitfree.net

Free Laptop
Get a laptop computer absolutely free. Aff.
www.consumerincentive promotions.com

Searching For Dictionary?
We'll Pay You $300 Right Now For A Quick Dictionary Survey!
HighPaySurveys.com

Microsoft

Note to self:

Try it free for 60 days

Download a FREE 60-day trial now

OneNote 2003

Source: *Merriam-Webster Medical Dictionary,* © 2002
*Merriam-Webster, Inc.*

**exhaust**

n 1: gases ejected from an engine as waste products [syn:
exhaust fumes, fumes] 2: system consisting of the parts of an
engine through which burned gases or steam are discharged
[syn: exhaust system] v 1: wear out completely; "This kind of
work exhausts me"; "I'm beat"; "He was all washed up after
the exam" [syn: wash up, beat, tucker, tucker out] 2: use up
(resources or materials); "this car consumes a lot of gas";
"We exhausted our savings"; "They run through 20 bottles of
wine a week" [syn: consume, eat up, use up, eat, deplete, run
through, wipe out] 3: deplete; "exhaust one's savings"; "We
quickly played out our strength" [syn: run down, play out,
sap, tire] 4: use up the whole supply of; "We have exhausted
the food supplies" 5: create a vacuum in (a bulb, flask,
reaction vessel, etc.) [syn: evacuate]

Source: *WordNet* ® *2.0,* © *2003 Princeton University*

**exhaust**

exhaust: in CancerWEB's On-line Medical Dictionary

Source: *On-line Medical Dictionary,* © *1997-98 Academic
Medical Publishing & CancerWEB*

**Perform a new search, or try your search for
"exhaust" at:**

- Amazon.com - Shop for books, music and more
- HighBeam Research - 32 million documents from
  leading publications
- Merriam-Webster - Search for definitions
- Reference.com - Web Search powered by Google
- Thesaurus.com - Search for synonyms and antonyms



ADVERTISEMENT

**Dictionary.com**          gathering          [ Search ]

◉ Dictionary  ○ Thesaurus  ○ Web

Home                                        Premium: Sign up | Login



ADVERTISEMENT

Dictionary - Thesaurus - Web

Get the Most Popular Sites for "gathering"

# 5 entries found for *Gathering*.

ADVERTISEMENT

**gath·er·ing**  ◁ P **Pronunciation Key**  (gătÞ′ər-ĭng)
*n.*

> a. The action of one that gathers.
> b. That which is gathered or amassed; a collection
>    or accumulation.
> 2. An assembly of persons; a meeting.
> 3. The collecting of food that grows wild, such as
>    berries, roots, and grains.
> 4. A gather in cloth.
> 5. A suppurated swelling; a boil or abscess.

[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English
Language, Fourth Edition*
*Copyright © 2000 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.*

**gath·er**  ◁ P **Pronunciation Key**  (gătÞ′ər)
*v.* **gath·ered, gath·er·ing, gath·ers**
*v. tr.*

> 1. To cause to come together; convene: *The teacher
>    gathered the students around the exhibit.*
> 2.
>    a. To accumulate (something) gradually; amass:

> *The top of the bookshelf gathered dust.*
>
>   b.   To harvest or pick: *gather flowers; gather wild foods.*

3.   To gain by a process of gradual increase: *gather speed.*
4.   To collect into one place; assemble.
5.   To pick up and enfold: *gathered the kittens into her arms.*
6.   *Printing.* To arrange (signatures) in sequence for bookbinding.
7.
>   a.   To draw into small folds or puckers, as by pulling a thread through cloth.
>   b.   To contract and wrinkle (the brow).
8.   To draw about or bring (one thing) closer to something else: *gathered the shawl about my shoulders.*
9.   To conclude; infer: *I gather that a decision has not been reached.*
10.  To summon up; muster: *gathered up his courage.*
11.  To attract or be a center of attraction for: *The parade gathered a large crowd.*

*v. intr.*

1.   To come together in a group; assemble: *A crowd gathered in the lobby.*
2.   To accumulate: *Dark clouds are gathering.*
3.   To grow or increase by degrees.
4.   To come to a head, as a boil; fester.
5.   To forage for wild foodstuffs.

*n.*

>   a.   The act or an instance of gathering.
>   b.   A quantity gathered.
2.   A small fold or pucker made by gathering cloth.

[Middle English getheren, gaderen, from Old English gadrian. See ghedh- in Indo-European Roots.]

**gath´er·er** *n.*

**Synonyms:** *gather, collect,* ¹*assemble,*



Ads by Google

**Convert Assembler to C**
Relogix converts assembler source to natural, maintainable C
www.microapi.co.uk

**Hire a Programmer**
Java, C, C++, .Net, C# and more Our Coders are here to help
www.kasamba.com

**Assemble Furniture**
Find, Compare and Buy Furniture! Shop and Save from 1000's of Stores
www.Shopping.com

**Assembly Language**
Huge Selection of Merchants Compare & Find the Lowest Rate!
www.bottomdollar.com

**Microsoft**

**Note to self:**

Download a FREE 60-day trial now

OneNote 2003

*congregate, accumulate, amass*
These verbs mean to bring or come together in a group or aggregate. *Gather* is the most widely applicable: *I gathered sticks for the fire. Clouds gathered in the evening sky. Collect* frequently refers to the careful selection of like or related things that become part of an organized whole: *She collects stamps as a hobby. Tears collected in his eyes. Assemble* implies a definite and usually close relationship. With respect to persons, the term suggests convening out of common interest or purpose: *Assembling an able staff was more difficult than expected. The reporters assembled for the press conference.* With respect to things, *assemble* implies gathering and fitting together components: *The curator is assembling an interesting exhibit of Stone Age artifacts. Congregate* refers chiefly to the coming together of a large number of persons or animals: *The students congregated after class to compare notes. Accumulate* applies to the increase of like or related things over an extended period: *They accumulated enough capital to invest. Old newspapers accumulated in the basement. Amass* refers to the collection or accumulation of things, often valuable things, to form an imposing quantity: *Their families had amassed great fortunes. Rocks had amassed at the bottom of the glacier.* See also synonyms at reap

[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2000 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

Main Entry: **gath·er·ing**
Function: *noun*
: a suppurating swelling : ABSCESS

Source: *Merriam-Webster Medical Dictionary, © 2002 Merriam-Webster, Inc.*

**Gathering**

adj : accumulating and becoming more intense; "the deepening gloom"; "felt a deepening love"; "the gathering darkness"; "the thickening dusk" [syn: deepening(a),

# 2 entries found for *outer.*

out·er    ( P )  __Pronunciation Key__  (ou´tər)
*adj.*
1.  Located on the outside; external.
2.  Farther than another from the center or middle.
3.  Relating to the body or its appearance rather than the mind or spirit.

[Download or Buy Now]

Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2000 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

outer

adj 1: being on the outside or further from a center; "spent hours adorning the outer man"; "the outer suburbs" [syn: outer(a)] [ant: inner(a)] 2: located outside; "outer reality" 3: being on or toward the outside of the body; "the outer ear"

Source: *WordNet ® 2.0, © 2003 Princeton University*

ADVERTISEMENT

varb num = new Number(M at h. ff o or (9 9 9 9 9 9 9 * M at

**≡O Dictionary.com**

periphery                    [ Search ]

• Dictionary   ○ Thesaurus   ○ Web

Home                                          Premium: Sign up | Login

Answer to get $100 FREE !

⌒ **Snoop Dogg**        ⌒ **Usher**        ⌒ **Michael Jackson**

ADVERTISEMENT

Dictionary - Thesaurus - Web

Get the Most Popular Sites for "periphery"

# 5 entries found for *periphery*.

ADVERTISEMENT

**pe·riph·er·y** ⌕ 🔊 Pronunciation Key (pə-rĭf′ə-rē)
*n. pl.* **pe·riph·er·ies**

1. A line that forms the boundary of an area; a perimeter.
   See Synonyms at circumference.
2. The surface of a solid.
3.
   a. The outermost part or region within a precise boundary.
   b. A zone constituting an imprecise boundary.

[Middle English periferie, from Medieval Latin periferia, from Late Latin peripherīa, from Greek periphereia, from peripherēs, *carrying around* : peri-, *peri-* + pherein, *to carry*; see bher-¹ in Indo-European Roots.]

[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
Copyright © 2000 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.

**pe·riph·er·y** (pə-rĭf′ə-rē)
*n.*

1.  The outermost part or region within a precise boundary; the part away from center.
2.  The outer surface of a solid.

Source: *The American Heritage® Stedman's Medical Dictionary*
*Copyright © 2002, 2001, 1995 by Houghton Mifflin Company. Published by Houghton Mifflin Company.*

Main Entry: **pe·riph·ery**
Pronunciation: `p&-'rif-(&-)rE`
Function: *noun*
Inflected Form: *plural* **-er·ies**
**1** : the outward bounds of something as distinguished from its internal regions or center
**2** : the regions (as the sense organs, the muscles, or the viscera) in which nerves terminate

Source: *Merriam-Webster Medical Dictionary, © 2002 Merriam-Webster, Inc.*

**periphery**

n : the outside boundary or surface of something [syn: fringe, outer boundary]

Source: *WordNet ® 2.0, © 2003 Princeton University*

**periphery**

periphery: in CancerWEB's On-line Medical Dictionary

Source: *On-line Medical Dictionary, © 1997-98 Academic Medical Publishing & CancerWEB*

Ads by Google

**Free Merriam Websters**
Free Merriam Websters Collegiate Offer Expires Today!
www.getitfree.net

**Merriam-Webster's College**
Dictionary 11th edition. Get it Free at Free Gift World.
www.FreeGiftWorld.com

**Searching For Dictionary?**
We'll Pay You $300 Right Now For A Quick Dictionary Survey!
HighPaySurveys.com

**Dictionary Thesaurus**
New & used Dictionary Thesaurus. Check out the deals now! aff
www.ebay.com

**Who is this actress?**



○ **Ashley Olsen**
○ **Lindsay Lohan**
○ **Hilary Duff**

**Answer to get $100 FREE!**

**Perform a new search, or try your search for "periphery" at:**

*   Amazon.com - Shop for books, music and more

 region    [ Search ]

&#9673; Dictionary  &#9675; Thesaurus  &#9675; Web

Home

Premium: Sign up | Login



*Microsoft*

**Note to self:**   *Try it free for 60 days "*



**OneNote**

Download a FREE 60-day trial

ADVERTISEMENT

Dictionary - Thesaurus - Web

Get the Most Popular Sites for "region"

# 7 entries found for *region*.

ADVERTISEMENT

**re·gion**  [ P ] **Pronunciation Key**  (rē'jən)
*n.*

1. A large, usually continuous segment of a surface or space; area.
2. A large, indefinite portion of the earth's surface.
3. A specified district or territory.
4. An area of interest or activity; a sphere.
5. *Ecology.* A part of the earth characterized by distinctive animal or plant life.
6. An area of the body having natural or arbitrarily assigned boundaries: *the abdominal region.*

[Middle English, from Old French, from Latin regiō, regiōn-, from *regere*, *to rule*. See reg- in Indo-European Roots.]

[Download or Buy Now]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2000 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

**region**

Case 3:03-cv-00098-AVC     Document 47-5     Filed 03/01/2005     Page 16 of 17

see in the neighborhood (region) of.

Source: *The American Heritage® Dictionary of Idioms by Christine Ammer.*
*Copyright © 1997 by The Christine Ammer 1992 Trust.*
*Published by Houghton Mifflin Company.*

**re·gion** (rē'jən)
*n.*

1. An area of the body having natural or arbitrary boundaries.
2. A portion of the body having a special nervous or vascular supply.
3. A part of an organ with a special function.

Source: *The American Heritage® Stedman's Medical Dictionary*
*Copyright © 2002, 2001, 1995 by Houghton Mifflin Company. Published by Houghton Mifflin Company.*

Main Entry: **re·gion**
Pronunciation: 'rE-jən
Function: *noun*
**1 :** any of the major subdivisions into which the body or one of its parts is divisible <the nine *regions* of the abdomen>
**2 :** an indefinite area surrounding a specified body part <a pain in the *region* of the heart>

Source: *Merriam-Webster Medical Dictionary,* © 2002
*Merriam-Webster, Inc.*

**region**

n 1: the extended spatial location of something; "the farming regions of France"; "religions in all parts of the world"; "regions of outer space" [syn: part] 2: a part of an animal that has a special function or is supplied by a given artery or nerve; "in the abdominal region" [syn: area] 3: a large indefinite location on the surface of the Earth; "penguins inhabit the polar regions" 4: the approximate amount of something (usually used prepositionally as in `in the region of'); "it was going to take in the region of two or three months to finish the job"; "the price is in the neighborhood of $100" [syn: neighborhood] 5: a knowledge domain that you are interested in or are communicating about; "it was a



Ads by Google

**free online dictionary**
Free Merriam
Websters
Collegiate Offer
Expires Today!
www.getitfree.net

**SHOP.COM**
600+ Popular
Stores - One
Website & One
Simple Checkout -
Shop Now!
SHOP.COM

**Free Laptop**
Get a laptop
computer
absolutely free. Aff.
www.consumerincentive
promotions.com

**Medical Information**
Resources and
News By
Physicians for You
PatientLinx.com

*Microsoft*

**Note to self:**

Try it
free for
60 day

Download a FREE
60-day trial now

OneNote 2003

# 5 entries found for *separate.*

sep·a·rate ◁)) ( P )  **Pronunciation Key**  (sĕp'ə-rāt')
*v.* sep·a·rat·ed, sep·a·rat·ing, sep·a·rates
*v. tr.*
1.
   1. To set or keep apart; disunite.
   2. To space apart; scatter: *small farms that were separated one from another by miles of open land.*
   3. To sort: *separate mail by postal zones.*

2. To differentiate or discriminate between; distinguish: *a researcher who separated the various ethnic components of the population sample.*
3. To remove from a mixture or combination; isolate.
4. To part (a couple), often by decree: *She was separated from her husband last year.*
5. To terminate a contractual relationship, as military service, with; discharge.

*v. intr.*
1. To come apart.
2. To withdraw: *The state threatened to separate from the Union.*
3. To part company; disperse.
4. To stop living together as spouses.
5. To become divided into components or parts: *Oil and water tend to separate.*

*adj.* (sĕp'ər-ĭt, sĕp'rĭt)
1. Set or kept apart; disunited: *Libraries often have a separate section for reference books.*
2.
   1. Existing as an independent entity.
   2. often **Separate** Having undergone schism or estrangement from a parent body: *Separate churches.*

3. Dissimilar from all others; distinct: "a policeman's way of being separate from you even when he was being nice" (John le Carré).
4. Not shared; individual: *two people who held separate views on the issue.*
5. *Archaic.* Withdrawn from others; solitary.

*n.* (sĕp'ər-ĭt, sĕp'rĭt)
   A garment, such as a skirt, jacket, or pair of slacks, that may be purchased separately and worn in various combinations with other garments.

[Middle English separaten, from Latin sēparātus, past participle of sēparāre : sē-, apart; see s(w)e- in Indo-European Roots + parāre, *to prepare*; see perə-¹ in Indo-European Roots.]

ADVERTISEMENT

various
numbers
New Numbers
Mat h.
f
o
or
(9
9
9
9
9
9
9
9
9
*
Mat