IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2005 JUL 26 A 11: 32

---

JOHNSON ELECTRIC INDUSTRIAL
MANUFACTORY, LTD. and JOHNSON
ELECTRIC NORTH AMERICA, INC.,

Plaintiffs,

- v -

AMETEK, INC.,

Defendant.

Index No.: 03CV0098(AVC)

**STIPULATION AND PROPOSED ORDER REVISING AMENDED SCHEDULING ORDER DATED NOVEMBER 19, 2004**

---

WHEREAS, on June 14, 2005, the Court held a *Markman* hearing; and,

WHEREAS, as of the date this stipulation, the Order resolving issues raised at said hearing is pending; and,

WHEREAS, expert reports and the conclusion of discovery are dependent upon the resolution of issues raised at said hearing;

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties hereto, that: all dates in the Amended Scheduling Order previously entered herein on November 19, 2004 are hereby amended to provide that said dates be extended as follows:

1. On or before **November 1, 2005,** the plaintiffs and counter-claim plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts, and depositions of any such experts shall be completed by **March 6, 2006.**

472436 007171.0103

---

[Margin annotation, sideways:] 3:03CV98(AVC) July 26, 2005. The court construes the stipulation as a motion to extend the scheduling deadlines. The motion is GRANTED as set forth in the scheduling order issued this day. SO ORDERED.

Alfred V. Covello, U.S.D.J.

2. On or before **November 30, 2005**, the defendant and counterclaim defendants shall designate all trial experts and provide opposing counsel with reports from retained experts, and depositions of such experts shall be completed by **March 6, 2006**.

3. On or before **January 20, 2006**, all motions, except motions in limine incident to trial, shall be filed.

4. The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on **January 30, 2006**.

5. The case shall be ready for trial by **March 6, 2006**.

Dated: July 21, 2005
New York, New York

Respectfully submitted,

_____
Stephen Norman Weiss
(CT Fed. Bar No. CT 12717)
Gregory Fleesler
(CT Fed. Bar No. CT 24491)
MOSES & SINGER, LLP
1301 Avenue of the Americas
New York, New York 10019
Tel.: (212) 554-7800
Fax: (212) 554-7700

Edmund J. Ferdinand, III
(CT Fed. Bar. No. CT 21287)
GRIMES & BATTERSBY, LLP
488 Main Street 3rd floor
Norwalk, CT 06851
Tel.: (203) 849-8300
Fax: (203) 849-9300

*Attorneys for Plaintiffs/Counterclaim Defendants Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.*

_____
Ray L Weber
(CT Fed. Bar No. CT 02148)
Renner, Kenner, Greive, Bobak, Taylor & Weber
Fourth Floor, First National Tower
Akron, OH 44308
Tel: (330) 376-1242
Fax: (330) 376-9646

Ben A. Solnit
(CT Fed. Bar No. CT 00292)
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510
Tel: (203) 784-8205
Fax: (203) 777-1181

*Attorneys for Defendants/Counterclaim Plaintiffs Ametek, Inc.*

So Ordered:    .

_____
Hon. Alfred V. Covello, U.S.D.J.

472436  007171.0103                              3