IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2005 JUL 26  A II: 32

JOHNSON ELECTRIC INDUSTRIAL
MANUFACTORY, LTD. and JOHNSON
ELECTRIC NORTH AMERICA, INC.,

                    Plaintiffs,

- v -

AMETEK, INC.,

                    Defendant.

Index No.:  03CV0098(AVC)

**STIPULATION AND PROPOSED ORDER
REVISING AMENDED SCHEDULING
ORDER DATED NOVEMBER 19, 2004**

WHEREAS, on June 14, 2005, the Court held a *Markman* hearing; and,

WHEREAS, as of the date this stipulation, the Order resolving issues raised at said hearing is pending; and,

WHEREAS, expert reports and the conclusion of discovery are dependent upon the resolution of issues raised at said hearing;

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties hereto, that: all dates in the Amended Scheduling Order previously entered herein on November 19, 2004, are hereby amended to provide that said dates be extended as follows:

1. On or before **November 1, 2005**, the plaintiffs and counter-claim plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts, and depositions of any such experts shall be completed by **March 6, 2006**.

472436  007171.0103

The court construes the stipulation as a motion to extend the scheduling order issued this day. The motion is GRANTED as set forth in the scheduling order issued this day.

Alfred V. Covello, U.S.D.J.

3:03CV98(AVC) July 26, 2005. The court construes the stipulation as a motion to extend the scheduling deadlines. The motion is GRANTED as set forth in the scheduling order issued this day. SO ORDERED.