**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOHNSON ELECTRIC INDUSTRIAL       :
MANUFACTURING, LTD. and           :
JOHNSON ELECTRIC NORTH            :
AMERICA, INC.,                    :
  Plaintiffs,                     : Civil No. 3:03CV0098(AVC)
                                  :
vs.                               :
                                  :
AMETEK, INC.,                     :
  Defendant.                      :

**AMENDED SCHEDULING ORDER**

1.   On or before November 1, 2005, the plaintiffs and counter-claim plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts, and depositions of any such experts shall be completed by February 28, 2005.

2.   On or before November 30, 2005, the defendant and counter-claim defendants shall designate all trial experts and provide opposing counsel with reports from retained experts, and depositions of such experts shall be completed by February 28, 2005.

3.   On or before December 30, 2005, all motions, except motions in limine incident to trial, shall be filed.

4.   The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on January 31, 2006.

5.   The case shall be ready for trial by March 6, 2006.


It is so ordered, this 26th day of July, 2006, at

Hartford, Connecticut.


              _____/s/_____
              Alfred V. Covello
              United States District Judge