**U.S. Patent**    Oct. 30, 2001    Sheet 3 of 4    US 6,309,180 B1



FIG.-4

FIG.-5

FIG.-6***

EXHIBIT 1    Figs. 4,5,6. '180 Patent

    *** The court has deleted some of the numerical markings on Figure 6
        that are not useful for the purposes of this ruling

41=corners
36=vanes
25=air guides



**FIG.3A**

Exhibit 2: Fig. 3A "Havens Patent" Prior Art

U.S. Patent        Aug. 27, 2002        Sheet 1 of 6        US 6,439,843 B1

24: Diffuser End Bracket
26: Working Air Fan
52: Vane
86: Exhaust Region
84: Exhaust Ports
56: Leading Ends of Vanes
38: Sloping Shoulder
58: Trailing Ends of Vanes

68: Gathering Chamber
98: Shroud Ports



FIG.-I

Exhibit 3: '843 Patent

**U.S. Patent**          Dec. 26, 2000          Sheet 1 of 2          **6,166,462**



FIG.-1

24= end bracket
(part of the
diffuser)

FIG.-2

FIG.-3

FIG.-4          FIG.-5

52=exhaust aperture
46=intake
eyelet

Exhibit 4:  '462 Patent,Prior Art

(4)                          特開平6−123297

【図1】                                    【図2】

〈A〉                                            End Bracket (2)
                                               Vane (9)

                                               Vane  (9)

                                               End Bracket (2)

〈B〉

【図4】

〈A〉

【図5】

〈B〉

Exhibit 5: Japanese Patent, Prior Art