IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2005 NOV -8  A 9: 55

| | |
|---|---|
| JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY, LTD. and JOHNSON ELECTRIC NORTH AMERICA, INC.,<br><br>Plaintiffs,<br><br>- v -<br><br>AMETEK, INC.,<br><br>Defendant. | Index No.: 03CV0098(AVC)<br><br>**STIPULATION AND PROPOSED ORDER REVISING AMENDED SCHEDULING ORDER DATED JULY 26, 2005** |

WHEREAS, in compliance with the Amended Scheduling Order entered July 26, 2006, the plaintiffs and counter-claim plaintiff have served expert reports for retained experts and have designated all trial experts; and,

WHEREAS, said Amended Scheduling Order further provides that on or before November 30, 2005 the defendant and counter claim-defendants may serve expert reports for retained experts and designate all trial experts; and,

WHEREAS, said Amended Scheduling Order further provides that dispositive motions must be filed on or before December 30, 2005, but that depositions of experts shall be completed two months after the dispositive motions are filed; and,

WHEREAS, said Amended Scheduling Order further provides that the pretrial order is to be issued before dispositive motions are submitted and decided and before expert depositions have been completed; and,

489115  007171.0103

WHEREAS, the instant litigation concerns patent infringement and contract disputes relating to two different types of vacuum cleaner motors. The first such motor is known as a "through-flow motor", and involves a licensing agreement, two U.S. patents, and six foreign patents and the second such motor is known as a "by-pass" motor and involves three U.S. patents; and,

WHEREAS the parties have conferred and, now submit, respectfully, that expert depositions should be completed before dispositive motions are due, and that the pretrial order and subsequent pretrial submissions should not be due until after resolution of said dispositive motions; therefore,

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties, and subject to this Court's approval, that all dates in the Amended Scheduling Order subsequent to the event of November 30, 2005, (the defendant's and counterclaim defendants' expert designation and report exchanges), be revised as follows:

1. Depositions of all experts shall be completed by February 28, 2006;

2. On or before April 30, 2006 all motions, except motions in limine incident to trial, shall be filed; and

3. The pretrial order pursuant to Local Rules of Civil Procedure, Rule 16(d), shall issue with or subsequent to adjudication of dispositive motions.

IT IS HEREBY FURTHER STIPULATED AND AGREED, subject to this Court's approval, that the parties may file two separate dispositive motions, one concerning the causes of action relating to the "through-flow" motors (including the license and to the two U.S. and six foreign patents relating thereto) and the other concerning the "by-pass" motors (including the

three U.S. patents relating thereto).

Dated: November 7, 2005
New York, New York

Respectfully submitted,

*signature*
Stephen Norman Weiss
(CT Fed. Bar No. CT 12717)
Gregory Fleesler
(CT Fed. Bar No. CT 24491)
MOSES & SINGER, LLP
1301 Avenue of the Americas
New York, New York 10019
Tel.: (212) 554-7800
Fax: (212) 554-7700

Edmund J. Ferdinand, III
(CT Fed. Bar. No. CT 21287)
GRIMES & BATTERSBY, LLP
488 Main Street 3rd floor
Norwalk, CT 06851
Tel.: (203) 849-8300
Fax: (203) 849-9300

*Attorneys for Plaintiffs/Counterclaim Defendants Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.*

*signature*
Ray L Weber
(CT Fed. Bar No. CT 02148)
Renner, Kenner, Greive, Bobak, Taylor & Weber
Fourth Floor, First National Tower
Akron, OH 44308
Tel: (330) 376-1242
Fax: (330) 376-9646

Ben A. Solnit
(CT Fed. Bar No. CT 00292)
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510
Tel: (203) 784-8205
Fax: (203) 777-1181

*Attorneys for Defendant/Counterclaim Plaintiff Ametek, Inc.*

So Ordered:

_____
Hon. Alfred V. Covello, U.S.D.J.

489115 007171.0103

3