

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Index No.: 03CV0098(AVC)

---

JOHNSON ELECTRIC INDUSTRIAL
MANUFACTORY, LTD. and JOHNSON
ELECTRIC NORTH AMERICA, INC.,

Plaintiffs,

- v -

AMETEK, INC.,

Defendant.

---

**STIPULATION AND PROPOSED ORDER
REVISING AMENDED SCHEDULING
ORDER DATED JULY 26, 2005**

---

WHEREAS, in compliance with the Amended Scheduling Order entered July 26, 2006,
the plaintiffs and counter-claim plaintiff have served expert reports for retained experts and have
designated all trial experts; and,

WHEREAS, said Amended Scheduling Order further provides that on or before
November 30, 2005 the defendant and counter claim-defendants may serve expert reports for
retained experts and designate all trial experts; and,

WHEREAS, said Amended Scheduling Order further provides that dispositive motions
must be filed on or before December 30, 2005, but that depositions of experts shall be completed
two months after the dispositive motions are filed; and,

WHEREAS, said Amended Scheduling Order further provides that the pretrial order is to

3:03CV98(AVC) November 10, 2005. The motion is GRANTED. The amended scheduling
order (document no. 56) shall be revised in accordance with the dates set forth in
the within motion. Furthermore, the parties are granted leave to file two separate
dispositive motions, one concerning the causes of action relating to the "through-
flow" motors and the other concerning the "by-pass" motors.

SO ORDERED.

Alfred V. Covello, U.S.D.J.