UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Johnson Electric Industrial Manufacturing, Ltd. et al.<br><br>    Plaintiffs<br>v.<br><br>Ametek, Inc.<br><br>    Defendant | )<br>)<br>)  Civil Action No: 303CV0098AVC<br>)<br>)<br>)<br>)<br>)<br>)<br>)  May 1, 2006 |

**AMETEK'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING INFRINGEMENT AND VALIDITY OF U.S. Patent 6,695,580**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant, Ametek, Inc., respectfully moves this Court for partial summary judgment regarding the infringement and validity of its patent 6,695,580 ("the '580 patent"). As set forth in the accompanying Memorandum of Law, Ametek is entitled to judgment as a matter of law that the Johnson U82 Bypass Motor infringes claims 1 and 2 of the '580 patent and that such patent is not invalid under the doctrine of double patenting.

*[signature]*
Ben A. Solnit (CT00292)
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510
Tel: 203-784-8205
Fax: 203-777-1181
bsolnit@tylercooper.com

**ORAL ARGUMENT IS REQUESTED**

Ray L. Weber (CT02148)
Renner, Kenner, Greive, Bobak,
Taylor & Weber
Fourth Floor, First National Tower
Akron, Ohio 44308
(330) 376-1242
(330) 376-9646
rlweber@rennerkenner.com

## CERTIFICATE OF SERVICE

A true copy of the foregoing **AMETEK'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING INFRINGEMENT AND VALIDITY OF U.S. Patent 6,695,580** was served upon the following this 1st day of May, 2006, as indicated:

Edmund J. Ferdinand, III (203) 849-9300
Grimes & Battersby, LLP                    (first class mail)
488 Main Ave., Third Floor
Norwalk, CT 06851

Stephen N. Weiss (212) 554-7700
Moses & Singer LLP                         (overnight mail)
405 Lexington Ave.
The Chrysler Building
New York, NY 10174

_____
Ben A. Solnit (CT00292)