**EXHIBIT A**

US006695580B2

## (12) United States Patent
### Finkenbinder

(10) Patent No.: US 6,695,580 B2
(45) Date of Patent: Feb. 24, 2004

(54) **MOTOR/FAN ASSEMBLY HAVING A RADIAL DIFFUSER BYPASS**

(75) Inventor: **David B. Finkenbinder**, Ravenna, OH (US)

(73) Assignee: **Ametek, Inc.**, Kent, OH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/177,219**

(22) Filed: **Jun. 21, 2002**

(65) **Prior Publication Data**

US 2002/0159887 A1 Oct. 31, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/714,088, filed on Nov. 16, 2000, now Pat. No. 6,439,843.

(51) Int. Cl.⁷ ............................................. F04D 29/44
(52) U.S. Cl. .................................. 415/208.3; 415/211.1
(58) Field of Search .......................... 415/172.1, 208.2, 415/208.3, 211.1, 211.2, 226, 206, 224.5, 228; 417/423.1, 423.14

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,524,899 A | 2/1925 | Wise et al. |
| 1,525,884 A | 2/1925 | Plummer |
| 2,013,499 A | 9/1935 | Meckenstock |
| 2,023,259 A | 12/1935 | Anderson |
| 2,247,890 A | 7/1941 | Reardon |
| 2,286,993 A | 6/1942 | Naul |
| 2,726,807 A | 12/1955 | Lewis |
| 2,822,122 A | 2/1958 | Cole |
| 2,869,471 A | 1/1959 | Copeland |
| 2,875,947 A | 3/1959 | Bradley |
| 2,888,192 A | 5/1959 | Cole et al. |
| 3,592,566 A | 7/1971 | Beardslee |
| 3,749,956 A | 7/1973 | Riess |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 164576 | 8/1904 | |
| DE | 2604133 | 8/1976 | |
| DE | 3802890 A1 | 8/1989 | |
| EP | 0 023 609 A1 | 7/1980 | |
| EP | 167873 A1 | 1/1986 | |
| EP | 0 552 978 A2 | 1/1993 | |
| GB | 757870 A | 9/1956 | |
| JP | 54-40311 | 3/1979 | |
| JP | 57-108499 | 7/1982 | |
| JP | 59-74397 | 4/1984 | |
| JP | 60-153498 | 8/1985 | |
| JP | 60-233397 | * 11/1985 | ............ 415/208.3 |
| JP | 62-166747 | 7/1987 | |

(List continued on next page.)

Primary Examiner—Christopher Verdier
(74) Attorney, Agent, or Firm—Renner, Kenner, Greive, Bobak, Taylor & Weber

(57) **ABSTRACT**

A bypass motor assembly includes a motor having a rotatable shaft, a working air fan secured to the rotatable shaft and a shroud having an intake eyelet and at least one exhaust apertures. The assembly includes an end bracket having a shaft hole through which the shaft extends. The end bracket and the shroud partially enclose the working air fan, wherein rotation of the working air fan draws air in through the intake eyelet and pushes the air through the plurality of exhaust apertures, the end bracket having a plurality of vanes that form a fan chamber that receives the working air fan such that air expelled by the working air fan is efficiently re-directed by the vanes toward the exhaust aperture. An air intake seal can be disposed between the shroud and the working air fan to further enhance the working air flow.

**2 Claims, 6 Drawing Sheets**



## US 6,695,580 B2
Page 2

| U.S. PATENT DOCUMENTS | | | FOREIGN PATENT DOCUMENTS | | |
|---|---|---|---|---|---|
| 3,779,667 A | 12/1973 | Johnson | JP | 63-109300 | 5/1988 |
| 4,057,370 A | 11/1977 | Numata et al. | JP | 3-018699 | 1/1991 |
| 4,128,778 A | 12/1978 | Merkle et al. | JP | 3-023399 | 1/1991 |
| 4,552,518 A | 11/1985 | Utter | JP | 03-105099 | 5/1991 |
| 4,669,952 A | 6/1987 | Forsyth, III et al. | JP | 3-138492 | 6/1991 |
| 4,679,990 A | 7/1987 | Yamaura et al. | JP | 4-164199 | 6/1992 |
| 4,767,285 A | 8/1988 | Jyoraku et al. | JP | 4-187898 | 7/1992 |
| 4,808,090 A | 2/1989 | Evans | JP | 5-302594 | 11/1993 |
| 4,908,538 A | 3/1990 | Geberth, Jr. | JP | 6-123297 | 5/1994 |
| 5,296,769 A | 3/1994 | Havens et al. | SU | 806905 | 3/1981 |
| 5,394,041 A | 2/1995 | Oberdorfer-Bogel | SU | 1252556 | 8/1986 |
| 5,734,214 A | 3/1998 | Gilliland et al. | SU | 1272006 | 11/1986 |
| 6,166,462 A | 12/2000 | Finkenbinder et al. | | | |
| 6,439,843 B1 * | 8/2002 | Finkenbinder ........... 415/208.3 | * cited by examiner | | |

**U.S. Patent**　　Feb. 24, 2004　　Sheet 1 of 6　　US 6,695,580 B2



FIG.-1

U.S. Patent    Feb. 24, 2004    Sheet 2 of 6    US 6,695,580 B2



FIG.-2



FIG.-3



FIG.-4