**EXHIBIT B**

US006439843B1

## (12) United States Patent
Finkenbinder

(10) Patent No.: US 6,439,843 B1
(45) Date of Patent: Aug. 27, 2002

(54) **MOTOR/FAN ASSEMBLY HAVING A RADIAL DIFFUSER BYPASS**

(75) Inventor: **David B. Finkenbinder**, Ravenna, OH (US)

(73) Assignee: **Ametek, Inc.**, Kent, OH (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/714,088

(22) Filed: **Nov. 16, 2000**

(51) Int. Cl.$^7$ ............................ F04D 29/16; F01D 1/02; F01D 9/00
(52) U.S. Cl. ............... **415/172.1**; 415/206; 415/208.3; 415/211.2; 415/211.1; 415/226
(58) Field of Search .................. 415/172.1, 208.2, 415/208.3, 211.1, 211.2, 226, 206, 224.5, 228

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,524,899 A | 2/1925 | Wise et al. |
| 1,525,884 A * | 2/1925 | Plummer ................ 415/172.1 |
| 2,013,499 A * | 9/1935 | Neckenstock ......... 415/172.1 X |
| 2,023,259 A | 12/1935 | Anderson |
| 2,247,890 A | 7/1941 | Reardon |
| 2,286,993 A | 6/1942 | Naul |
| 2,822,122 A | 2/1958 | Cole |
| 2,869,471 A * | 1/1959 | Copeland ................ 415/172.1 |
| 2,875,947 A | 3/1959 | Bradley |
| 3,592,566 A | 7/1971 | Beardslee |
| 3,749,956 A | 7/1973 | Riess |
| 3,779,667 A * | 12/1973 | Johnson ................. 415/172.1 |
| 4,057,370 A | 11/1977 | Numata et al. |
| 4,128,778 A | 12/1978 | Merkle et al. |
| 4,552,518 A | 11/1985 | Utter |
| 4,679,990 A | 7/1987 | Yamaura et al. ....... 415/119 X |
| 4,767,285 A | 8/1988 | Jyoraku et al. ....... 415/208.3 X |
| 4,808,090 A * | 2/1989 | Evans ................... 415/211.1 X |
| 4,908,538 A | 3/1990 | Geberth, Jr. ........... 310/59 |
| 5,296,769 A | 3/1994 | Havens et al. ......... 415/211.2 X |
| 6,166,462 A * | 12/2000 | Finkenbinder et al. ... 415/211.2 X |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 164576 * | 8/1904 | .............. 415/172.1 |
| DE | 2604133 * | 8/1976 | .............. 415/172.1 |
| DE | 3802890 A1 | 8/1989 | |
| EP | 0 023 609 A1 | 7/1980 | |
| EP | 167837 A1 * | 1/1986 | .............. 415/172.1 |
| EP | 0 552 978 A2 | 1/1993 | |
| GB | 757870 A * | 9/1956 | .............. 415/172.1 |
| JP | 54-40311 * | 3/1979 | .............. 415/172.1 |
| JP | 57-108499 | 7/1982 | |
| JP | 59-74397 * | 4/1984 | .............. 415/208.2 |
| JP | 60-153498 | 8/1985 | |
| JP | 62-166747 | 7/1987 | |
| JP | 63-109300 | 5/1988 | |
| JP | 03-105099 | 5/1991 | |
| JP | 3138492 | 6/1991 | |
| JP | 4-187898 * | 7/1992 | .............. 415/172.1 |
| JP | 5-302594 * | 11/1993 | .............. 415/208.2 |
| JP | 6123297 | 5/1994 | |
| RU | 806905 * | 3/1981 | .............. 415/172.1 |
| RU | 125556 A1 * | 8/1986 | .............. 415/172.1 |
| RU | 127006 A1 * | 11/1986 | ............... 415/172 |

* cited by examiner

*Primary Examiner*—John E. Ryznic
(74) *Attorney, Agent, or Firm*—Renner, Kenner, Greive, Bobak, Taylor & Weber

(57) **ABSTRACT**

A bypass motor assembly includes a motor having a rotatable shaft, a working air fan secured to the rotatable shaft and a shroud having an intake eyelet and at least one exhaust apertures. The assembly includes an end bracket having a shaft hole through which the shaft extends. The end bracket and the shroud partially enclose the working air fan, wherein rotation of the working air fan draws air in through the intake eyelet and pushes the air through the plurality of exhaust apertures, the end bracket having a plurality of vanes that form a fan chamber that receives the working air fan such that air expelled by the working air fan is efficiently re-directed by the vanes toward the exhaust aperture. An air intake seal can be disposed between the shroud and the working air fan to further enhance the working air flow.

**24 Claims, 6 Drawing Sheets**



**U.S. Patent**     Aug. 27, 2002     Sheet 1 of 6     US 6,439,843 B1



FIG.-1



FIG.-2

**U.S. Patent**  Aug. 27, 2002  Sheet 3 of 6  US 6,439,843 B1



FIG.-3



FIG.-4



FIG.-5

FIG.-6

FIG.-7

FIG.-8

FIG.-9