**EXHIBIT C**

EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Johnson Electric Industrial<br>Manufacturing, Ltd. et al. | ) | |
| | ) | |
| | ) | Civil Action No: 303CV0098AVC |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| Ametek, Inc. | ) | |
| | ) | |
| Defendant | ) | |

## AFFIDAVIT OF JAMES P. SHAWCROSS

I, James P. Shawcross, being first duly sworn, do hereby depose and say:

1.  I am employed by the Ametek Lamb Electric Division of Ametek, Inc. and serve as Director of Application Engineering.

2.  I am the same James P. Shawcross who previously filed Affidavits in this matter.

3.  I have studied U.S. Patent 6,695,580, owned by Ametek, Inc., and am quite familiar with the invention disclosed and claimed therein.

4.  I am aware of the construction of the claims of the '580 patent that have been agreed upon by the parties to the present litigation.

5.  I have carefully examined Johnson's U82 bypass motor, and have particularly examined it in conjunction with the claims of the '580 patent.

6.  Each and every limitation of both of the claims of the '580 patent is physically present in the Johnson U82 bypass motor.

7.     While the presence of the claim limitations in the Johnson Motor is best appreciated from an inspection of the motor itself, attached to my Affidavit as Exhibit 1 are two sheets of drawings of that motor, prepared from the motor itself.

8.     Fig. 1 shows a side view of the motor assembly as a whole, Fig. 2 shows a top view of the shroud, Fig. 3 shows a top view of the fan, and Fig. 4 shows a top view of the end bracket.

9.     Numbers have been added to the drawings to correlate the structural elements of the bypass motor to the limitations of the claim.

10.     As to claim 1 of the '580 patent, the U82 product is a bypass motor assembly, and it has a motor (10) having a rotatable shaft (12).  A working air fan (14) is secured to the rotatable shaft.  A shroud (16) is provided and has an intake eyelet (18) and at least one exhaust aperture (20).  An end bracket (22) has a shaft hole (24) through which the rotatable shaft extends, the end bracket and the shroud partially enclose the working air fan, and rotation of the working air fan draws air in through the intake eyelet (18) and exhausts the air through exhaust apertures (20).

11.     As provided for in the claim, the end bracket has a plurality of channels (passageways) (26) that slope downward and outward away from the working air fan toward the exhaust apertures, and the channels extend from an inner periphery (28) that is in circumferential alignment (a proper state of adjustment or in a straight line position) with the outer periphery (30) of the working air fan (14) toward an outer periphery (32) of the bracket. Each and every limitation of claim 1 of the '580 patent finds response in the physical structure of the U82 bypass motor.

12.    As to claim 2 of the '580 patent, the channels 26 of the U82 bypass motor gradually expand as they get closer to their associated exhaust aperture (20). Accordingly, each limitation of claim 2 of the '580 patent finds physical response in the Johnson U82 bypass motor.

_James P. Shawcross_ 07/28/06
James P. Shawcross

County of Portage    )
                     )
State of Ohio        )

Sworn to and subscribed before me this 28th day of April, 2006.

_Johnna K. Lillich_ 4/23/06
Notary Public

SEAL

JOHNNA K. LILLICH
NOTARY PUBLIC FOR STATE OF OHIO
MY COMMISSION EXPIRES 3/5/2009

EXHIBIT 1



FIG.-1



FIG.-2

FIG.-3

FIG.-4

## CERTIFICATE OF SERVICE

A true copy of the foregoing **AMETEK'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING INFRINGEMENT AND VALIDITY OF U.S. Patent 6,695,580** was served upon the following this 1st day of May, 2006, as indicated:

Edmund J. Ferdinand, III (203) 849-9300
Grimes & Battersby, LLP                        (first class mail)
488 Main Ave., Third Floor
Norwalk, CT 06851

Stephen N. Weiss (212) 554-7700
Moses & Singer LLP                             (overnight mail)
405 Lexington Ave.
The Chrysler Building
New York, NY 10174

Ben A. Solnit (CT00292)