UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Johnson Electric Industrial Manufacturing, Ltd. et al.<br><br>Plaintiffs<br>v.<br><br>Ametek, Inc.<br><br>Defendant | Civil Action No: 303CV0098AVC<br><br><br><br><br><br><br>May 1, 2006 |

**LOCAL RULE 56(a)1 STATEMENT OF DEFENDANT, AMETEK, INC.**

1. The construction to be given patent claims 1 and 2 of U.S. Patent 6,695,580 is undisputed. See February 24, 2005 Joint Claim Construction Statement (Doc. 48), p. 9.

2. Johnson Electric Industrial Manufacturing, Ltd.'s U82 Bypass Motor has each and every element of claims 1 and 2 of U.S. Patent 6,695,580. See Affidavit of James P. Shawcross, paragraphs 5-12 (Attached as Exhibit C to Ametek's Memorandum of Law in Support of Motion for Partial Summary Judgment ("Ametek's Memorandum")).

3. The construction to be given patent claim 1 of U.S. Patent 6,695,580 and the construction to be given patent claims 11 and 20 of U.S. Patent 6,439,843 is undisputed. See February 24, 2005 Joint Claim Construction Statement (Doc. 48), pp. 7, 9.

4. Claim 1 of U.S. Patent 6,695,580 and claims 11 and 20 of U.S. Patent 6,439,843 contain mutually exclusive elements. See Exhibit A, p. 12, Exhibit B. pp. 11, 12 to Ametek's Memorandum.

5. Claims 1 and 2 of U.S. Patent 6,695,580 are not obvious variations of claims 11 or 20 of U.S. Patent 6,439,843. See Exhibits A, p. 12, Exhibit B. pp. 11, 12 to Ametek's Memorandum.

_____
Ben A. Solnit (CT00292)
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510
Tel: 203-784-8205
Fax: 203-777-1181
bsolnit@tylercooper.com

Ray L. Weber (CT02148)
Renner, Kenner, Greive, Bobak,
Taylor & Weber
Fourth Floor, First National Tower
Akron, Ohio 44308
(330) 376-1242
(330) 376-9646
rlweber@rennerkenner.com

## CERTIFICATE OF SERVICE

A true copy of the foregoing **LOCAL RULE 56(a)1 STATEMENT OF DEFENDANT, AMETEK, INC.** was served upon the following this 1st day of May, 2006, as indicated:

Edmund J. Ferdinand, III (203) 849-9300
Grimes & Battersby, LLP                     (first class mail)
488 Main Ave., Third Floor
Norwalk, CT 06851

Stephen N. Weiss (212) 554-7700
Moses & Singer LLP                          (overnight mail)
405 Lexington Ave.
The Chrysler Building
New York, NY 10174

_____
Ben A. Solnit (CT00292)