UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
:
JOHNSON ELECTRIC INDUSTRIAL :
MANUFACTORY, LTD. and JOHNSON :
ELECTRIC NORTH AMERICA, INC., : CASE NO. 03CV0098AVC
:
                Plaintiffs, :
:
  -against- : **NOTICE OF MOTION**
:
AMETEK, INC., :
:
                Defendant. :
:
------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the Memorandum of Points and Authorities, the supporting Affidavit of Michael J. Pospis, the exhibits attached thereto, and all prior proceedings heretofore and herein, Plaintiffs and Counterclaim Defendants, Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc. (collectively, "Johnson") by their attorneys, Moses & Singer LLP, hereby move this Court for an Order granting Johnson summary judgment:

      1.    that Johnson's U66 Motor Assembly does not infringe any asserted claim of U.S. Patent No. 6,166,462;

      2.    that neither Johnson's U66 nor U82 Motor Assembly infringes any asserted claim of U.S. Patent No. 6,439,843; and

      3.    that each asserted claim of U.S. Patent No. 6,695,580 is invalid.

Dated:   April 28, 2006
         New York, New York

                                                    Respectfully submitted,

                                        _____
                                        Stephen Norman Weiss
                                        (CT Fed. Bar No. CT 12717)
                                        Gregory J. Fleesler
                                        (CT Fed. Bar No. CT 24491)
                                        MOSES & SINGER, LLP
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        Tel.: (212) 554-7800
                                        Fax: (212) 554-7700

                                        Edmund J. Ferdinand, III
                                        (CT Fed. Bar. No. CT 21287)
                                        GRIMES & BATTERSBY, LLP
                                        488 Main Street 3rd floor
                                        Norwalk, CT 06851
                                        Tel.: (203) 849-8300
                                        Fax: (203) 849-9300

                                        *Attorneys for Plaintiffs/Counterclaim*
                                        *Defendants Johnson Electric Industrial*
                                        *Manufactory, Ltd. and Johnson Electric*
                                        *North America, Inc.*

TO:    Ray L. Weber, Esq.
        Renner, Kenner, Grieve, Bobak, Taylor & Weber
        400 First National Tower
        Akron, OH 44308

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
JOHNSON ELECTRIC INDUSTRIAL      :
MANUFACTORY, LTD. And JOHNSON    :    Affidavit of Service
ELECTRIC NORTH AMERICA, INC.,    :
                                 :
              Plaintiffs,        :
                                 :    03 CV0098 AVC
       -v-                       :
                                 :
AMETEK, INC.                     :
                                 :
              Defendant.         :
                                 :
---------------------------------------------------------------x

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

Michael J. Pospis, being duly sworn, say:

I am not a party to this action, am over the age of eighteen, and reside in New York County in the State of New York.

On April 28, 2006, I served the within Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,166,462 and 6,439,843 and for Invalidity of U.S. Patent No. 6,695,580 and supporting papers, by depositing true copies thereof, enclosed in a wrapper addressed as shown below, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery:

> Ray L. Weber, Esq.
> Renner, Kenner, Grieve, Bobak, Taylor & Weber
> First National Tower
> 400 First National Tower
> Akron, Ohio 44308

_____
Michael J. Pospis

Sworn to before me this 28th day of
April, 2006

_____
Notary Public

RAQUEL M. CONCEPCION
Notary Public, State of New York
No. 03-4948550
Qualified in Bronx County
Commission Expires Mar. 20, 20 07

516892v1  007171.0103