UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
JOHNSON ELECTRIC INDUSTRIAL :
MANUFACTORY, LTD. and JOHNSON :
ELECTRIC NORTH AMERICA, INC.,   :    CASE NO. 03CV0098AVC
:
                    Plaintiffs, :
:
     -against- :
:
AMETEK, INC., :
:
                    Defendant. :
:
---------------------------------------------------------x

**AFFIDAVIT OF MICHAEL J. POSPIS
IN SUPPORT OF JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY, LTD.
AND JOHNSON ELECTRIC NORTH AMERICA, INC.'S MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 6,166,462 AND
6,439,843 AND FOR INVALIDITY OF U.S. PATENT NO. 6,695,580**

      1.      I am associated with the law firm of Moses & Singer, LLP, attorneys for plaintiffs Johnson Electric Industrial Manufactory, Ltd. ("JEI") and Johnson Electric North America ("JENA") (collectively, "Johnson").

      2.      I am personally familiar with the facts and circumstances surrounding the instant litigation.

      3.      Attached hereto as Exhibit A are true and correct copies of digital photographs depicting the features of Johnson's U66 Motor Assembly that was marked as Exhibit 14 during the December 6, 2004 deposition of James P. Shawcross.

      4.      Attached hereto as Exhibit B are true and correct copies of digital photographs depicting the features of the U82 Motor Assembly that was marked as Exhibit 17 during the December 6, 2004 deposition of James P. Shawcross.

5. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 6,166,462 (the "'462 patent").

6. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 6,439,843.

7. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 6,695,580.

8. Attached hereto as Exhibit F is a true and correct copy of Johnson's January 13, 2003 Complaint, without exhibits.

9. Attached hereto as Exhibit G is a true and correct copy of Ametek's August 15, 2003 Answer, Affirmative Defenses and Counterclaims, without exhibits.

10. Attached hereto as Exhibit H is a true and correct copy of August 20, 2004 Ametek's First Amended Counterclaims, without exhibits.

11. Attached hereto as Exhibit I is a true and correct copy of Ametek's October 22, 2003 Answers to Plaintiff's First Set of Interrogatories (Nos. 1-4).

12. Attached hereto as Exhibit J is a true and correct copy of Ametek's June 28, 2004 Answers and Objections to Plaintiff's Interrogatories 6-7.

13. Attached hereto as Exhibit K is a true and correct copy of Ametek's August 23, 2004 Supplemental Answer to Plaintiff's Interrogatory No. 6.

14. Attached hereto as Exhibit L is a true and correct copy of Ametek's August 23, 2004 Response to Plaintiff's Fourth Set of Interrogatories (No. 8).

15. Attached hereto as Exhibit M is a true and correct copy of the parties' Joint Claim Construction Statement filed on August 24, 2005.

16. Attached hereto as Exhibit N is a true and correct copy of this Court's August 24, 2005 claim construction order, captioned *Johnson Electric Industrial Manufactory, Ltd. v. Ametek, Inc.*, 2005 WL 2076561 (D. Conn. 2005).

17. Attached hereto as Exhibit O is a true and correct copy of an Office Action dated November 10, 1998 rendered during the prosecution of the application that issued as the '462 patent.

18. Attached hereto as Exhibit P is a true and correct copy of the '462 patent applicants' May 18, 1999 Response to the Office Action attached hereto as Exhibit O.

19. Attached hereto as Exhibit Q is a true and correct copy of an Office Action dated July 28, 1999 rendered during the prosecution of the application that issued as the '462 patent.

20. Attached hereto as Exhibit R is a true and correct copy of the '462 patent applicants' October 25, 1999 Preliminary Amendment submitted in response to the Office Action attached hereto as Exhibit Q.

21. Attached hereto as Exhibit S is a true and correct copy of an Office Action dated January 7, 2000 rendered during the prosecution of the application that issued as the '462 patent.

22. Attached hereto as Exhibit T is a true and correct copy of the '462 patent applicants' May 10, 2000 Response to the Office Action attached hereto as Exhibit S.

23. Attached hereto as Exhibit U is a true and correct copy of an English-language translation of Japanese Patent Application No. 03-018,699.

Dated: April 28, 2006
New York, New York

_____
Michael J. Pospis