# EXHIBIT J

**to the Affidavit of Michael J. Pospis in Support of Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,166,462 and 6,439,843 and for Invalidity of U.S. Patent No. 6,695,580**

*FILED*
*7/7/03*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Johnson Electric Industrial Manufactory, Ltd. et al. | ) |
| | ) |
| | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| Ametek, Inc. | ) |
| | ) |
| Defendant | ) |

Civil Action No: 303CV0098AVC

## Defendant's Answers and Objections to Plaintiffs' Interrogatories  6-7

Now comes Defendant, Ametek, Inc. ("Ametek"), in response to Interrogatory Nos. 6-7 propounded by Plaintiffs:

### RESPONSE

### General Objection

Ametek reasserts the objections advanced in its Responses to Requests for Admission from which these interrogatories are derived.  While Ametek contends that these interrogatories are improper and need not be answered, in a spirit of cooperation, Ametek responds as follows, subject to such objections.

### INTERROGATORY NO. 6:

Identify each asserted claim and Ametek's infringement contentions with respect to the U82 Johnson Motor Assembly.

### Response:

Ametek asserts that at least claims 1, 8 , 9, 10, 12, 14 and 16 of its Patent 6,439,843, which is in suit, are infringed by the U82 Johnson motor assembly.  Ametek also asserts, by way of example and not limitation, that claims 1 and 2 of its Patent 6,695,580, which is not in suit at this time, are also infringed.  Applications corresponding to the '843 patent are pending

in Canada, Germany, Croatia, Italy, Japan, Mexico and Slovenia, but prosecution has not commenced.

## INTERROGATORY NO. 7:

For each claim identified in response to Interrogatory No. 6, identify Ametek's claim constructions and related evidence.

## Response

Because a *Markman* ruling has not issued in this case, this interrogatory is improper for the reasons stated above. Moreover, it is improper to undertake claim construction in the context of an accused device, but rather without reference thereto. Subject to these objections, and as presently advised, the infringement of the stated claims is literal and with the claim terms being accorded their ordinary and customary meanings.

_____
James P. Shawcross

County of Portage       )
                        )
State of Ohio           )

Sworn to and subscribed before me this 28th day of June, 2004.

_____
Notary Public

SEAL

RAY L. WEBER, Attorney at Law
Notary Public - State of Ohio
My commission has no expiration date.
Section 147.03 R.C.

- 2 -

As to Objections:

Ray L. Weber
Renner, Kenner, Greive, Bobak,
Taylor & Weber
Fourth Floor, First National Tower
Akron, Ohio 44308
(330) 376-1242
rlweber@rennerkenner.com

Attorney for Defendant
Ametek, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Defendant's Answers and Objections to Plaintiffs' Interrogatories 6 -7** was served by facsimile and first class mail, postage prepaid upon the following on this  28th  day of June, 2004:

Edmund J. Ferdinand, III          Facsimile:(203) 849-9300
Grimes & Battersby, LLP
488 Main Ave., Third Floor
Norwalk, CT 06851

Stephen N. Weiss          Facsimile: (212) 554-7700
Gregory J. Fleesler
Moses & Singer, LLP
1301 Avenue of the Americas
New York, NY 10019

Ben A. Solnit, Esq.          Facsimile: (203) 777-1181
Tyler, Cooper and Alcorn, LLP
205 Church St.
New Haven, CR 06510

Ray L. Weber

- 3 -