# EXHIBIT K

to the Affidavit of Michael J. Pospis in Support of Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,166,462 and 6,439,843 and for Invalidity of U.S. Patent No. 6,695,580

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Johnson Electric Industrial )
Manufactory, Ltd. et al. )
)
) Civil Action No: 303CV0098AVC
Plaintiffs )
v. )
)
)
Ametek, Inc. )
)
Defendant )

## DEFENDANT'S SUPPLEMENTAL ANSWER TO PLAINTIFFS' INTERROGATORY NO. 6

Now comes Defendant, Ametek, Inc., in further response to Interrogatory No. 6.

**INTERROGATORY NO. 6:**

Identify each asserted claim and Ametek's infringement contentions with respect to the U82 Johnson Motor Assembly.

**Supplemental Response**

### U.S. Patent 6,439,843

**Claim 1**

    A.    The U82 is a bypass motor as set forth in the preamble.

    B.    The motor has a rotatatable shaft as set forth in the first subparagraph.

    C.    A working air fan is secured to the rotatable shaft and has an outer periphery exhaust region as set forth in the second subparagraph.

    D.    There is a shroud having an intake eyelet and at least one exhaust aperture as set forth in the third subparagraph.

    E.    The U82 motor has a bracket with a shaft hole receiving the shaft, the end bracket and shroud enclose the working air fan such that working air is drawn

        in through the intake eyelet and exhausted through exhaust apertures of the shroud as set forth in the fourth subparagraph.

F.    The end bracket has a plurality of vanes that form a fan chamber, and that fan chamber receives the working air fan which has a plurality of vanes closely disposed about the outer periphery exhaust region such that air expelled by the fan is redirected by the vanes toward the exhaust apertures as set forth in the last subparagraph.

## Claim 8

Each of the vane of the end bracket has a leading end and a trailing end.

## Claim 9

The U82 motor has a plurality of exhaust ports distributed about the shroud.

## Claim 10

A.    The U82 motor is a bypass motor satisfying the preamble of the claim

B.    The U82 motor has a rotatable shaft, satisfying the first subparagraph of the claim.

C.    There is a working air fan secured to the rotatable shaft, satisfying the second subparagraph of the claim.

D.    There is a shroud having an intake eyelet and a plurality of exhaust apertures, satisfying the third subparagraph of the claim.

E.    There is an end bracket with a shaft hole which receives the shaft; the end bracket and shroud partially enclose the fan such that rotation of the fan draws air in through an intake eyelet and exhaust through the exhaust apertures,

satisfying the fourth subparagraph of the claim.

F. The end bracket has a plurality of vanes, the fan being received within the fan chamber such that air expelled by the fan is redirected by the vanes toward the exhaust apertures, satisfying the fifth subparagraph of the claim.

G. The end bracket has a shoulder adjacent a trailing end of each vane, the shroud and trailing ends of the vanes defining a gathering chamber prior to exhaust.

**Claim 12**

A. The U82 motor is a bypass motor, satisfying the preamble of the claim.

B. The U82 motor has a rotatable shaft, satisfying the first subparagraph of the claim.

C. There is a working air fan secured to the rotatable shaft, satisfying the second subparagraph of the claim.

D. There is a shroud with an intake eyelet and at least one exhaust aperture, satisfying the third subparagraph of the claim.

E. There is an end bracket with a hole for receiving the shaft, the end bracket and shroud partially exposing the working air fan such that rotation of the fan draws air through the intake eyelet and exhausts through the apertures, satisfying the fourth subparagraph of the claim.

F. The end bracket has a plurality of vanes that form a fan chamber that receives the working air fan such that air from the working air fan is expelled and redirected by the vanes toward the exhaust apertures, satisfying the fifth subparagraph of the claim.

G. The U82 motor end bracket has a downwardly sloping shoulder adjacent to the

vanes and the shoulder has both a leading and trailing end.

### Claim 14

    A.    The U82 motor is a bypass motor, satisfying the preamble of the claim.

    B.    The motor has a rotatable shaft, satisfying the first subparagraph of the claim.

    C.    There is a working air fan attached to the rotatable shaft, satisfying the second subparagraph of the claim.

    D.    There is a shroud with an intake eyelet and at least one exhaust aperture, satisfying the third subparagraph of the claim.

    E.    There is an end bracket with a shaft hole receiving the shaft, the shroud partially encloses the working air fan with the end bracket, such that rotation of the fan draws air through the eyelet and exhaust through the exhaust apertures, satisfying the fourth subparagraph of the claim.

    F.    The end bracket has a plurality of vanes that form a fan chamber that receives the working air fan, the vanes redirecting the air toward the exhaust apertures, and the vanes define channels therebetween.

    G.    The shroud is in touching contact to enclose at least the portion of the channel, satisfying the final subparagraph of the claim.

### Claim 16

    A.    The U82 motor is a bypass motor that has a tapered working fan rotated by a motor shaft, the fan being partially enclosed between a shroud that has at least one vent and a bracket, satisfying the preamble of the claim.

B. The U82 bracket has a base with a periphery that is adapted to be sealed by the shroud, satisfying the first subparagraph of the claim.

C. The base has a shoulder extending from the periphery, satisfying the second subparagraph of the claim.

D. The tapered working fan, has a plurality of vanes extending from the shoulder that facilitate movement of air out of the vent, satisfying the final subparagraph of the claim.

## U.S. Patent 6,695,580

### Claim 1

A. The U82 motor is a bypass motor, satisfying the preamble of the claim.

B. The motor has a rotatable shaft, satisfying the first subparagraph of the claim.

C. There is a working air fan secured to the rotatable shaft, satisfying the second subparagraph of the claim.

D. There is a shroud with an intake eyelet and plurality of exhaust apertures, satisfying the third subparagraph of the claim.

E. There is an end bracket having a shaft hole receiving the rotatable shaft, the end bracket and shroud partially enclosing the working air fan such that rotation of the fan draws air in through the intake eyelet and exhaust through the exhaust apertures, satisfying the fourth subparagraph of the claim.

F. The end bracket has a plurality of channels that slope downwardly and outwardly away from the working air fan toward the exhaust aperture, extending from an inner periphery in circumferential alignment with the outer periphery of the

working air fan toward an outer periphery of the end bracket, satisfying the final subparagraph of the claim.

### Claim 2

The channels of the U82 bypass motor gradually expand as they get closer to the exhaust apertures, satisfying the claim limitations.

_____ 08/23/04
James P. Shawcross

County of Portage    )
                     )
State of Ohio        )

Sworn to and subscribed before me this 23rd day of August, 2004.

_____
Barbara Foys, Notary Public - State of Ohio
My commission expires August 5, 2009

SEAL

As to Objections:

_____
Ray L. Weber
Renner, Kenner, Greive, Bobak,
Taylor & Weber
Fourth Floor, First National Tower
Akron, Ohio 44308
(330) 376-1242
rlweber@rennerkenner.com

Attorney for Defendant
Ametek, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **DEFENDANT'S SUPPLEMENTAL ANSWER TO PLAINTIFFS' INTERROGATORY NO. 6** was served by facsimile and first class mail, postage prepaid upon the following on this ___23rd___ day of August, 2004:

Edmund J. Ferdinand, III    Facsimile: (203) 849-9300
Grimes & Battersby, LLP
488 Main Ave., Third Floor
Norwalk, CT 06851

Stephen N. Weiss    Facsimile: (212) 554-7700
Gregory J. Fleesler
Moses & Singer, LLP
1301 Avenue of the Americas
New York, NY 10019

Ben A. Solnit, Esq.    Facsimile: (203) 777-1181
Tyler, Cooper and Alcorn, LLP
205 Church St.
New Haven, CR 06510

_____ *Bart Joys for Ray L. Weber*
Ray L. Weber