# EXHIBIT O

to the Affidavit of Michael J. Pospis in Support of Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,166,462 and 6,439,843 and for Invalidity of U.S. Patent No. 6,695,580

| Office Action Summary | Application No. 09/072,035 | Applicant(s) Finkenbinder et al. |
|---|---|---|
| | Examiner Tamai, Karl I.E. | Group Art Unit 2834 |

☐ Responsive to communication(s) filed on _____

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire __3__ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-5* _____

Of the above, claim(s) _____ is/are pending in the application.

☐ Claim(s) _____ is/are withdrawn from consideration.

☒ Claim(s) *1-5* _____ is/are allowed.

☐ Claim(s) _____ is/are rejected.

☐ Claims _____ is/are objected to.

_____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☒ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- SEE OFFICE ACTION ON THE FOLLOWING PAGES ---

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)

Office Action Summary

Part of Paper No. __2__

Serial Number: 09/072,035

Art Unit: 2834

Attorney Docket: 4570.47

2

## DETAILED ACTION

### Drawings

1. The drawings are objected to under 37 CFR 1.83(a). The drawings must show every feature of the invention specified in the claims. Therefore, the first and second mating ramped surfaces on the end bracket and the diffuser(respectively), the ramped surfaces being smooth and uniformly transitional, and the apertures having the same dimensional configuration as the flow path cross section must be shown or the feature canceled from the claim. No new matter should be entered.

### Specification

2. The title of the invention is not descriptive. A new title is required that is clearly indicative of the invention to which the claims are directed.

3. The specification has not been checked to the extent necessary to determine the presence of all possible minor errors. Applicant's cooperation is requested in correcting any errors of which applicant may become aware in the specification.

### Claim Rejections - 35 USC § 112

4. The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Serial Number: 09/072,035

Art Unit: 2834

3

Attorney Docket: 4570.47

5. Claims 1 and 5 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. Claim 1 recites the limitation "said working air fan" on line 10 and "air working fan" on line 12. There is insufficient antecedent basis for this limitation in the claim. Claim 5 is vague and indefinite because it is unclear whether the "said ramped surfaces" refers to the first set of ramped surfaces, the second set of ramped surfaces, or both.

6. In an attempt to further prosecution of the application on the merits, prior art has been applied to the claims as best understood by the examiner.

## Claim Rejections - 35 USC § 103

7. The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

8. Claims 1-3 are rejected under 35 U.S.C. 103(a) as being unpatentable over Iwatake et al(Japanese Patent 164,199)('199) and Oberdorfer-Bogel. '199 teaches a motor with a fan 10 positioned adjacent the motor. '199 teaches an end bracket 4 covering an end of the motor. The end bracket having ramped surfaces which mate with ramped surfaces 33 on the diffuser 23. The ramped surfaces of the diffuser being equally spaced about the diffuser to create flow paths with

Serial Number: 09/072,035

Art Unit: 2834                                                                                              4

Attorney Docket: 4570.47

uniform cross sections. The motor including a shell with apertures 30 covering a working fan 17. '199 teaches every aspect of the invention except, a motor cooling fan positioned juxtaposed with the motor and within the end bracket. Oberdorfer-Bogel teaches a fan cooling motor inside the end bracket. It would have been obvious to a person skilled in the art at the time of the invention to construct the motor of '199 with the cooling fan of Oberdorfer-Bogel to help cool the motor and because it has been held that merely rearranging parts involves only routine skill in the art. *In re Japikse*, 86 USPQ 70. In this case, rearranging the cooling fan would be obvious to assist in cooling the motor.

9.      Claim 4 is rejected under 35 U.S.C. 103(a) as being unpatentable over '199 and Oberdorfer-Bogel, in further view of Iwatake et al.(Japanese Patent 18,699)('399). '199 and Oberdorfer-Bogel teach every aspect of the invention, except the apertures having the dimensional configuration as the flow path cross section. '199 teaches the ramped surfaces being smooth '399 teaches apertures in the shell having the same cross section as the air flow path. It would have been obvious to a person skilled in the art at the time of the invention to construct the motor of '199 with the apertures of '199 to increase the cooling air flow from the shell by having the apertures dimensioned to the cooling air flow.

Serial Number: 09/072,035

Art Unit: 2834

Attorney Docket: 4570.47

5

10. Claim 5 is rejected under 35 U.S.C. 103(a) as being unpatentable over '199, Oberdorfer-Bogel, and '399, in further view of Gilliland et al.(Gilliland). '199, '399, and Oberdorfer-Bogel teach every aspect of the invention, except the ramped surfaces being uniformly transitional. Gilliland teaches mating ramped surfaces on the diffuser and the motor casing. It would have been obvious to a person skilled in the art at the time of the invention to construct the motor of '199 with the ramped surfaces being uniformly transitional to provide free flowing air passages which allows the diffuser to be quickly, circumferentially positioned with regards to the motor.

11. The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. Lewis and Forsyth, III et al. teaches a motor with several cooling fans, a diffuser and apertures in the shell.

12. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Karl I.E. Tamai whose telephone number is (703) 305-7066. The examiner can be normally contacted on Monday through Friday from 8:00 am to 5:00 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Mr. Nestor Ramirez, can be reached at (703)308-1371. The facsimile number for the Group is (703)305-3432. Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist at (703) 308-1782.
KIT
November 10, 1998

NESTOR RAMIREZ
PRIMARY EXAMINER
GROUP 2800

| Notice of References Cited | Application No. 09/072,035 | Applicant(s) Finkenbinder et al. | | |
|---|---|---|---|---|
| | Examiner Tamai, Karl I.E. | Group Art Unit 2834 | | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 2,726,807 | 12/13/55 | Lewis | 310 | 62 |
| B | 4,869,952 | 6/2/87 | Forsyth, III et al. | 415 | 119 |
| C | 5,394,041 | 2/28/95 | Oberdorfer-Bogel | 310 | 64 |
| D | 5,734,214 | 3/31/98 | Gilliland et al. | 310 | 89 |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | 3-023,399 | 1/31/91 | JAPAN | Iwatake et al. | 310 | 62 |
| O | 4-164,199 | 6/9/92 | JAPAN | Iwatake et al. | 310 | 62 |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)     Notice of References Cited     Part of Paper No. 2