# EXHIBIT R

to the Affidavit of Michael J. Pospis in Support of Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,166,462 and 6,439,843 and for Invalidity of U.S. Patent No. 6,695,580

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re prior application of: | ) |
| | ) Group Art Unit 2834 |
| DAVID B. FINKENBINDER and | ) |
| JEFFREY D. MARSDEN | ) K. Tamai, Examiner |
| | ) |
| Serial No. 09/072,035 | ) |
| | ) Certificate of Mailing Via |
| Filed May 4, 1998 | ) Express Mail |
| | ) |
| For  BYPASS MOTOR/FAN | ) |
| ASSEMBLY HAVING | ) |
| SEPARATE WORKING AIR | ) |
| PASSAGES | ) |

Certificate of Mailing Via Express Mail

I hereby certify that this correspondence was deposited with the United States Postal Service as Express Mail - Label No. EL362785593US - "Express Mail Post Office to Addressee" service in an envelope addressed to: Box CPA, Assistant Commissioner of Patents and Trademarks, Washington, D.C. 20231 on this 25th day of October, 1999.

_Dorothy L. Carper_
Dorothy L. Carper


PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In response to the Official Action mailed July 28, 1999, the Applicants, through their undersigned attorney, submit the following for consideration by the United States Patent Office.

**In the specification:**

At page 2, line 19, after the word "prior" please insert the word -- art --.

At page 3, line 16, please delete the word "and".

At page 3, line 17, please delete "." and insert therefor -- ; and

Fig. 6 is a top perspective view of the diffuser and fan end bracket assembled to one another. --.

At page 6, line 3, please insert the following paragraphs:

-- With reference to Fig. 6, it can be seen that the diffuser 24 and the fan end bracket 30 are assembled to form a diffuser/fan end bracket assembly generally indicated by the



- 2 -

numeral 60. It can be seen that the assembly 60 has a plurality of uniform circumferentially spaced ramped surfaces 62 which are formed from the ramped surfaces 42 of the diffuser 30 and the ramped surfaces 40 of the fan end bracket 24. The ramped surfaces 62 each form the respective air flow passages 41. The ramped surfaces 62 are radially and outwardly directed such that the air flow generated by the working air fan is outwardly and tangentially directed away from the assembly 60 when the fan shell 34 is placed over the assembly 60. As best seen in Fig. 1, the air flow passages 41 are in registration with corresponding staked apertures 52 such that air flow through the air flow passages 41 is smooth, laminar, and without buildup of pressure within the fan shell.

The ramp surfaces 42 of the diffuser 30 each provide a ramp wall 66 which extends from an outer periphery of the diffuser to an inner periphery in circumferential alignment with the outer periphery of the working air fan as best seen in Figs. 1, 3 and 6.

The ramp surfaces 40 of the fan end bracket 24 provide a ramp wall 68 that is alignable with the ramp wall 66 when the diffuser and fan end bracket are assembled to one another. The ramp wall 68 extends from the inner periphery in circumferential alignment with the outer periphery of the working air fan to the outer periphery of the diffuser 30 as best seen in Figs. 2 and 6. This outer-inner-outer feature of the ramped surface 62 facilitates the outward and tangential airflow of the working air from the aperture 46 to the staked apertures 52. --.

In the claims:

Please cancel claims 1-3 and 5-6 without prejudice or bias.

Please add the following claims.

7. A bypass motor/fan assembly comprising:

   a motor;

   a shaft passing through and driven by said motor;

   a diffuser/fan end bracket assembly having a central aperture therethrough for rotatably receiving said shaft, said diffuser/fan end bracket assembly received over an end of said motor;

   a working air fan received upon said shaft; and

- 3 -

a fan shell having a cylindrical sidewall received over said diffuser/fan end bracket assembly and said working air fan, said fan shell having an inlet aperture, said sidewall having uniformly spaced staked apertures, said working fan drawing air through said inlet aperture and exhausting it tangentially outwardly through said diffuser/fan end bracket assembly and said staked apertures;

said diffuser/fan end bracket assembly having a plurality of uniformly circumferentially spaced ramped surfaces which form a like plurality of separate air flow passages tangentially and outwardly directed, wherein said separate air flow passages are in registration with corresponding said staked apertures such that air flow through said separate air flow passages is smooth, laminar and without buildup of pressure within said fan shell.

8. The bypass motor/fan assembly according to claim 7, wherein said ramped surfaces are in circumferential alignment with an outer periphery of said working air fan.

9. The bypass motor/fan assembly according to claim 7, wherein said staked apertures are inclined and in registration with said ramped surfaces to facilitate the smooth laminar air flow.

10. The bypass motor/fan assembly according to claim 7, wherein said diffuser/fan end bracket includes:

a diffuser with a first plurality of ramped surfaces, each said first ramped surface having a first ramp wall which extends from an outer periphery of said diffuser to an inner periphery in circumferential alignment with an outer periphery of said working air fan; and

a fan end bracket with a second plurality of ramped surfaces that correspondingly engage with said first plurality of ramped surfaces, each said second ramped surface having a second ramp wall aligned with said first ramp wall, each said second ramp wall extending from the inner periphery in circumferential alignment with the outer periphery of said working air fan to an outer periphery of said diffuser.

- 4 -

11. The bypass motor/fan assembly according to claim 10, wherein each corresponding said first and second ramped surface and said first and second ramp walls form each said air flow passage to uniformly exhaust the working air.

12. A bypass motor/fan assembly comprising:

a motor;

a shaft passing through and driven by said motor;

a fan end bracket having a central aperture therethrough for rotatably receiving said shaft, said fan end bracket assembly received over an end of said motor, said fan end bracket having a first plurality of circumferentially shaped ramped surfaces;

a diffuser having a central aperture therethrough for rotatably receiving said shaft, said diffuser having a second plurality of circumferentially shaped ramped surfaces, said diffuser received over said fan end bracket, said first and second plurality of ramped surfaces aligned with each other to form a plurality of separate air flow passages tangentially and outwardly directed;

a working air fan received upon said shaft; and

a fan shell received over said diffuser, said fan end bracket and said working air fan, said fan shell having an inlet aperture, said sidewall having uniformly spaced staked apertures, said working fan drawing air through said inlet aperture and exhausting it tangentially outwardly through said plurality of air flow passages and said staked apertures, wherein said separate air flow passages are in registration with corresponding said staked apertures such that air flow through said separate air flow passages is smooth, laminar and without buildup of pressure within said fan shell.

REMARKS

The Applicants respectfully request entry of red-ink amendments to Figs. 2 and 3 and the entry of a new Fig. 6 which are attached to this transmission. Figs. 2 and 3 add designating numerals to features of the diffuser and fan end bracket already shown in the drawings. Fig. 6 presents a top perspective view of the diffuser 30 and the fan end bracket 24 shown in Figs. 2 and 3 and assembled as shown in Fig. 1. Fig. 6 shows the air flow passages 41 shown in Fig. 1 and their ability to transfer air from the working air fan to the staked apertures 52. All of the features shown in Fig. 6 are shown in Figs. 1-3 and

- 5 -

described in the specification as originally filed. Therefore, acceptance of the amendments to Figs. 2 and 3 and the acceptance of new Fig. 6 is respectfully requested.

Entry of amendments to the specification are respectfully requested. The amendment describing the features of Fig. 6 has basis in Figs. 1-5 and in the specification as filed. It is submitted that none of the amendments to the specification contain new subject matter and are submitted to amplify the understanding of the invention.

The Applicants and their attorney have carefully considered the Examiner's comments of July 28, 1999, the references cited, and the instant invention, and respectfully request entry and allowance of new claims 7-12. New claim 7 includes a diffuser/fan end bracket assembly 60 which is simply the diffuser 30 assembled to the fan end bracket 24 as shown in Fig. 1. Claim 7 also sets forth that the fan shell has a cylindrical sidewall which is received over the diffuser/fan end bracket assembly 60 and the working air fan 32. The working air fan functions to draw air through an inlet aperture of the fan shell and then exhausts the air tangentially outwardly through the diffuser/fan end bracket assembly and a plurality of staked apertures of the fan shell. Basis for this aspect of claim 7 can be found in the specification and, in particular, at page 2, lines 6-19.

It is submitted that the primary reference, Japanese Patent No. 4,164,199 teaches a bypass fan assembly wherein the working air from the fan 17 is directed through the diffuser 23 and pushed out in a peripheral direction from the diffuser (see page 9, lines 7-10 of the translation). It is respectfully submitted that the '199 patent does not teach or suggest tangential and outward movement of exhausted working air from the working air fan. Therefore, it is respectfully submitted that claim 7 is allowable over the cited references and that all claims depending therefrom are likewise allowable.

Claim 8 sets forth that the ramped surfaces are in circumferential alignment with an outer periphery of the working air fan. This can be seen in Fig. 1 and is set forth in the specification at page 4, lines 29-30. It is respectfully submitted that this feature is not shown in the primary cited reference.

Claim 9 sets forth that the staked apertures 52 are inclined and in registration with the ramped surfaces to facilitate the smooth, laminar air flow. Basis for this amendment can be found at page 4, lines 27-28, wherein it states that the exhaust apertures 52 are in registration with the apertures 44 at the ends of the air flow passages 41 defined by the engaged ramped surfaces 40, 42. In the cited reference, it can be seen that the exhaust ports



- 6 -

30, although in communication with the volume chambers 33, are not in registration therewith which allows for air pressure buildup within the fan shell. Therefore, it is submitted that the registration feature is not shown or described in the cited reference and that claim 9 is allowable on its own merit.

In claim 10, the assembly includes the structural features of ramp walls provided by a diffuser and a fan end bracket as separate pieces. Moreover, the claim sets forth that the ramp walls are aligned with one another in such a manner that they extend from an outer periphery of the diffuser to an inner periphery in circumferential alignment with the outer periphery of the working air fan and then to the outer periphery of the diffuser. Clearly, this outer-inner-outer ramp wall is not shown in the cited reference which refers to the peripheral expulsion of air as opposed to a tangential expulsion of air. Therefore, it is respectfully submitted that claim 10 is allowable on its own merit.

Claim 11 sets forth that each corresponding first and second ramp surfaces and the first and second ramp walls form each of the air flow passages to uniformly exhaust the working air. This feature is not shown in any of the references made of record. Therefore, claim 11 is allowable on its own merit.

Claim 12 is directed to the same subject matter as claim 7, the only difference being that the fan end bracket and the diffuser are claimed as separate components. Additionally, specific components of the diffuser and the fan end bracket are claimed which are not present in the art made of record. Therefore, claim 12 is allowable.

Should the Examiner deem a telephone call to be beneficial in resolving any remaining matters or to place the claims in better form for allowance, the same would be greatly appreciated.

Respectfully submitted,

Ray L. Weber, Reg. No. 26,519
Andrew B. Morton, Reg. No. 37,400
Renner, Kenner, Grieve, Bobak,
Taylor & Weber
1610 First National Tower
Akron, Ohio 44308-1456
Telephone: (330) 761-6670
(330) 376-1242



Attorney Docket No: 4570.47