# EXHIBIT S

to the Affidavit of Michael J. Pospis in Support of Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,166,462 and 6,439,843 and for Invalidity of U.S. Patent No. 6,695,580

| Office Action Summary | Application No. 09/072,035 | Applicant(s) Finkenbinder et al. |
|---|---|---|
| | Examiner Karl Tamai | Group Art Unit 2834 |

☒ Responsive to communication(s) filed on __Oct 25, 1999__

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___3___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

☒ Claim(s) _7-12_

Of the above, claim(s) _____ is/are pending in the applicat

☐ Claim(s) _____ is/are withdrawn from consideration

☒ Claim(s) _7-12_ is/are allowed.

☐ Claim(s) _____ is/are rejected.

☐ Claims _____ is/are objected to.

_____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☒ The proposed drawing correction, filed on _Oct 25, 1999_ is ☒ approved ☐ disapproved.

☒ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All  ☐ Some*  ☒ None  of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- SEE OFFICE ACTION ON THE FOLLOWING PAGES ---

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-95)

Office Action Summary

Part of Paper No. __9__

Serial Number: 09/072,035

Art Unit: 2834

Attorney Docket: 4570.47

2

## DETAILED ACTION

### *Continued Prosecution Application*

1. The request filed on October 25, 1999 for a Continued Prosecution Application (CPA) under 37 CFR 1.53(d) based on parent Application No. 09/072,035 is acceptable and a CPA has been established. An action on the CPA follows.

### *Drawings*

2. The proposed drawing correction and/or the proposed substitute sheets of drawings, filed on October 25, 1999 have been approved.

### *Claim Rejections - 35 USC § 112*

3. The following is a quotation of the first paragraph of 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

4. Claims 7-12 are rejected under 35 U.S.C. 112, first paragraph, as containing subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventors, at the time the application was filed, had possession of the claimed invention.

Serial Number: 09/072,035

Art Unit: 2834

Attorney Docket: 4570.47

3

Claims 7-12 rejected under 35 U.S.C. 112, first paragraph, as containing subject matter which was not described in the specification in such a way as to enable one skilled in the art to which it pertains, or with which it is most nearly connected, to make and/or use the invention.

The specification does not enable or contain a full, clear, concise, and exact written description of the a diffuser/end bracket assembly with a plurality of circumferentially spaced ramped surfaces which form separate air flow passages tangentially and outwardly directed.

The specification does not enable or contain a full, clear, concise, and exact written description for what constitutes a staked aperture. For the purposes of advancing prosecution on the merits the examiner will assume a staked aperture is an inclined air guide on the shell(as shown in the drawings at 54).

5. The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

6. Claims 7-12 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. While applicant may be his or her own lexicographer, a term in a claim may not be given a meaning repugnant to the usual meaning of that term. See *In re Hill*, 161 F.2d 367, 73 USPQ 482 (CCPA 1947). The term "staked" in claims 7-12 and the specification is unclear and undefined in the specification, and does not relate to a "sharpened piece of wood or metal for driving into the ground"(See Webster's New Riverside University Dictionary). The examiner will assume the Applicant intend while the accepted meaning is "an inclined air passage".

Serial Number: 09/072,035

Art Unit: 2834

Attorney Docket: 4570.47

4

## Rejections - 35 USC § 103

7. The text of those sections of Title 35, U.S. Code not included in this action can be found in a prior Office action.

8. Claims 7-12 are rejected under 35 U.S.C. 103(a) as being unpatentable over Iwatake et al(JP,03-018,699('699)), Cole et al.(US 2,888,192), and Iwatake et al(JP 03-023,399) ('399). '699 teaches a motor 2 inherently having a shaft to drive fan working air fan17. '699 teaches a diffuser(18)/ endbracket (12) with a central aperture 25 for receiving the shaft and extending over the end of the motor 2 at 13,14. '699 teaches a fan shell 19 with a cylindrical wall 21 with inlet aperture 20 and uniformly staked exhaust apertures 22. '699 teaches an endbracket 12 with a single ramped 14 surface which is divided into a plurality of uniformly, circumferentially spaced ramped surfaces by the slanted surfaces 28 of the diffuser 14 which extend from the outer periphery to the inner periphery of the diffuser, and where the ramped surfaces provide a smooth follow of air from the fan 17 out of the shell 19 to prevent the buildup of pressure within the shell. '699 shows, in figure 1, the ramped surfaces 28 being circumferentially aligned with the working fan 17. '699 teaches the air passages being circumferential and outwardly directed, but not tangentially, without a pressure build up, or staked. Cole teaches the shell with a plurality of uniformly spaced openings, including flaps to allow the air to move in an approximate tangential fashion. Cole teaches the ramped surfaces in registration with the inclined, staked apertures. '399 teaches the apertures uniformly spaced and mated to the air flow passage to prevent a build

Serial Number: 09/072,035

Art Unit: 2834

Attorney Docket: 4570.47

5

up of pressure (figure 2). It would have been obvious to a person skilled in the art at the time of the invention to construct the motor of '699 with the air passages being tangentially and outwardly directed and exhausted tangentially from the shell because Cole teaches the air can be adjustably directed from the motor approximately tangentially to improve ventilation; and with the openings in the shell mated to the air flow passage, as in '399, to improve the suction efficiency of the motor blower.

### Response to Arguments

9. Applicant's arguments with respect to claims 7-12 have been considered but are moot in view of the new grounds of rejection.

10. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Karl I.E. Tamai whose telephone number is (703) 305-7066. The examiner can be normally contacted on Monday through Friday from 8:00 am to 5:00 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Mr. Nestor Ramirez, can be reached at (703) 308-1371. The facsimile number for the Group is (703) 305-3432.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist at (703) 308-0956.

Karl I Tamai
January 4, 2000

NESTOR RAMIREZ
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2800

| | **Notice of References Cited** | | Application No. 09/072,035 | Applicant(s) Finkenbinder et al. | | |
|---|---|---|---|---|---|---|
| | | | Examiner Karl Tamai | Group Art Unit 2834 | | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 2,888,192 | 5/1959 | Cole et al. | 310 | 62 |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | 3-018,699 | 1/1991 | Japan | Iwatake et al. | 417 | 366 |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

**NON-PATENT DOCUMENTS**

| | DOCUMENT (including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)        Notice of References Cited        Part of Paper No. 9