# EXHIBIT U

**to the Affidavit of Michael J. Pospis in Support of Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,166,462 and 6,439,843 and for Invalidity of U.S. Patent No. 6,695,580**

Japanese Kokai Patent Application No. Hei 3[1991]-18699

Translated from Japanese by the Ralph McElroy Translation Company
910 West Avenue, Austin, Texas 78701 USA

JAPANESE PATENT OFFICE

PATENT JOURNAL (A)

KOKAI PATENT APPLICATION NO. HEI 3[1991]-18699

| | |
|---|---|
| Int. Cl.$^5$: | F 04 D 29/44 |
| Sequence Nos. for Office Use: | 7532-3H |
| Filing No.: | Hei 1[1989]-151158 |
| Filing Date: | June 14, 1989 |
| Publication Date: | January 28, 1991 |
| No. of Claims: | 2 (Total of 5 pages) |
| Examination Request: | Not filed |

ELECTRIC AIR BLOWER

| | |
|---|---|
| Inventors: | Makoto Iwatake<br>Sanyo Electric Co., Ltd.<br>2-18 Keihanhondori,<br>Moriguchi-shi, Osaka-fu |
| | Takao Taruya<br>Sanyo Electric Co., Ltd.<br>2-18 Keihanhondori,<br>Moriguchi-shi, Osaka-fu |
| Applicants: | Sanyo Electric Co., Ltd.<br>2-18 Keihanhondori,<br>Moriguchi-shi, Osaka-fu |
| Agents: | Takushi Nishino,<br>patent attorney, and two others |

[There are no amendments to this patent.]

Claims

1. An electric air blower characterized in that it is comprised of a motor, a centrifugal fan attached to the rotary shaft of said motor, a diffuser located between said centrifugal fan and said

motor, and a fan cover, enclosing said centrifugal fan and said diffuser, which contains an air-intake opening at the center and a plurality of air outlets on the side surface, and which is attached to the motor frame, on which are formed consecutively on the circumference, between the contact surface of said diffuser and the outer peripheral surface where the side surface of said fan cover is pressed in, inclinations at an obtuse angle to said contact surface and said outer peripheral surface.

   2. The electric air blower of Claim 1 characterized in that said diffuser contains a plurality of inclined blades, which are at an angle from one side surface side to the other, at prescribed intervals with inclined passages formed between adjacent inclined blades that extend to said air outlets, where each of said inclined blades has a frame-facing end with a particular shape along the inclinations of said motor frame.


Detailed explanation of the invention
Industrial application field
   The present invention pertains to a so-called wet-type electric air blower that can suction air containing moisture.


Prior art
   An example of the wet-type electric air blower of the prior art is disclosed in Japanese Kokai Utility Model Application No. Sho 56[1981]-6352, which describes a blower with a constitution in which air containing moisture is exhausted from the side surface of the fan cover. As shown in Figure 4, the aforementioned electric air blower (60) of the prior art contains a plurality of air outlets (51) formed on the side surface of fan cover (50). The air flow discharged from centrifugal fan (52) passes through the outer peripheral portion of diffuser (53) and is exhausted from air outlets (51). Diffuser (53) contains no flow-adjustment blades from the outer peripheral portion to the central portion, and radiating flat plates are formed. The air flow discharged from centrifugal fan (52) is exhausted from fan cover (50) while almost no dynamic pressure is converted to static pressure in diffuser (53). Consequently, compared with a so-called dry-type electric air blower for the suction of moistureless air, the suction efficiency is significantly diminished, which is undesirable.


Problems to be solved by the invention
   The purpose of the present invention is to provide a type of electric air blower with a simple structure that can suction air containing moisture, and that can convert the air flow from dynamic pressure to static pressure so as to significantly increase the intake efficiency.

Means to solve the problems

The present invention provides an electric air blower characterized in that it is comprised of a motor, a centrifugal fan attached to the rotary shaft of said motor, a diffuser located between said centrifugal fan and said motor, and a fan cover, enclosing said centrifugal fan and said diffuser, which contains an air intake opening at the center and a plurality of air outlets on the side surface, and which is attached to the motor frame, on which are formed consecutively on the circumference between the contact surface of said diffuser and the outer peripheral surface where the side surface of said fan cover is pressed in, inclinations at an obtuse angle to said contact surface and said outer peripheral surface.

In addition, said electric air blower has a constitution in which said diffuser contains a plurality of inclined blades, which are at an angle from one side surface side to the other, at prescribed intervals with inclined passages formed between adjacent inclined blades that extend to said air outlets, where each of said inclined blades has a frame-facing end with a particular shape along the inclination of said motor frame.

Operation

With said constitution, the motor drives the centrifugal fan to rotate at high speed. Air is drawn in from the air intake on the fan cover and is exhausted from the outer peripheral portion of the centrifugal fan in the radial direction. The air flow passes through the passage composed of the motor frame, diffuser, and fan cover and is exhausted from the air outlets.

In this case, because inclinations are formed along the circumference on the outer peripheral portion of the contact surface of the diffuser in said motor frame, the air can be exhausted smoothly from the air outlets without resistance. At the same time, due to the inclinations, said passage is longer, so that the air can be converted from dynamic to static pressure before being exhausted from the air outlets.

In addition, because the frame-facing end of the inclined blades extends to said inclination of the inclined passage, the passage becomes correspondingly longer. As a result, the conversion of air from dynamic to static pressure can be performed even better, and the intake efficiency can be increased.

Application examples

In the following, the constitution of the electric air blower of the present invention will be explained with reference to an application example illustrated by Figures 1-3.

(1) represents a wet-type electric air blower that can suction air containing moisture. Motor (2) is located in the rear portion. Motor housing (5) of said motor (2) is composed of rear housing (3) and motor frame (4) that encloses the front opening of said rear housing (3). The

motor has a rotor and a stator. Cooling fan (7) is attached to rear rotary shaft (6) that projects backwards from rear case (3). Cooling air intake (8) is formed on the bottom of said rear case (3), facing said cooling fan (7). Cooling air outlet (9) is formed on the side surface. As said cooling fan (7) rotates, cooling air passes through the interior of motor housing (5).

As shown in Figure 2, said motor frame (4) is disk-shaped. It has diffuser contact surface (12) having bearing-holding pipe (11) of front rotary shaft (10) formed at the center, and annular, engaging outer peripheral surface (13) in the form of a collar shape on the peripheral portion. In addition, between said contact surface (12) and said outer peripheral surface (13), are consecutively formed in the shape of a ring, backward-facing inclinations (14) at obtuse an angle to said contact surface (12) and said outer peripheral surface (13).

(15) represents a centrifugal fan attached to the end of said front rotary shaft (10). As it rotates at high speed, air is drawn from central opening (16) and exhausted from peripheral opening (17).

(18) represents a disk-shaped diffuser, which is made from a synthetic resin, and arranged between said centrifugal fan (15) and said motor (2), and fixed to diffuser contact surface (12) of motor frame (4) by means of fastening screws.

(19) represents a metal fan cover, which covers said centrifugal fan (15) and said diffuser (18), and is attached to said motor frame (4). It has air intake (20) at the center, and a plurality of air outlets (22) arranged at prescribed intervals on peripheral side surface (21). Rear engaging edge (23) of said peripheral side surface (21) is pressed and fixed in said outer peripheral surface (13).

One side surface (24) of said diffuser (18), as the surface side facing said centrifugal fan (15) of said diffuser (18), has the form of a flat plate. Bearing hole (25) is formed through the central portion for holding bearing-holding cylinder (11) with play at the center. Also, on the outer peripheral portion of said diffuser (18), a plurality of outer peripheral edges (27) is formed consecutively at prescribed intervals along the outer peripheral portion and perpendicularly from one side surface (24) to the other side surface (26). On the outer surface of said outer peripheral edges (27), a plurality of inclined blades (28) is formed at an angle from one side surface (24) to the other side surface (26). Inclined passages (29) surrounded by said outer peripheral edges (27) and peripheral side surface (21) of said fan cover (19) are formed between said adjacent inclined blades (28), (28).

Said inclined blades (28) have frame-facing end (30) with a particular shape along slope (14) of said motor frame (4) on said other side surface (26). As a result, inclined fan portion (28) extends from and covers from inner side end (14a) to outer side end (14b) of slope (14) of motor frame (4).

On one of said side surfaces (24) of said inclined fan portion (28), flat plate-shaped ceiling part (31) is formed along the outside edge of said side surface (24). Said inclined passage (29) that has part of the beginning end covered by said ceiling part (31) forms a spiral-shaped chamber. As outer side end (14b) of slope (14) of said motor frame (4) faces the motor-side opening edge of said air outlet (22), said inclined passages (29) are connected to said air outlets (22), respectively.

When electric air blower (1) is turned on, centrifugal fan (15) rotates at high speed, so that air containing moisture is drawn through air intake (20) of fan cover (21) and exhausted in the radial direction from peripheral opening (17) on the periphery of centrifugal fan (15). The exhausted air flow passes from one side surface (24) of diffuser (18) through inclined passages (29) that form the spiral-shaped chambers and exit air outlets (22).

In this case, because inclinations (14) are formed along the circumference on the outer periphery of contact surface (12) of diffuser (18) in said motor frame (4), air can be smoothly exhausted from air outlets (22) without resistance. At the same time, due to inclinations (14), said inclined passages (29) are longer, and the air pressure is converted from dynamic to static pressure. In addition, since frame-facing end (30) of inclined fan portion (28) is extended to said slope (14), said inclined passages (29) are correspondingly smoothly extended. Consequently, the conversion from dynamic to static air pressure inside said inclined passage (29) is well performed, and then the air is exhausted from air outlets (22). As a result, the intake efficiency can be increased significantly.

Also, due to inclinations (14) on said motor frame (4), the exhausted air passing through said inclined passage (29) is at an acute angle to said air outlet (22). Consequently, air outlets (22) can be made small since there is still little influence from the small area of said air outlets (22).

Effect of the invention

Due to the inclinations formed on the motor frame of the electric air blower of the present invention with the aforementioned constitution, the air exhausted from the centrifugal fan can flow in the path formed by the motor frame, diffuser, and fan cover without resistance. Also, after a conversion from dynamic to static air pressure, the air is exhausted from the air outlets. Consequently, the intake efficiency can be increased with a simple constitution.

In addition, because the frame-facing end of the inclined fan portion is extended to said inclination, the inclined passage becomes correspondingly longer. Consequently, in said inclined passage, conversion from dynamic to static air pressure can be performed well. Consequently, the intake efficiency can be significantly increased for the obtained wet-type electric air blower.

Brief description of the figures

      Figures 1-3 illustrate an application example of the electric air blower of the present invention. Figure 1 is a partial-cutaway side view. Figure 2 is a cross-sectional view of the motor frame. Figure 3 illustrates the diffuser. (A) is a front view, (B) is a back view, and (C) is a partial-cutaway side view. Figure 4 is a partial-cutaway side view of the prior art.

| 2 | Motor |
|---|-------|
| 4 | Motor frame |
| 12 | Diffuser contact surface |
| 13 | Outer peripheral surface |
| 14 | Inclined surface |
| 15 | Centrifugal fan |
| 16 | Air intake |
| 18 | Diffuser |
| 19 | Fan cover |
| 22 | Air outlet |
| 28 | Inclined blade |
| 29 | Inclined passage |
| 30 | Frame-facing end |



Figure 1



Figure 2



Figure 3A



Figure 3B



Figure 3C



Figure 4