UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
:
JOHNSON ELECTRIC INDUSTRIAL :
MANUFACTORY, LTD. and JOHNSON :
ELECTRIC NORTH AMERICA, INC., : CASE NO. 03CV0098AVC
:
                Plaintiffs, :
:
  -against- : **NOTICE OF MOTION**
:
AMETEK, INC., :
:
                Defendant. :
:
------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the Memorandum of Points and Authorities, the supporting Affidavit of Stephen N. Weiss, the exhibits attached thereto, and all prior proceedings heretofore and herein, Plaintiffs and Counterclaim Defendants Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc. (collectively, "Johnson") by their attorneys, Moses & Singer LLP, hereby move this Court for an Order granting Johnson summary judgment:

      1.    of non-infringement of Ametek, Inc.'s ("Ametek") through-flow patents and dismissing Ametek's causes of action against Johnson for alleged breach of a through-flow motor patent license agreement, in light of Ametek's withdrawal of its through-flow motor infringement causes of action;

      2.    finding this to be an exceptional case under 35 U.S.C. § 285, entitling Johnson to reimbursement from Ametek of its reasonable attorney fees; and

3.  awarding Johnson, pursuant to 28 U.S.C. § 1927, excess costs, expenses, and attorneys' fees it incurred as a result of Ametek's counsel's unreasonable and vexatious multiplication of proceedings in the instant litigation.

Dated:  April 28, 2006
        New York, New York

Respectfully submitted,

*Stephen N. Weiss* (MJP)
Stephen Norman Weiss
(CT Fed. Bar No. CT 12717)
Gregory J. Fleesler
(CT Fed. Bar No. CT 24491)
MOSES & SINGER, LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel.: (212) 554-7800
Fax: (212) 554-7700

Edmund J. Ferdinand, III
(CT Fed. Bar. No. CT 21287)
GRIMES & BATTERSBY, LLP
488 Main Street 3rd floor
Norwalk, CT 06851
Tel.: (203) 849-8300
Fax: (203) 849-9300

*Attorneys for Plaintiffs/Counterclaim Defendants Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.*

TO:  Ray L. Weber, Esq.
     Renner, Kenner, Grieve, Bobak, Taylor & Weber
     400 First National Tower
     Akron, OH 44308

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
JOHNSON ELECTRIC INDUSTRIAL           :
MANUFACTORY, LTD. And JOHNSON         :   Affidavit of Service
ELECTRIC NORTH AMERICA, INC.,         :
                                      :
              Plaintiffs,             :
                                      :   03 CV0098 AVC
      -v-                             :
                                      :
AMETEK, INC.                          :
                                      :
              Defendant.              :
---------------------------------------------------------------x

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

Michael J. Pospis, being duly sworn, say:

I am not a party to this action, am over the age of eighteen, and reside in New York County in the State of New York.

On April 28, 2006, I served the within Motion for Summary Judgment With Respect to Ametek's Through-Flow Causes of Action, and Request for Attorney Fees Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927 and supporting papers, by depositing true copies thereof, enclosed in a wrapper addressed as shown below, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery:

       Ray L. Weber, Esq.
       Renner, Kenner, Grieve, Bobak, Taylor & Weber
       First National Tower
       400 First National Tower
       Akron, Ohio 44308

_____
Michael J. Pospis

Sworn to before me this 28th day of
April, 2006

_____
Notary Public

RAQUEL M. CONCEPCION
Notary Public, State of New York
No. 03-4948550
Qualified in Bronx County
Commission Expires Mar. 20, 2007

516896v1  007171.0103