UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
:
JOHNSON ELECTRIC INDUSTRIAL :
MANUFACTORY, LTD. and JOHNSON :
ELECTRIC NORTH AMERICA, INC., :    CASE NO. 03CV0098AVC
:
                    Plaintiffs, :
:
    -against- :
:
AMETEK, INC., :
:
                    Defendant. :
:
------------------------------------------------------x

**LOCAL RULE 56(a)1 STATEMENT
IN SUPPORT OF JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY, LTD.
AND JOHNSON ELECTRIC NORTH AMERICA, INC.'S MOTION FOR SUMMARY
JUDGMENT WITH RESPECT TO AMETEK'S THROUGH-FLOW CAUSES OF
ACTION, AND REQUEST FOR ATTORNEY FEES PURSUANT TO 35 U.S.C. § 285
<u>AND 28 U.S.C. § 1927</u>**

Declaratory judgment Plaintiffs Johnson Electric Industrial Manufactory, Ltd. ("JEI") and Johnson Electric North America, Inc. ("JENA") (collectively, "Johnson") submit, pursuant to D. Conn. L. Civ. R. 56(a)1, that there is no genuine issue to be tried with respect to the below material facts in connection with its accompanying Motion for Summary Judgment with Respect to Ametek's Through-Flow Causes of Action, and Request for Attorney Fees Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927 (the "Johnson Through-Flow Motion"):

1.  On March 10, 2006, Ametek announced that it "will withdraw its causes of action regarding the through-flow motors." (Ametek's attorney's March 10, 2006 e-mail to Johnson's attorney (a copy of which is attached as Exhibit 1 to the Affidavit of Stephen N. Weiss in Support of the Johnson Through-Flow Motion ("Weiss Aff.").)

2.  Repeatedly since 2003, and until March 10, 2006, Ametek asserted and maintained that Johnson's through-flow motors infringed 73 patent claims, involving eight patents in seven different countries. (*See,* Ametek's pleadings (Weiss Aff. Exhs. 4, 6), Ametek's interrogatory responses (Weiss Aff. Exhs. 9, 11, 13), and the transcripts of depositions of Ametek witnesses (Weiss Aff. Exhs. 19, 20).)

3.  In conjunction with its causes of action, Ametek sought from Johnson monetary damages, including costs and attorney fees under 35 U.S.C. 285, as well as injunctive relief. (*See,* Ametek's pleadings (Weiss Aff. Exhs. 4, 6).)

4.  From 2003 until March 10, 2006, Johnson has defended against Ametek's claims by, among other things: (a) traveling around the world to interview and retain foreign law experts; (b) conducting international prior art searches; (c) obtaining discovery documents from various Johnson international locations in response to Ametek's numerous document requests; (d) deposing Ametek witnesses at their offices in Ohio; and (e) preparing and serving expert reports from each of Johnson's retained foreign law experts, U.S. Patent Procedure experts, and technical experts, addressing non-infringement and invalidity of seventy-three international patent claims. (*See, e.g.,* the instant motion papers; Johnson's five expert reports (Weiss Aff Exhs. 14, 15, 16, 17, 18); Johnson's interrogatories (Weiss Aff. Exhs. 8, 10, 12); and the transcripts of depositions of Ametek witnesses (Weiss Aff. Exhs. 19, 20).)

5.  During the pendency of this action, Ametek never took a single deposition, never retained any experts, and never served any expert reports, nor any reports in opposition to Johnsons' expert reports. (Weiss Aff., at ¶ 27.)

6.  Although Ametek designated two in-house experts, it withdrew those designations on the eve of their depositions, after Johnson had prepared for them and booked travel arrangements to Ohio. (*See*, Defendant's Designation of Trial Experts (Weiss Aff. Exh. 22); Ametek's attorney's February 13, 2006 e-mail to Johnson's attorney (Weiss Aff. Exh. 24); and confirmations regarding said depositions (Weiss Aff. Exh. 23).)

Dated: April 28, 2006
New York, New York

Respectfully submitted,

*Stephen N. Weiss (MJP)*
Stephen Norman Weiss
(CT Fed. Bar No. CT 12717)
Gregory J. Fleesler
(CT Fed. Bar No. CT 24491)
MOSES & SINGER, LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel.: (212) 554-7800
Fax: (212) 554-7700

Edmund J. Ferdinand, III
(CT Fed. Bar. No. CT 21287)
GRIMES & BATTERSBY, LLP
488 Main Street 3rd floor
Norwalk, CT 06851
Tel.: (203) 849-8300
Fax: (203) 849-9300

*Attorneys for Plaintiffs/Counterclaim Defendants Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.*

3