# EXHIBIT 1

to the Affidavit of Stephen N. Weiss in Support of Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.'s Motion for Summary Judgment With Respect to Ametek's Through-Flow Causes of Action, and Request for Attorney Fees Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927

**Stephen Weiss**

From: Ray Weber [rlweber@rennerkenner.com]
Sent: Friday, March 10, 2006 11:29 AM
To: Stephen Weiss
Subject: Re: Johnson v. Ametek

Stephen Weiss wrote:

> Hi Ray: hope you had a good trip back. As you know dispositive motions in our case are due no later than April 30th. We are about to start work on ours. In order to avoid uncessary work and mitigate sec 285 relief, if attorneys fees are awarded, please let us know if you intend to withdraw your causes of action directed to the through-flow motors as you had mentioned in an earlier email. Would appreciate hearing from you by end of this week, since we will start in earnest on our motions on Monday.
>
> regards,
>
> snw

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*****************************************************************

This message is being sent from a Law Firm and may contain CONFIDENTIAL or PRIVILEGED information. If you are not the intended recipient, do not printout, copy or distribute this message or any attachments. Advise the sender immediately by reply e-mail, and delete this message and attachments without retaining a copy.

Dear Steve:

Ametek will withdraw its causes of action regarding the through-flow motors.

Sincerely,

Ray