# EXHIBIT 12

to the Affidavit of Stephen N. Weiss in Support of Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.'s Motion for Summary Judgment With Respect to Ametek's Through-Flow Causes of Action, and Request for Attorney Fees Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
: 
JOHNSON ELECTRIC INDUSTRIAL : CASE NO. 03 CV0098 AVC
MANUFACTORY, LTD. And JOHNSON :
ELECTRIC NORTH AMERICA, INC., :
: 
: **PLAINTIFFS' FIFTH SET OF**
Plaintiffs, : **INTERROGATORIES (Nos. 9-10)**
:
-against- :
:
AMETEK, INC., :
:
Defendant. :
:
---------------------------------------------------------x

**PLEASE TAKE NOTICE** that plaintiffs Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc. (collectively, "Plaintiffs" or "Johnson") hereby, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, serve upon Defendant the following interrogatories. These interrogatories are to be answered separately in writing under oath within thirty (30) days after the date of service hereof.

## DEFINITIONS

1. The definitions used herein are the same as those used in Johnson's Fourth Set of Requests For Documents and Things, of even date herewith.

494997

1

## **INTERROGATORIES**

9.  With respect to each trial expert designated by Ametek (i.e., James Shawcross and Roger Smith), set forth with particularity the following:

    a.  a complete statement of all opinions to be expressed and the basis and reasons therefor;

    b.  the data or other information considered by the witness in forming the opinions;

    c.  any exhibits to be used as a summary of or support for the opinions;

    d.  the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years;

    e.  the compensation to be paid for the study and testimony; and

    f.  a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

10.  With respect to each statement made within each of Johnson's expert witness reports served in this action (i.e., those of Roger Baines, Professor John R. Thomas, Professor Joseph Straus, Arturo Reyes, and Douglas Clark) or in any of the exhibits attached thereto, set forth with particularity:

    a.  each contradictory or inconsistent statement that Ametek will present and/or rely upon in this action; and

    b.  the basis and reasons for each such contradictory or inconsistent statement,

including but not limited to:

i. all facts Ametek will present and/or rely upon in support of each such contradictory or inconsistent statement, and the exhibits to be used as a summary thereof or in support therefor; and

ii. all legal argument Ametek will present and/or rely upon in support of each such contradictory or inconsistent statement, and the legal authority and/or exhibits to be used as a summary thereof or in support therefor.

Dated: December 13, 2005
New York, New York

MOSES & SINGER, LLP

Stephen Norman Weiss (CT 12717)
Gregory J. Fleesler (CT 24491)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel.: (212) 554-7800
Fax: (212) 554-7700

GRIMES & BATTERSBY, LLP
Edmund J. Ferdinand, III (CT 21287)
488 Main Avenue, 3rd floor
Norwalk, CT 06851
Tel.: (203) 849-8300
Fax: (203) 849-9300

*Attorneys for Plaintiffs/Counterclaim Defendants Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.*

494997

3