# EXHIBIT 22

to the Affidavit of Stephen N. Weiss in Support of Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.'s Motion for Summary Judgment With Respect to Ametek's Through-Flow Causes of Action, and Request for Attorney Fees Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Johnson Electric Industrial Manufactory, Ltd. et al.<br><br>Plaintiffs<br><br>v.<br><br>Ametek, Inc.<br><br>Defendant | )<br>)<br>) Civil Action No: 303CV0098AVC<br>)<br>)<br>)<br>)<br>)<br>)<br>) November 1, 2005 |

**DEFENDANT'S DESIGNATION OF TRIAL EXPERTS**

Now comes Defendant, Ametek, Inc., and designates the following as trial experts in this matter:

1. James Shawcross

2. Roger Smith

Both individuals are in the employ of Defendant and will be made available for deposition by Plaintiffs. Mr. Shawcross will testify as to issues of infringement and patent validity and enforceability. Mr. Smith will testify as to issues of damages.

Respectfully submitted,

By: /s/ Ray L. Weber
Ray L. Weber (CT 02148)
Renner, Kenner, Greive, Bobak,
Taylor & Weber
Fourth Floor, First National Tower
Akron, Ohio 44308
Telephone: (330) 376-1242
Facsimile: (330) 376-9646
rlweber@rennerkenner.com

By: _____
Ben A. Solnit (CT 00292)
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510
Telephone: (203) 784-8205
Facsimile: (203) 777-1181
bsolnit@tylercooper.com

Attorneys for Defendant
Ametek, Inc.

## CERTIFICATE OF SERVICE

A true copy of the foregoing **DEFENDANT'S DESIGNATION OF TRIAL EXPERTS** was served via first class mail, postage prepaid upon the following this 1st day of November, 2005.

Edmund J. Ferdinand, III, Esq.
Grimes & Battersby, LLP
488 Main Ave., Third Floor
Norwalk, CT 06851

Stephen N. Weiss, Esq.
Gregory J. Fleesler, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
New York, NY 10019

Ben A. Solnit (CT 00292)