# EXHIBIT 23

to the Affidavit of Stephen N. Weiss in Support of Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.'s Motion for Summary Judgment With Respect to Ametek's Through-Flow Causes of Action, and Request for Attorney Fees Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927

Bish & Associates, Inc.
159 South Main Street Suite 812
Akron, OH 44308-1318
(330) 762-0031   Fax (330) 762-0300

# CONFIRMATION OF SCHEDULING

Confirmation No. __MOSE13 2322__   Date: __February 9, 2006__

Attn: __Mr. Stephen N. Weiss__

Firm: __Moses & Singer__
__405 Lexington Ave., New York, NY 10174__

Fax No.: __(212) 554-7700__

This letter is being sent as a confirmation relating to the scheduling of the following deposition(s):

STYLE OF CASE: __Johnson Electric vs. Ametek__

WITNESS(ES): _____

DEPOSITION DATE: __02/15/06__   TIME: __10:00a*__

LOCATION: __*** Renner, Kenner, 4th Floor First National Tower__

REMARKS: __We scheduled Mirror Image__

VIDEO: __X__ Yes ____ No    SUBPOENA: ____ Yes __X__ No

INTERPRETER: ____ Yes __X__ No   Language: _____

You will receive a telephone call from our office the day prior to this scheduled deposition to reconfirm this appointment.

If we can be of any further assistance, please call __(330) 762-0031__ and ask for Bill or Chris, or email us at bishassociates@neo.rr.com.

Bish & Associates, Inc.
159 South Main Street Suite 812
Akron, OH 44308-1318
(330) 762-0031   Fax (330) 762-0300

# CONFIRMATION OF SCHEDULING

Confirmation No. __MOSE13 2325__   Date: __February 9, 2006__

Attn: __Mr. Stephen N. Weiss__

Firm: __Moses & Singer__
__405 Lexington Ave., New York, NY 10174__

Fax No.: __(212) 554-7700__

This letter is being sent as a confirmation relating to the scheduling of the following deposition(s):

STYLE OF CASE: __Johnson Electric vs. Ametek__

WITNESS(ES): _____

DEPOSITION DATE: __02/16/06__   TIME: __10:00a*__

LOCATION: __*** Renner, Kenner, 4th Floor First National Tower__

REMARKS: __We scheduled Mirror Image__

VIDEO: __X__ Yes ____ No     SUBPOENA: ____ Yes __X__ No

INTERPRETER: ____ Yes __X__ No   Language: _____

You will receive a telephone call from our office the day prior to this scheduled deposition to reconfirm this appointment.

If we can be of any further assistance, please call __(330) 762-0031__ and ask for Bill or Chris, or email us at bishassociates@neo.rr.com.