UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Johnson Electric Industrial Manufacturing, Ltd. et al. )<br>)<br>)<br>      Plaintiffs )<br>v. )<br>)<br>Ametek, Inc. )<br>)<br>      Defendant )| Civil Action No: 303CV0098AVC<br><br><br><br><br><br>May 16, 2006 |

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Now comes Defendant, Ametek, Inc. ("Ametek"), and moves this Court for an Order extending the periods for response and reply briefs to the Summary Judgment Motions now pending before this Court. This is the first request to extend the time for filing the response and reply briefs, and counsel for Plaintiffs, Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc. ("Johnson"), have been consulted and consent to this motion and requested extensions.

Because this case involves multiple patents and several accused products, the parties stipulated to the filing of "two separate dispositive motions, one concerning the causes of action relating to the 'through-flow' motors (including the license and the two U.S. and six foreign patents relating thereto) and the other concerning the 'by-pass' motors (including the three U.S. patents relating thereto." (Doc. No. 58) This Court granted such stipulation (Doc. No. 59). As a consequence, Johnson has filed and served two separate summary judgment motions, one addressing multiple issues regarding the through-flow motors and the other addressing multiple issues regarding the by-pass motors. Ametek has filed a summary judgment motion directed to one of the by-pass motors.

In effect, the Order of Doc. No. 59 allowed a doubling of the number of dispositive motions that could be filed, but did not address the periods of time allotted for responding or replying to the same.

Counsel for Ametek cannot possibly respond to the Motions by the response date of May 22, 2006. Ametek's counsel has been away from his office for the majority of the weeks of May 1 and May 8, 2006, addressing *Markman* issues in another case and attending to personal matters attendant to his wife's week-long hospital stay following surgery. Accordingly, Ametek's counsel is only now able to begin work on the two briefs and address other time-sensitive issues, as well. But, Ametek's counsel will be out of his office for an appeal argument in Washington, D.C. on Wednesday, May 17, 2006, and in a full-day court-directed mediation on Friday, May 19, 2006.

In light of the foregoing, the parties have conferred and agreed, subject to this Court's approval, that responsive briefs to the pending dispositive motions will be filed and served on or before June 12, 2006, and that reply briefs will be filed and served on or before July 7, 2006.

In light of the foregoing, it is respectfully presented that the request herein is reasonable, and favorable action on the same is most earnestly and respectfully solicited.

Respectfully submitted,

*/s/ Ray L. Weber (DAJ)*
Ray L. Weber (CT02148)
Renner, Kenner, Greive, Bobak,
Taylor & Weber
Fourth Floor, First National Tower
Akron, Ohio 44308
(330) 376-1242
(330) 376-9646
rlweber@rennerkenner.com

*[signature]*

Ben A. Solnit (CT00292)
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510
Tel: 203-784-8205
Fax: 203-777-1181
bsolnit@tylercooper.com

Attorneys for Defendant, Ametek, Inc.

## CERTIFICATE OF SERVICE

A true copy of the foregoing **UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE** was served upon the following this 16th day of May, 2006, as indicated:

| | |
|---|---|
| Edmund J. Ferdinand, III (203) 849-9300<br>Grimes & Battersby, LLP<br>488 Main Ave., Third Floor<br>Norwalk, CT 06851 | (first class mail) |
| Stephen N. Weiss (212) 554-7700<br>Moses & Singer LLP<br>405 Lexington Ave.<br>The Chrysler Building<br>New York, NY 10174 | (overnight mail) |

*[signature]*

Ben A. Solnit (CT00292)