*3:03CV98(AVC) May 22, 2006. GRANTED. The defendant shall have to and including June 12, 2006, to respond to the pending summary judgment motions. SO ORDERED. /s/ Alfred V. Covello, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Johnson Electric Industrial Manufacturing, Ltd. et al. | ) ) ) | |
| Plaintiffs | ) ) | Civil Action No: 303CV0098AVC |
| v. | ) ) | |
| Ametek, Inc. | ) ) ) | |
| Defendant | ) | May 16, 2006 |

## UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

Now comes Defendant, Ametek, Inc. ("Ametek"), and moves this Court for an Order extending the periods for response and reply briefs to the Summary Judgment Motions now pending before this Court. This is the first request to extend the time for filing the response and reply briefs, and counsel for Plaintiffs, Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc. ("Johnson"), have been consulted and consent to this motion and requested extensions.

Because this case involves multiple patents and several accused products, the parties stipulated to the filing of "two separate dispositive motions, one concerning the causes of action relating to the 'through-flow' motors (including the license and the two U.S. and six foreign patents relating thereto) and the other concerning the 'by-pass' motors (including the three U.S. patents relating thereto." (Doc. No. 58) This Court granted such stipulation (Doc. No. 59). As a consequence, Johnson has filed and served two separate summary judgment motions, one addressing multiple issues regarding the through-flow motors and the other addressing multiple issues regarding the by-pass motors. Ametek has filed a summary judgment motion directed to one of the by-pass motors.