# EXHIBIT M

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
2/24 20 05
Robin D. Tabora, Clerk
By _____ Deputy Clerk

---------------------------------------------x
JOHNSON ELECTRIC INDUSTRIAL
MANUFACTORY, LTD. and JOHNSON
ELECTRIC NORTH AMERICA, INC.,

    Plaintiffs,

-against-

AMETEK, INC.,

    Defendant.
---------------------------------------------x

CASE NO. 03 CV0098 AVC

JOINT CLAIM CONSTRUCTION
STATEMENT

Plaintiffs Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America (collectively "Johnson"), and Defendant Ametek, Inc. ("Ametek"), pursuant to order of this Court dated November 19, 2004, respectfully submit the following Joint Claim Construction Statement.

A. **Construction of Claim Terms on Which the Parties Agree**

 1. **U.S. Patent No. 5,734,214**

| Terms as to Which the Parties Agree With Respect to U.S. Patent No. 5,734,214 | | | |
|---|---|---|---|
| Pat. No. | Claim | Term | Agreed Definition |
| 5,734,214 | 1 | circumferential flange portion | a circular flat surface |

447910v2 007171.0103

| Pat. No. | Claim | Term | Agreed Definition |
|---|---|---|---|
| 5,734,214 | 1 | plurality of ramp surfaces extending from said flange portion | more than one sloping surface extending from the flange |
| 5,734,214 | 1 | a direction away from said cup portion | a direction away from the body of the motor |
| 5,734,214 | 1 | scalloped ramp surfaces | curved sloping surfaces |
| 5,734,214 | 1 | curvilinear vane members | curved blades |
| 5,734,214 | 1 | radiating from said shaft aperture | spreading out from said shaft aperture |
| 5,734,214 | 1 | expanding air chamber | a space or cavity that gets larger |
| 5,734,214 | 1 | adapted to matingly engage | made suitable for fitting together by interlocking |
| 5,734,214 | 1 | substantially radially inwardly | substantially toward center of cup along a radius |
| 5,734,214 | 2 | field retaining means | a device that holds the field assembly in a particular place or position |
| 5,734,214 | 3 | field retaining walls | vertical boundaries for holding field in place |
| 5,734,214 | 3 | abutment surface | surface touching the field |
| 5,734,214 | 3 | field seat | base upon which field rests |
| 5,734,214 | 3 | field guide rib | raised piece to guide the field |

447910 007171.0103

2

2. **U.S. Patent No. 6,309,180**

| Pat. No. | Claim | Term | Agreed Definition |
|---|---|---|---|
| 6,309,180 | 1 | plurality of scallops | more than one curved edge |
| 6,309,180 | 1 | disposed around an outer periphery | arranged around an outer or surrounding region |
| 6,309,180 | 1 | curved wall | a continuously bending vertical boundary |
| 6,309,180 | 1 | curvilinear ramp surface | a curved sloping surface |
| 6,309,180 | 1 | curvilinear walls | vertical boundaries formed by curved lines |
| 6,309,180 | 1 | to define air chambers | to determine or fix boundaries of a space or cavity for air |
| 6,309,180 | 1 | terminating prior to reaching | ending before arriving at |
| 6,309,180 | 3 | step | a change in elevation like a step of a stairway |
| 6,309,180 | 3 | substantially perpendicularly extending | stretching out to a great extent at a right angle |

447910 007171.0103

3. <u>U.S. Patent No. 6,166,462</u>

**Terms as to Which the Parties Agree with Respect to U.S. Patent No. 6,166,462**

| Pat. No. | Claim | Term | Agreed Definition |
|---|---|---|---|
| 6,166,462 | 1 | diffuser/fan end bracket assembly | a group of parts comprising a structure with flow passages to decelerate a stream of air from a fan, and a structure receiving the fan, where a fan is a device for generating a current of air |
| 6,166,462 | 1 | received over an end of said motor | held or contained so as to cover an end of the motor |
| 6,166,462 | 1 | working air fan received upon said shaft | the fan used to create the vacuum is held or contained on the shaft |
| 6,166,462 | 1 | a fan shell having a cylindrical sidewall received over said diffuser/fan end bracket assembly | a fan cover with a cylindrical sidewall held or contained so as to cover the diffuser/fan end bracket assembly |
| 6,166,462 | 1 | sidewall | vertical boundary on the side |
| 6,166,462 | 1 | exhausting it tangentially outwardly | emptying the contents along a tangent away from the motor |
| 6,166,462 | 1 | uniformly circumferentially spaced ramped surfaces | uniformly circumferentially spaced sloping surfaces |
| 6,166,462 | 1 | plurality of separate air flow passages | more than one separate channel for air |
| 6,166,462 | 1 | tangentially and outwardly directed | along a tangent away from the motor |

| Pat No | Claim | Term | Agreed Definition |
|---|---|---|---|
| 6,166,462 | 1 | smooth | uniform |
| 6,166,462 | 1 | laminar | not turbulent |
| 6,166,462 | 1 | without buildup of pressure within said fan shell | absent an amassing or accumulation of force applied uniformly over a surface within the fan shell |
| 6,166,462 | 1 | ramped surfaces | sloping surfaces |
| 6,166,462 | 1 | ramp wall | a vertical boundary of a sloping surface |
| 6,166,462 | 1 | extends from an outer periphery of said diffuser to an inner periphery in circumferential alignment with an outer periphery of said working air fan | starts from an outer boundary of the diffuser, and continues to an inner boundary of the diffuser, in a proper state of adjustment or in a straight line position with the outer boundary of the working air fan |
| 6,166,462 | 1 | correspondingly engage | fitting together and agreeing in position |
| 6,166,462 | 1 | extending from the inner periphery in circumferential alignment with the outer periphery of said working air fan to an outer periphery of said diffuser | continuing from an inner boundary of the diffuser, which is in a proper state of adjustment or in a straight line position with the outer boundary of the working air fan, to an outer boundary of the diffuser |

447910 007171.0103

5

**Terms as to Which the Parties Agree With Respect to U.S. Patent No. 6,166,462**

| Pat. No. | Claim | Term | Agreed Definition |
|---|---|---|---|
| 6,166,462 | 2 | an innermost periphery of said ramped surfaces are in circumferential alignment with an outer periphery of said working air fan | an innermost boundary of said inclined surfaces are in a proper state of adjustment or in a straight line position with an outer boundary of said working air fan |
| 6,166,462 | 3 | inclined | sloped |
| 6,166,462 | 3 | in registration | aligned |
| 6,166,462 | 4 | uniformly exhaust the working air | smoothly let out the working air |

4. **U.S. Patent No. 6,439,843**

**Terms as to Which the Parties Agree With Respect to U.S. Patent No. 6,439,843**

| Pat. No. | Claim | Term | Agreed Definition |
|---|---|---|---|
| 6,439,843 | 1 | an end bracket | a support structure at an end of the motor |
| 6,439,843 | 1 | partially enclosing | surrounding to a degree |
| 6,439,843 | 1 | plurality of vanes | more than one blade |
| 6,439,843 | 1 | form a fan chamber | create a cavity for the fan |
| 6,439,843 | 1 | receives said working air fan | holds or contains the working air fan |
| 6,439,843 | 3 | maximize the flow of working air | make the flow of working air as great as possible |

| Pat. No | Claim | Term | Agreed Definition |
|---|---|---|---|
| 6,439,843 | 8 | leading end | starting point, nearest the fan |
| 6,439,843 | 8 | trailing end | ending point, nearest the shroud |
| 6,439,843 | 10 | plurality of vanes that form a fan chamber that receives said working air fan | more than one blade that is used to create a cavity which holds or contains said working air fan |
| 6,439,843 | 10 | sloping shoulder such that said vanes slope in a corresponding manner | a slanted or angled area around the edge of a higher part connecting it to a lower part such that the vanes slant or angle in a corresponding manner |
| 6,439,843 | 11 | downwardly sloping shoulder | a downwardly slanted or angled area around the edge of a higher part connecting it to a lower part |
| 6,439,843 | 11 | trailing end extending radially along said sloping shoulder | ending point nearest the shroud extending radially along the sloping shoulder |
| 6,439,843 | 11 | trailing ends | ending points, nearest the shroud |
| 6,439,843 | 11 | collects prior to exiting | accumulates prior to exiting |

447910 007171.0103

7

| Pat. No. | Claim | Term | Agreed Definition |
|---|---|---|---|
| 6,439,843 | 12 | wherein said end bracket has a downwardly sloping shoulder and wherein each said vane has a leading end and a trailing end | wherein said end bracket has a downwardly slanted or angled area around the edge of a higher part connecting it to a lower part and wherein each said vane has a starting point nearest the fan and an ending point nearest the shroud |
| 6,439,843 | 13 | wherein each said vane has a top edge extending between a leading end to a trailing end, and wherein said shroud is in touching contact with at least a portion of said top edges | wherein each said blade has a top boundary continuing from a starting point nearest the fan to an ending point nearest the shroud, and wherein said shroud is in touching contact with at least a portion of said top boundary |
| 6,439,843 | 14 | wherein said shroud is in touching contact with each said vane proximal said leading ends so as to enclose at least a portion of each said channel | the shroud is in touching contact with each vane near each vane's leading end, so as to enclose at least a portion of each channel |
| 6,439,843 | 16 | bracket | a support structure |
| 6,439,843 | 16 | shoulder | area around the edge of a higher part connecting it to a lower part |
| 6,439,843 | 17 | said plurality of vanes extending almost to said outer rim | the plurality of vanes extend near to, but do not come in contact with, said outer rim |

447910 007171.0103

8

**Terms as to Which the Parties Agree With Respect to U.S. Patent No. 6,439,843**

| Pat. No. | Claim | Term | Agreed Definition |
|---|---|---|---|
| 6,439,843 | 20 | adjacent vanes form gradually expanding channels therebetween | vanes next to each other create gradually expanding passageways therebetween |

5.   U.S. Patent No. 6,695,580

**Terms as to Which the Parties Agree With Respect to U.S. Patent No. 6,695,580**

| Pat. No. | Claim | Term | Agreed Definition |
|---|---|---|---|
| 6,695,580 | 1 | channels | passageways |
| 6,695,580 | 1 | slope downwardly and outwardly away | slope downward and outward away |
| 6,695,580 | 1 | circumferential alignment | a proper state of adjustment or in a straight line position |
| 6,695,580 | 2 | gradually expand as they get closer to said at least one exhaust aperture | gradually get larger as they approach at least one exhaust opening |

B. **Construction of Claim Terms on Which the Parties Disagree**

1. **U.S. Patent No. 6,309,180**

| Pat. No. | Claim | Term | Joint Proposed Definition | Alternate Proposed Definition |
|---|---|---|---|---|
| 6,309,180 | 1 | separated apart and disconnected from each other | not joined to one another by virtue of a corner or other structural feature that extends from the second side of the main body portion | set at a distance in place or position and individually divided |
| 6,309,180 | 5 | wherein the height of each said curvilinear wall is significantly reduced prior to reaching said shaft aperture, thereby forming a flow chamber contiguous with said air chambers | the height of each of the plurality of walls that form a given flow chamber is reduced by a large percentage of said height, the continuation of said reduced height walls forming an adjacent chamber through which air flows | the distance from the base to the top of each curvilinear wall is diminished by a fairly large amount before arriving at said shaft aperture, thereby developing an enclosed space accommodating movement sharing an edge or boundary with said air chambers |

447910 007171.0103

10

2. <u>U.S. Patent No. 6,439,843</u>

| Pat. No. | Claim | Term | Johns's Proposed Definition | Appellees' Proposed Definition |
|---|---|---|---|---|
| 6,439,843 | 1 | closely disposed about said outer periphery exhaust region | near and on the same plane as the outer boundary of the fan | placed near and all around the outside perimeter of the area where the air is let out |
| 6,439,843 | 11 | gathering chamber | the space or cavity formed between the trailing ends of the vanes and the shroud wherein the trailing ends of the vanes are not positioned directly against the surface of the shroud | an enclosed space for accumulation of working air |
| 6,439,843 | 17 | defining a gathering chamber | marking out the boundaries or limits of the space or cavity formed between the trailing ends of the vanes and the shroud, wherein the trailing ends of the vanes are not positioned directly against the surface of the shroud | delineating the outline or form of an enclosed space for accumulation of air |

447910 007171.0103

11

02/14/2005 Case 3:03-cv-00098-AVC   Document 70-5   Filed 06/09/2006   Page 13 of 13
MOSES & SINGER                                                        ☑013
Case 3:03-cv-00098-AVC   Document 48   Filed 02/24/2005   Page 12 of 12

Dated: February 14, 2005
New York, New York

Respectfully submitted,

*Gregory Fleesler*

*Ray L. Weber*

Stephen Norman Weiss
(CT Fed. Bar No. CT 12717)
Gregory Fleesler
(CT Fed. Bar No. CT 24491)
MOSES & SINGER, LLP
1301 Avenue of the Americas
New York, New York 10019
Tel.: (212) 554-7800
Fax: (212) 554-7700

Edmund J. Ferdinand, III
(CT Fed. Bar. No. CT 21287)
GRIMES & BATTERSBY, LLP
488 Main Street 3rd floor
Norwalk, CT 06851
Tel.: (203) 849-8300
Fax: (203) 849-9300

*Attorneys for Plaintiffs/Counterclaim Defendants Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.*

Ray L Weber
(CT Fed. Bar No. CT 02148)
Renner, Kenner, Greive, Bobak, Taylor & Weber
Fourth Floor, First National Tower
Akron, OH 44308
Tel: (330) 376-1242
Fax: (330) 376-9646

Ben A. Solnit
(CT Fed. Bar No. CT 00292)
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510
Tel: (203) 784-8205
Fax: (203) 777-1181

*Attorneys for Defendants/Counterclaim Plaintiffs Ametek, Inc.*

447910 007171.0103

12