## AFFIDAVIT OF SERVICE

Robert Rzeczkowski, being duly sworn, says:

I am not a party to this action, am over the age of eighteen, and reside in Bergen County in the State of New Jersey. I certify under penalties of perjury that:

On June 8, 2006, I served the within Johnson's Opposition to Ametek's Motion for Summary Judgment Regarding Infringement and Validity of U.S. Patent No. 6,695,580, including the:
    1) Memorandum in Opposition;
    2) Local Rule 56(a)2 Statement; and
    3) Appendix,
by depositing a true copy thereof, via Federal Express, upon the following counsel:

    Ray L. Weber, Esq.
    Renner, Kenner, Grieve, Bobak,
    Taylor & Weber
    First National Tower
    400 First National Tower
    Akron, Ohio 44308

    *Counsel for Defendant*
    *Ametek, Inc.*

    _____
    Robert Rzeczkowski

524765v1 007171.0103