UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Johnson Electric Industrial Manufactory, Ltd. et al.<br><br>　　　　　Plaintiffs<br><br>v.<br><br>Ametek, Inc.<br><br>　　　　　Defendant | Civil Action No: 303CV0098AVC<br><br><br><br>June 12, 2006 |

**LOCAL RULE 56(a)(2) STATEMENT OF AMETEK, INC'S IN OPPOSITION TO JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY LTD. AND JOHNSON ELECTRIC NORTH AMERICA INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 6,166,452 AND 6,439,843 AND FOR INVALIDITY OF U.S. PATENT NO. 6,695,580**

Now comes Defendant, Ametek, Inc. ("Ametek") and submits, pursuant to D.Conn.L.Civ.R. 56(a)2, that there are genuine issues to be tried with respect to the material facts advanced by Plaintiffs (jointly, "Johnson") in their Motion identified in the caption, above. Ametek addresses the facts alleged by Johnson to be material in the same paragraphical order as presented in Johnson's Local Rule 56(a)(1) Statement herein:

1. Ametek admits.

2. Ametek admits.

1

3. Ametek admits.

4. Ametek admits.

5. Ametek admits.

6. Ametek admits.

7. Ametek denies, to the extent that this statement suggests that the doctrine of equivalents was directed to the outer-inner-out limitation, which it was not. (Defendant's Answers to Plaintiffs' First Set of Interrogatories Nos. 1-4) (Pospis Aff., Ex. I pp. 19-20)(Shawcross Dep., p. 143, l. 16 - p. 145, l. 9, attached as Ex. A to Ametek's Brief) (Shawcross Aff. ¶6, attached as Ex. B to Ametek's Brief).

8. Ametek admits.

9. Ametek denies. The word "comprising" is open ended in patent claims. See also (Shawcross Dep., p. 120, l. 44 - p. 123, l. 9 and Ex. 13 of that deposition, attached as Ex. A to Ametek's Brief) (Shawcross Aff., ¶8, attached as Ex. B to Ametek's Brief) (Pospis Aff., Ex. D attached to Johnson's Brief).

10. Ametek denies. The ramps, vanes, and blade of the diffuser end bracket, along with the top surface thereof, form a chamber that receives the working air fan. (Shawcross Dep., p. 120, l. 44 - p. 123, l. 9 and Ex. 13 of that deposition, attached as Ex. A to Ametek's Brief)

(Shawcross Aff., ¶8, attached as Ex. B to Ametek's Brief) (Pospis Aff., Ex. D attached to Johnson's Brief).

     11.    Ametek admits.

     12.    Ametek admits.

     13.    Ametek denies (Shawcross Dep., p. 125, l. 23 - p. 127, l. 4; p. 162, l.5 - p. 163, l. 22, attached as Ex. A to Ametek's Brief) (Shawcross Aff. ¶10, attached as Ex. B to Ametek's Brief).

## Disputed Issues of Material Fact

     1.    Is the outer-inner-outer limitation literally present in the U66 Motor., Assembly?

     2.    Do either of the U66 or U82 Motor Assemblies have a cavity in their diffuser end bracket that receives the motor's working air fan?

3. Does the end bracket of either of the U66 or U82 Motor Assemblies have a sloping shoulder or vanes extending from the sloping shoulder?

*[signature]*

Ray L. Weber (CT 02148)
Renner, Kenner, Grieve, Bobak,
 Taylor & Weber
Fourth Floor, First National Tower
Akron, Ohio 44308
Telephone: (330) 376-1242
Facsimile: (330) 376-9646

Ben A. Solnit (CT 00292)
Tyler, Cooper and Alcorn, LLP
205 Church Street
New Haven, CT 06510
Telephone: (203) 784-8205
Facsimile: (203) 777-1181


Attorneys for Defendant
Ametek, Inc.

## CERTIFICATE OF SERVICE

A true copy of the foregoing **LOCAL RULE 56(a)(2) STATEMENT OF AMETEK, INC'S IN OPPOSITION TO JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY LTD. AND JOHNSON ELECTRIC NORTH AMERICA INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 6,166,452 AND 6,439,843 AND FOR INVALIDITY OF U.S. PATENT NO. 6,695,580** was served upon the following this 12th day of June, 2006, as indicated:

Edmund J. Ferdinand, III (203) 849-9300
Grimes & Battersby, LLP                    (First-Class Mail)
488 Main Ave., Third Floor
Norwalk, CT 06851

Stephen N. Weiss (212) 554-7700
Moses & Singer LLP                         (Overnight Mail)
405 Lexington Ave.
The Chrysler Building
New York, NY 10174

_____
Ben A. Solnit (CT 00292)