UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
JOHNSON ELECTRIC INDUSTRIAL          :
MANUFACTORY, LTD. And JOHNSON        :   Affidavit of Service
ELECTRIC NORTH AMERICA, INC.,        :
                                     :
            Plaintiffs,              :
                                     :   03 CV0098 AVC
        -v-                          :
                                     :
AMETEK, INC.                         :
                                     :
            Defendant.               :
                                     :
------------------------------------------------------------x

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

Michael J. Pospis, being duly sworn, say:

I am not a party to this action, am over the age of eighteen, and reside in New York County in the State of New York.

On July 6, 2006, I served the within Johnson's Reply in Support of Its Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,166,462 and 6,439,843 and for Invalidity of U.S. Patent No. 6,695,580, by depositing true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery:

> Ray L. Weber, Esq.
> Renner, Kenner, Grieve, Bobak, Taylor & Weber
> First National Tower
> 400 First National Tower
> Akron, Ohio 44308

_____
Michael J. Pospis

Sworn to before me this 6 day of
July, 2006

_____
Notary Public

RAQUEL M. CONCEPCION
Notary Public, State of New York
No. 03-4948550
Qualified in Bronx County
Commission Expires Mar. 20, 20 07

529802  0071771.0103