UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
                                                      :
JOHNSON ELECTRIC INDUSTRIAL                           :
MANUFACTORY, LTD. and JOHNSON                         :
ELECTRIC NORTH AMERICA, INC.,                         :   CASE NO. 03CV0098AVC
                                                      :
                Plaintiffs,                            :
                                                      :
    -against-                                       :
                                                      :
AMETEK, INC.,                                         :
                                                      :
                Defendant.                             :
                                                      :
------------------------------------------------------x

**REPLY AFFIDAVIT OF STEPHEN N. WEISS IN SUPPORT OF JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY, LTD. AND JOHNSON ELECTRIC NORTH AMERICA, INC.'S REPLY MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO AMETEK'S THROUGH-FLOW CAUSES OF ACTION, AND REQUEST FOR ATTORNEY FEES PURSUANT TO 35 U.S.C. § 285 AND 28 U.S.C. § 1927**

1. I am a member of the law firm of Moses & Singer, LLP, attorneys for plaintiffs Johnson Electric Industrial Manufactory, Ltd. ("JEI") and Johnson Electric North America ("JENA") (collectively, "Johnson").

2. I am personally familiar with the facts and circumstances surrounding the instant litigation.

3. Attached hereto as Exhibit 1 is a true and correct copy of a document entitled "Report of Parties' Planning Meeting", dated September 12, 2003.

4. Attached hereto as Exhibit 2 is a true and correct copy of Ametek's First Set of Requests for Documents and Things, dated September 30, 2003.

5. Attached hereto as Exhibit 3 is a true and correct copy of Ametek's Second Set of Requests for Documents and Things, dated September 29, 2005.

6. Attached hereto as Exhibit 4 is a true and correct copy of Ametek's First Set of Interrogatories, dated September 30, 2003.

7. Attached hereto as Exhibit 5 is a true and correct copy of Ametek's Second Set of Interrogatories, dated September 29, 2005.

8. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Ametek's counsel to Johnson's counsel, dated November 28, 2005.

9. Attached hereto as Exhibit 7 is a true and correct copy of Johnson's Complaint, dated January 13, 2003 (without exhibits).

10. Attached hereto as Exhibit 8 is a true and correct copy of a document entitled "Stipulation and Proposed Order to Resolve Discovery Dispute, Permit Defendant to File Amended Counterclaims, and to Modify Scheduling Order", dated August 11, 2004.

Dated: July 6, 2006
New York, New York

_____
Stephen N. Weiss