# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY, LTD. and JOHNSON ELECTRIC NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> - v - <br><br> AMETEK, INC., <br><br> Defendant. | Index No.: 03CV0098(AVC) <br><br> STIPULATION AND PROPOSED ORDER TO RESOLVE DISCOVERY DISPUTE, PERMIT DEFENDANT TO FILE AMENDED COUNTERCLAIMS, AND TO MODIFY SCHEDULING ORDER |

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties hereto, that:

## A – PROPOSED AMENDED COUNTERCLAIM AND MODIFICATION OF SCHEDULING ORDER:

1. Whereas the instant litigation concerns a multi-national license agreement, involving two Ametek U.S. Patents, and corresponding patents in China, Hong Kong, Mexico, Germany, Italy and Croatia, relating to Johnson *"through-flow"* design motors; and,

2. Whereas in addition to the dispute concerning the aforementioned multi-national license agreement, there are two additional Ametek U.S. patents litigated herein, not subject to the aforementioned multi-national license agreement, the accused products being Johnson *"by-pass"* design motors; and,

3. Whereas Defendant-Counterclaim Plaintiff Ametek asserts that a new patent, U.S. Patent No. 6,695,580 B2 for a "Motor/Fan Assembly Having a Radial Diffuser Bypass," vested in Ametek after issue was joined and discovery commenced in this case, which patent concerns

418837v2  007171.0103

the same subject matter as the Ametek U.S. *"by-pass"* motor patents and the accused products being the same Johnson *"by-pass"* design motors that form the subject matter of the instant litigation; and,

4. Whereas, Ametek recently provided Johnson with notice, in the course of discovery, of the issuance of the aforementioned Ametek '580 patent, along with Ametek's contention that the '580 reads on Johnson's *"by-pass"* motors; and,

5. Whereas, the parties to this action believe it would be in the best interest of the litigants and would make the most effective use of judicial resources to resolve the '580 patent issues in the instant litigation; and

6. Whereas, discovery is ongoing, but in light of the number of U.S. and foreign patents involved in the this case and the addition of the new '580 patent, the parties believe that current schedule does not provide sufficient time to complete the expert reports for all of the countries involved, and to complete discovery relating to all of the patents and products involved that the parties therefore request:

    a. That Ametek be permitted to file and serve an amended counterclaim as per the exhibit attached hereto, (absent exhibits), at tab A; and,

    b. That the current scheduling order entered December 23, 2003 be modified by extending each of the dates set therein by six months as set forth below:

    (i) all discovery, including depositions of all witnesses, shall be completed by July 14, 2005;

    (ii) the plaintiff and counterclaim-plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before April 1, 2005, and depositions of any such experts shall be completed by

418837v1 007171.0103

July 14, 2005;

(iii) the defendant and counterclaim-defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before April 29, 2005, and depositions of any such experts shall be completed by July 14, 2005;

(iv) all motions, except motions *in limine* incident to a trial, shall be filed on or before August 11, 2005;

(v) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on August 22, 2005; and

(vi) the case shall be ready for trial on September 28, 2005.

## B- RESOLUTION OF DISCOVERY DISPUTE

1. Whereas, a discovery dispute recently occurred concerning the sufficiency of Ametek's interrogatory responses and Ametek's document productions; and,

2. Whereas, the parties have conferred and have come to an agreement concerning all of the items in dispute;

THEREFORE, It is hereby stipulated and agreed that:

A. The subject matter of the Ametek interrogatory responses concerning the doctrine of equivalents with respect to the U.S. and foreign patents in issue will be explored during depositions and in expert witness reports;

B. The certification by a representative of Ametek of all Ametek uncertified

418837v1 007171.0103

interrogatory responses to date will be provided by August 23, 2004; and,

   C. Ametek will provide a written response to Production request No. 69, on or before August 23, 2004, and to the extent that such response calls for an inspection of motors and/or documents as they are kept in the ordinary course of business, said inspection will be permitted within one month from that date.

Dated: August 11, 2004

            Respectfully submitted,

| MOSES & SINGER, LLP | RENNER KENNER GREIVE BOBAK TAYLOR & WEBER |
|---|---|
| *(signature)* | *(signature)* |
| Stephen Norman Weiss (CT 12717) | Ray L. Weber (CT 02148) |
| Gregory J. Fleesler (CT 24491) | First National Tower, 4th Floor |
| 1301 Avenue of the Americas | Akron, Ohio 44308 |
| New York, New York 10019 | Tel.: (330) 376-1242 |
| Tel.: (212) 554-7800 | Fax: (330) 376-9646 |
| Fax: (212) 554-7700 | |
| | |
| GRIMES & BATTERSBY, LLP | TYLER, COOPER & ALCORN |
| Edmund J. Ferdinand, III (CT 21287) | Ben A. Solnit (CT00292) |
| 488 Main Avenue, 3rd floor | 205 Church Street |
| Norwalk, CT 06851 | New Haven, CT 06510 |
| Tel.: (203) 849-8300 | Tel.: (203) 784-8205 |
| Fax: (203) 849-9300 | Fax: (203) 777-1181 |
| | |
| *Attorneys for Plaintiffs/Counterclaim Defendants Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.* | *Attorneys for Defendant/Counter-Plaintiff Ametek, Inc.* |

So Ordered:

_____
Hon. Alfred V. Covello, U.S.D.J.

418837v1   007171.0103

34

03cv98stip

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY, LTD. and JOHNSON ELECTRIC NORTH AMERICA, INC., | Index No.: 03CV0098(AVC) |
|---|---|
| Plaintiffs, | |
| - v - | STIPULATION AND PROPOSED ORDER TO RESOLVE DISCOVERY DISPUTE, PERMIT DEFENDANT TO FILE AMENDED COUNTERCLAIMS, AND TO MODIFY SCHEDULING ORDER |
| AMETEK, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties

```
3:03CV98(AVC).  August 18, 2004.  The joint motion to file an
amended counterclaim and modify the scheduling order (document
no. 34) is GRANTED as follows:  (A) There being no objection, the
motion to file an amended counterclaim is GRANTED upon the filing
of a signed amended counterclaim; (B) The scheduling order is
amended as follows: (1) all discovery, including depositions of
all witnesses, shall be completed by April 14, 2005; (2) the
plaintiff and counterclaim-plaintiff shall designate all trial
experts and provide opposing counsel with reports from retained
experts on or before January 3, 2005, and depositions of any such
experts shall be completed by April 14, 2005; (3) the defendant
and counterclaim-defendant shall designate all trial experts and
provide opposing counsel with reports from retained experts on or
before January 28, 2005, and depositions of any such experts
shall be completed by April 14, 2005; (4) all motions, except
motions in limine incident to a trial, shall be filed on or
before May 16, 2005; (5) the parties shall file a joint trial
memorandum in accordance with the pretrial order, which order
shall accompany the jury selection calendar, and be sent to the
parties on June 16, 2005; and (6) the case shall be ready for
trial by July 15, 2005.
SO ORDERED:

             Alfred V. Covello, U.S.D.J.
```