UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
JOHNSON ELECTRIC INDUSTRIAL :
MANUFACTORY, LTD. And JOHNSON : Affidavit of Service
ELECTRIC NORTH AMERICA, INC., :
 :
             Plaintiffs, :
 :
 : 03 CV0098 AVC
    -v- :
 :
AMETEK, INC. :
 :
             Defendant. :
 :
---------------------------------------------------------------x

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

Michael J. Pospis, being duly sworn, say:

I am not a party to this action, am over the age of eighteen, and reside in New York County in the State of New York.

On July 6, 2006, I served the within Johnson's Reply in Support of Its Motion for Summary Judgment With Respect to Ametek's Through-Flow Causes of Action, and Request for Attorney Fees Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927 and supporting papers, by depositing true copies thereof, enclosed in a wrapper addressed as shown below, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery:

>    Ray L. Weber, Esq.
>    Renner, Kenner, Grieve, Bobak, Taylor & Weber
>    First National Tower
>    400 First National Tower
>    Akron, Ohio 44308

_____
Michael J. Pospis

Sworn to before me this 6 day of July, 2006

_____
Notary Public
RAQUEL M. CONCEPCION
Notary Public, State of New York
No. 03-4948550
Qualified in Bronx County
Commission Expires Mar. 20, 20__

529796 007171.0103