UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHNSON ELECTRIC INDUSTRIAL
MANUFACTURING, LTD.and JOHNSON
ELECTRIC NORTH AMERICA, INC

       V.                      CASE NO. 3:03CV0098 (AVC)

AMETEK, INC

## J U D G M E N T

      This action having commenced by a complaint seeking declaratory judgment and having

been assigned to the Honorable Alfred V. Covello, United States District Judge; and

      The parties, having filed their motion for summary judgment and the Court, having

considered the full record of the case, including applicable principles of law on September 1,

2006, having filed its ruling granting in part and denying in part the motions; it is hereby

      ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in

accordance with the Court's September 1, 2006 ruling.

      Dated at Hartford, Connecticut, this 22th day of September, 2006.

KEVIN F. ROWE, Clerk

By_____/s/_____

_____  Fidelis Basile
                                  Deputy Clerk