UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHNSON ELECTRIC INDUSTRIAL
MANUFACTURING, LTD. and JOHNSON
ELECTRIC NORTH AMERICA, INC

V.                                     CASE NO. 3:03CV0098 (AVC)

AMETEK, INC

## AMENDED JUDGMENT

This action having commenced by a complaint seeking declaratory judgment and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The plaintiffs having filed motions for summary judgment and the Court, having considered the full record of the case, including applicable principles of law and having issued a ruling on August 24, 2006 granting the motion for summary judgment; and further having issued a ruling on September 1, 2006, granting in part and denying in part the motion for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in accordance with the Court's rulings on August 24, 2006 and September 1, 2006.

Dated at Hartford, Connecticut, this 25th day of September, 2006.

KEVIN F. ROWE, Clerk

By_____
    Fidelis Basile
    Deputy Clerk