## PROOF OF SERVICE

I, Raymond Torres, hereby certify that on September 27, 2006, I caused one copy of **Plaintiffs' Bill of Cost and Declaration of Stephen Norman Weiss in Support of Plaintiffs' Bill of Costs**, to be sent by First Class U.S. Mail to the following counsel of record:

Ray L. Weber, Esq.
Renner, Kenner, Greive, Bobak, Taylor & Weber
400 First National Tower, 4th Fl.
Akron, OH 44308-1456

_____
Raymond Torres