UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
                                                         :
JOHNSON ELECTRIC INDUSTRIAL                              :   CASE NO. 03 CV0098 (AVC)
MANUFACTORY, LTD. And JOHNSON                            :
ELECTRIC NORTH AMERICA, INC.,                            :
                                                         :
                      Plaintiffs,                   :   **Notice of Manual Filing**
                                                         :
     -against-                                         :
                                                         :
AMETEK, INC.,                                            :
                                                         :
                      Defendant.                    :
                                                         :
---------------------------------------------------------x

      Please take notice that **Johnson Electric Industrial Manufactory, LTD, and Johnson Electric North America, Inc.** have manually filed **Plaintiffs' Bill of Cost, Declaration of Stephen Norman Weiss in Support of Plaintiffs' Bill of Costs and Proof of Service.**

These documents have not been filed electronically because:

[ ]    the document (or thing) cannot be converted to an electronic format

[X]    the electronic file size of the documents exceed 1.5 mb

[ ]    The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. ' 3006A]

[ ]    Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The documents have been manually served on all parties.

544329v1  007171.0103

Respectfully submitted,

MOSES & SINGER, LLP

_____
Stephen Norman Weiss (CT 12717)
Gregory J. Fleesler (CT 24491)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel.: (212) 554-7800
Fax: (212) 554-7700

*Attorneys for Plaintiffs/Counterclaim Defendants Johnson Electric Industrial Manufactory, Ltd. and Johnson Electric North America, Inc.*

372776                                  1